# Exhibit C

The Following is the entire process of account creation and token launch on Pump.Fun

Approx. Time: <10 minutes

No T&C, KYC, Age Check, Identity Verification

**Account Creation**








3. Confirm connection





5. Option to edit profile

6. Edit Profile









Token Launch



# 9. Informational Inputs










13. Token Listed