# EXHIBIT 1

**Back to the Newsroom**

   

# Pump.Fun Token Purchase Notice: Wolf Popper LLP and Burwick Law Announce the Filing of a Class Action Lawsuit Against Baton Corporation Ltd. d/b/a Pump.Fun

Topic:
**Class Action**
Saturday, 01 February 2025 09:00 AM

**NEW YORK CITY, NY / ACCESS Newswire / February 1, 2025 /** On January 30, 2025, prominent investor rights law firm Wolf Popper LLP ("Wolf Popper") and leading crypto law firm Burwick Law PLLC ("Burwick Law") filed a class action lawsuit in the U.S. District Court for the Southern District of New York alleging violations of the federal securities laws against Baton Corporation Ltd., d/b/a Pump.Fun, Alon Cohen, Dylan Kerler, and Noah Bernhard Hugo Tweedale. The action is brought on behalf of all purchasers of cryptocurrency memecoins or tokens that were issued by, promoted by, or sold by the Defendants through Pump.Fun, or for which the Defendants solicited the        of        through Pump.Fun (collectively, the "Tokens") and who were damaged thereby (the "Class"). The case is *Aguilar v. Baton Corporation Ltd.d/b/a Pump.Funet al.*, No. 1:25-cv-00880 (S.D.N.Y.).

The complaint alleges that the Pump.Fun website, which is owned and operated by defendant Baton Corporation Ltd., allows users to create and issue their own memecoins, and that because of the standardized process and controls for, and characteristics and marketing of, the memecoins put in place by Pump.Fun, all memecoins issued by Pump.Fun (i.e. the Tokens) are securities as defined by the Securities Act of 1933, required registration statements for the Tokens were never filed with the U.S. Securities and Exchange Commission ("SEC"), and that Baton Corporation violated Sections 5 and 12(a)(1) of the Securities Act by selling and soliciting the sale of unregistered Token securities. The complaint further alleges that the defendants Alon Cohen, Dylan Kerler, and Noah Bernhard Hugo Tweedale are control persons of Baton Corporation and, pursuant to Section 15 of the Securities Act, are jointly and severally liable for Baton Corporation's violations of the Securities Act.

If you are a member of the Class, you may file a motion to be appointed lead plaintiff no later than 60 days after the publication of this notice, which is April 2, 2025. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.

For further information about the Pump.Fun unregistered securities litigation, please click here: https://www.burwick.law/newclient

**ABOUT WOLF POPPER**: Wolf Popper has successfully recovered billions of dollars for defrauded investors. Wolf Popper's reputation and expertise have been repeatedly recognized by courts. which have appointed the firm to major positions in securities litigation. For more information about Wolf Popper, please visit the Firm's website at www.wolfpopper.com.

**ABOUT BURWICK LAW**: Burwick Law represents investors seeking accountability and financial justice in Web3 and digital asset markets. The firm focuses on digital consumer protection and emerging technology matters. For updates, follow Burwick Law at https://x.com/BurwickLaw.

May be considered attorney advertising in certain jurisdictions. Prior Results Do Not Guarantee A Similar Outcome.

For more information, please contact:

Joshua W. Ruthizer
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
Email: outreach@wolfpopper.com
Website: www.wolfpopper.com

or

Pete Rowe
Burwick Law LLP
pete@burwick.law

**SOURCE:** Wolf Popper LLP

### Solutions

Public Companies

Private Companies

Agencies

Legal

Resellers & Market Research

### Public Relations Products

Access PR Platform

Press Release Distribution

Media Database