UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIEGO AGUILAR, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>-against-<br><br>BATON CORPORATION LTD, d/b/a PUMP.FUN, ALON COHEN, DYLAN KERLER, and NOAH BERNHARD HUGO TWEEDALE,<br><br>      Defendants. | Case No. 1:25-cv-00880-CM-BCM |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Baton Corporation Ltd., by and through its undersigned attorneys, hereby states the following:

1. Baton Corporation Ltd. has no parent corporation.

2. No publicly held corporation owns 10% or more of Baton Corporation Ltd.

Dated: April 15, 2025

                BROWN RUDNICK LLP

                By: */s/ Stephen D. Palley*
                Stephen D. Palley
                Daniel L. Sachs (admission pending)
                BROWN RUDNICK LLP
                1900 N Street NW, 4th Floor
                Washington D.C. 20036
                Tel: (202) 536-1766
                spalley@brownrudnick.com
                dsachs@brownrudnick.com

                *Counsel for Defendants*