AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-00880-CM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Austin Federa**
was recieved by me on **7/31/2025:**

- [X] I personally served the summons on the individual at **19 MONTGOMERY PL, Brooklyn, NY 11215-2302** on **08/02/2025 at 1:13 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and $ 55.50 for services, for a total of $ 55.50.

I declare under penalty of perjury that this information is true.

Date:  08/02/2025

*Server's signature*

**Islam Alaaeldin**
*Printed name and title*

**1956 64th st
2f
brooklyn, NY 11204**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; CONSOLIDATED AMENDED CLASS ACTION COMPLAINT, to Austin Federa with identity confirmed by subject nodding when named. The individual tried to refuse service by closing the door and did not state reason for refusal (documents left, seen by subject). The individual appeared to be a blonde-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with glasses.**




Tracking #: **0180509597**