AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-00880-CM-BCM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Dan Albert**
was recieved by me on  **8/01/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☒  I left the summons at the individual's residence or usual place of abode with **Rachel Albert**, a person of suitable age and discretion who resides at **6471 INDEPENDENCE WAY, Arvada, CO 80004-2961**, on **08/04/2025 at 8:24 AM**, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 130.50** for services, for a total of **$ 130.50**.

I declare under penalty of perjury that this information is true.

Date:  08/04/2025

_____
*Server's signature*

**Misty Richards**
*Printed name and title*

**6062 Newcombe Ct
Arvada, CO 80004**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Rachel Albert who identified themselves as the subject's spouse, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**



Tracking #: **0180601866**

