AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:25-cv-00880-CM-BCM**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Jito Labs, Inc.**
was recieved by me on  **8/05/2025:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Robin Hutt-Banks**, who is designated by law to accept service of process on behalf of **Jito Labs, Inc.** at **1209 N. Orange St., Wilmington, DE 19801** on **08/05/2025 at 8:39 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 145.00** for services, for a total of **$ 145.00**.

I declare under penalty of perjury that this information is true.

Date:  08/05/2025

*Server's signature*

**Marilyn Stacey Ben**
*Printed name and title*

**2809 N. Monroe St
Wilmington, DE 19802**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; CONSOLIDATED AMENDED CLASS ACTION COMPLAINT, to Robin Hutt-Banks who identified themselves as the corporate officer with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 45-55 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with glasses.**




Tracking #: **0180738249**