AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **1:25-cv-00880-CM-BCM**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Yelena Cavanaugh in C/O SOLANA FOUNDATION**
was recieved by me on  **8/04/2025:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Yelena Cavanaugh**, who is designated by law to accept service of process on behalf of **Yelena Cavanaugh in C/O SOLANA FOUNDATION** at **430 Linnie Canal, Venice, CA 90291** on **08/04/2025 at 6:11 PM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 195.50** for services, for a total of **$ 195.50**.

I declare under penalty of perjury that this information is true.

Date:  08/05/2025

_____
*Server's signature*

**Erica Calvo**
*Printed name and title*

**2247 29TH ST.**
**APT 2A**
**Santa Monica, CA 90405**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, CONSOLIDATED AMENDED   CLASS ACTION COMPLAINT; Summons,  to Yelena Cavanaugh who identified themselves as the corporate officer with identity confirmed by subject saying yes when named. The individual tried to refuse service by refusing to take documents and she said she is "not authorizedto accept". (documents left, seen by subject). The individual appeared to be a black-haired Asian female contact 35-45 years of age, 5'6"-5'8" tall and weighing 120-140 lbs.**



