## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIEGO AGUILAR, KENDALL CARNAHAN and MICHAEL OKAFOR on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> BATON CORPORATION LTD, d/b/a PUMP.FUN, ALON COHEN, DYLAN KERLER, and NOAH BERNHARD HUGO TWEEDALE, SOLANA LABS INC., SOLANA FOUNDATION, JITO LABS INC., JITO FOUNDATION, ANATOLY YAKOVENKO, RAJ GOKAL, DAN ALBERT, AUSTIN FEDERA, LILY LIU, LUCAS BRUDER, and BRIAN SMITH, <br><br> *Defendants*. | Case No.: 1:25-cv-00880-CM-BCM <br><br> Hon. Colleen McMahon |

## NOTICE OF MOTION FOR AN ORDER GRANTING ALTERNATIVE SERVICE AND AN EXTENSION OF TIME TO SERVE CERTAIN DEFENDANTS

PLEASE TAKE NOTICE THAT, based upon the accompanying Memorandum of Law, Declaration of Max L. Burwick and exhibits thereto, Plaintiffs hereby move this Court for entry of the accompanying proposed Order granting them leave to serve six of the sixteen Defendants, namely Anatoly Yakovenko, Raj Gokal, Lily Liu, Brian Smith, Lucas Bruder, and Jito Labs Foundation by the alternative means set forth therein, and extending their time to do so to twenty (20) days from the date on which the Court authorizes such service.

DATED: August 11, 2025  
       New York, NY

Respectfully submitted,

**By:** */s Max L. Burwick*

**BURWICK LAW, PLLC**

Max Burwick
43 West 43rd Street, Ste. 114
New York, NY 10036
Tel: (646) 762-1080
max@burwick.law