# EXHIBIT B

Case 1:25-cv-00880-CM   Document 78-2   Filed 08/21/25   Page 2 of 2

