# EXHIBIT E

| WITNESS STATEMENT |
|---|
| Criminal Procedure Rules, r 27. 2; Criminal Justice Act 1967, s. 9; Magistrates' Courts Act 1980, s.5B |
| URN |
| Statement of: Noah Bernhard Hugo Tweedale |
| Age if under 18: Over 18    *(if over 18 insert 'over 18')*    Occupation: Chief Executive Officer |
| This statement (consisting of  page(s) each signed by me) is true to the best of my knowledge and belief and I make it knowing that, if it is tendered in evidence, I shall be liable to prosecution if I have wilfully stated in it anything which I know to be false, or do not believe to be true. |
| Witness Signature: ................................................................................   Date: 24th June 2024 |

Baton Corporation Ltd are a company that was started in 2023 by myself and others, including the Chief Technical Officer Dylan KERLER. The company has released a variety of products, one of which is a website called pump.fun. This website allows people to create tradable cryptocurrency coins, and to buy and sell cryptocurrencies, the website utilises automated software running smart contracts that are hosted on Solana's blockchain.

I've also been asked to confirm some information about staff at the company. At the time of the theft on 16th May the company had 10 full time members of staff involved in running the company, including myself, Dylan and Alon. Most of the others live abroad. At the time of the theft I was in the office along with Dylan, Alon and Preston, and also present were other staff members Ohad MOSHOVITZ, Octavio AMUCHASTEGUI.