# EXHIBIT F

# WITNESS STATEMENT

**Criminal Procedure Rules, r 27. 2; Criminal Justice Act 1967, s. 9; Magistrates' Courts Act 1980, s.5B**

URN: 

Statement of: Alon COHEN

Age if under 18: Over 18     *(if over 18 insert 'over 18')*     Occupation: Chief Operating Officer

This statement (consisting of 2 page(s) each signed by me) is true to the best of my knowledge and belief and I make it knowing that, if it is tendered in evidence, I shall be liable to prosecution if I have wilfully stated in it anything which I know to be false, or do not believe to be true.

Witness Signature: *[signed]*     Date: 6th August 2024

I am a co-founder of Baton Corporation Ltd along with my partners Noah TWEEDALE and Dylan KERLER.

This statement refers to the theft of a high value of funds from the company on 16th May 2024, via the exploitation of the pump.fun website that we own and run.