# EXHIBIT G

# WITNESS STATEMENT

Criminal Procedure Rules, r 27. 2; Criminal Justice Act 1967, s. 9; Magistrates' Courts Act 1980, s.5B

| URN | 01 | EK | 11938 | 24 |

Statement of: Dylan KERLER

Age if under 18: Over 18   *(if over 18 insert 'over 18')*   Occupation: Chief Technical Officer

This statement (consisting of four page(s) each signed by me) is true to the best of my knowledge and belief and I make it knowing that, if it is tendered in evidence, I shall be liable to prosecution if I have wilfully stated in it anything which I know to be false, or do not believe to be true.

Witness Signature: *[signed]*   Date: 31th July 2024

---

I am a co-founder and Chief Technical Officer of Baton Corporation Ltd. The other co-founders are Noah TWEEDALE and Alon COHEN. Our most popular part of the business is a website called pump.fun.

Users like the website as they can make money trading memecoins, and there is always the chance that a memecoin they invest in can go to Raydium where they could potentially make much bigger gains in the wider blockchain. Additionally, it's fun for them to be part of the