UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIEGO AGUILAR, KENDALL CARNAHAN, and MICHAEL OKAFOR on behalf of themselves and all others similarly situated,<br><br>       *Plaintiffs*,<br><br>       v.<br><br>BATON CORPORATION LTD, d/b/a PUMP.FUN, ALON COHEN, DYLAN KERLER, and NOAH BERNHARD HUGO TWEEDALE, SOLANA LABS INC., SOLANA FOUNDATION, JITO LABS INC., JITO FOUNDATION, ANATOLY YAKOVENKO, RAJ GOKAL, DAN ALBERT, AUSTIN FEDERA, LILY LIU, LUCAS BRUDER, BRIAN SMITH<br><br>       *Defendants*. | No. 1:25-cv-00880-CM-BCM |

## NOTICE OF ENTRY OF APPEARANCE

  PLEASE TAKE NOTICE that the undersigned, Lauren Perlgut of Cahill Gordon & Reindel LLP, hereby enters her appearance as counsel for Alon Cohen, Dylan Kerler, and Noah Bernhard Hugo Tweedale (collectively, the "Baton Officers"), in the above-captioned proceeding. I certify that I am admitted to practice in this Court. By filing this notice of entry of appearance, the Baton Officers do not waive, and specifically preserve, their rights to assert any and all defenses in the matter, including but not limited to improper venue and lack of personal and subject matter jurisdiction.

Dated: August 22, 2025        Respectfully submitted,

                           /s/ Lauren Perlgut
                           Lauren Perlgut

**CAHILL GORDON & REINDEL** LLP
32 Old Slip
New York, New York 10005
Telephone: 212-701-3558
lperlgut@cahill.com