UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIEGO AGUILAR, KENDALL CARNAHAN, AND MICHAEL OKAFOR on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BATON CORPORATION LTD, d/b/a PUMP.FUN, ALON COHEN, DYLAN KERLER, and NOAH BERNHARD HUGO TWEEDALE, SOLANA LABS, INC., SOLANA FOUNDATION, JITO LABS INC., JITO FOUNDATION, ANATOLY YAKOVENKO, RAJ GOKAL, DAN ALBERT, AUSTIN FEDERA, LILY LIU, LUCAS BRUDER, BRIAN SMITH<br><br>Defendants. | Case No. 1:25-cv-00880-CM-BCM |

**NOTICE OF DEFENDANTS SOLANA LABS, INC., SOLANA FOUNDATION, DAN ALBERT, AND AUSTIN FEDERA'S MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated September 5, 2025, Defendants Solana Labs, Inc., Solana Foundation, Dan Albert, and Austin Federa (collectively, the "Blockchain Defendants") will move this Court, before the Honorable Colleen McMahon, at the United States Courthouse, Courtroom 24A, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order (1) dismissing with prejudice Plaintiffs' claims against the Blockchain Defendants pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedures; (2) dismissing Plaintiffs' common law claims (Counts III & IV) against Defendants Solana Labs, Inc., Solana Foundation, and Dan Albert for want of jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedures; and (3) granting such other and further relief as this Court may deem just and proper.

Pursuant to this Court's Order Appointing Lead Plaintiff and Lead Counsel, dated June 25, 2025, Plaintiffs' opposition will be due on September 26, 2025, and Defendants' reply will be due on October 10, 2025.

Dated: September 5, 2025
New York, New York

NAGY WOLFE APPLETON LLP

By: *Gregory N. Wolfe*
Gregory N. Wolfe
greg@nagylaw.com
Joseph W. Baier (*pro hac vice pending*)
jbaier@nagylaw.com
31 East 62nd Street
New York, New York 10065
(646) 494-4900

*Counsel for Defendants Solana Labs, Inc., Solana Foundation, Dan Albert and Austin Federa*