UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
DIEGO AGUILAR, KENDALL CARNAHAN :
and MICHAEL OKAFOR, Individually and on :
Behalf of All Others Similarly Situated, :
:
                        Plaintiffs,    :    Civ. No. 1:25-cv-00880-CM
:
    - against -    :
:
BATON CORPORATION LTD, d/b/a :
PUMP.FUN, ALON COHEN, DYLAN :
KERLER, and NOAH BERNHARD HUGO :
TWEEDALE, SOLANA LABS INC., :
SOLANA FOUNDATION, JITO LABS INC., :
JITO FOUNDATION, ANATOLY :
YAKOVENKO, RAJ GOKAL, DAN :
ALBERT, AUSTIN FEDERA, LILY LIU, :
LUCAS BRUDER, BRIAN SMITH, :
:
                        Defendants.    :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## **NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned, a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Defendant Jito Labs, Inc. in the above-captioned action.

Dated: New York, New York
September 5, 2025

        /s/ Alexander C. Drylewski
        Alexander C. Drylewski
        SKADDEN, ARPS, SLATE,
          MEAGHER & FLOM LLP
        One Manhattan West
        New York, New York 10001
        Telephone: (212) 735-3000
        Facsimile: (212) 735-2000
        alexander.drylewski@skadden.com

       *Counsel for Defendant Jito Labs, Inc.*