UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DIEGO AGUILAR, KENDALL CARNAHAN
and MICHAEL OKAFOR, Individually and on
Behalf of All Others Similarly Situated,

                              Plaintiffs,            :    Civ. No. 1:25-cv-00880-CM

           - against -

BATON CORPORATION LTD, d/b/a
PUMP.FUN, ALON COHEN, DYLAN
KERLER, and NOAH BERNHARD HUGO
TWEEDALE, SOLANA LABS INC.,
SOLANA FOUNDATION, JITO LABS INC.,
JITO FOUNDATION, ANATOLY
YAKOVENKO, RAJ GOKAL, DAN
ALBERT, AUSTIN FEDERA, LILY LIU,
LUCAS BRUDER, BRIAN SMITH,

                             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## **NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned, an associate of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Defendant Jito Labs, Inc. in the above-captioned action.

Dated:  New York, New York
        September 5, 2025

                                                                */s/ James M. Johnston*
                                                                James M. Johnston
                                                                SKADDEN, ARPS, SLATE,
                                                                   MEAGHER & FLOM LLP
                                                                One Manhattan West
                                                                New York, New York 10001
                                                                Telephone: (212) 735-3000
                                                                Facsimile: (212) 735-2000
                                                                james.johnston@skadden.com

                                                             *Counsel for Defendant Jito Labs, Inc.*