UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
DIEGO AGUILAR, KENDALL CARNAHAN :
and MICHAEL OKAFOR, Individually and on :
Behalf of All Others Similarly Situated, :
:
                   Plaintiffs, :  Civ. No. 1:25-cv-00880-CM
:
   - against - :
:
BATON CORPORATION LTD, d/b/a :
PUMP.FUN, ALON COHEN, DYLAN :
KERLER, and NOAH BERNHARD HUGO :
TWEEDALE, SOLANA LABS INC., :
SOLANA FOUNDATION, JITO LABS INC., :
JITO FOUNDATION, ANATOLY :
YAKOVENKO, RAJ GOKAL, DAN :
ALBERT, AUSTIN FEDERA, LILY LIU, :
LUCAS BRUDER, BRIAN SMITH, :
:
                  Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Jito Labs, Inc., by and through its undersigned counsel, hereby submits the following corporate disclosure statement: Jito Labs, Inc. has no parent company and no publicly held corporation owns 10% or more of Jito Labs, Inc.

Dated: New York, New York
September 5, 2025

                                                                            */s/ Alexander C. Drylewski*
Alexander C. Drylewski
James M. Johnston
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
alexander.drylewski@skadden.com
james.johnston@skadden.com

*Counsel for Defendant Jito Labs, Inc.*