UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
DIEGO AGUILAR, KENDALL CARNAHAN :
and MICHAEL OKAFOR, Individually and on :
Behalf of All Others Similarly Situated, :
:
                        Plaintiffs,    :   Civ. No. 1:25-cv-00880-CM
:
    - against - :
:
BATON CORPORATION LTD, d/b/a :
PUMP.FUN, ALON COHEN, DYLAN :
KERLER, and NOAH BERNHARD HUGO :
TWEEDALE, SOLANA LABS INC., :
SOLANA FOUNDATION, JITO LABS INC., :
JITO FOUNDATION, ANATOLY :
YAKOVENKO, RAJ GOKAL, DAN :
ALBERT, AUSTIN FEDERA, LILY LIU, :
LUCAS BRUDER, BRIAN SMITH, :
:
                        Defendants.  :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF DEFENDANT JITO LABS, INC.'S**
**MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated September 5, 2025, and the Declaration of Alexander C. Drylewski, dated September 5, 2025, and the exhibits thereto, Defendant Jito Labs, Inc. ("Jito Labs") will move this Court, before the Honorable Colleen McMahon, at the United States Courthouse, Courtroom 24A, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an Order dismissing with prejudice Plaintiffs' Consolidated Amended Complaint against Jito Labs, and granting such other and further relief as this Court may deem just and proper.

Pursuant to the Court's June 25, 2025 Order (ECF No. 32), Plaintiffs' opposition will be due on September 26, 2025, and Jito Labs' reply will be due on October 10, 2025.

Dated: New York, New York
September 5, 2025

*/s/ Alexander C. Drylewski*
Alexander C. Drylewski
James M. Johnston
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
alexander.drylewski@skadden.com
james.johnston@skadden.com

*Counsel for Defendant Jito Labs, Inc.*

2