UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DIEGO AGUILAR, KENDALL CARNAHAN
and MICHAEL OKAFOR, Individually and on
Behalf of All Others Similarly Situated,

                              Plaintiffs,            Civ. No. 1:25-cv-00880-CM

       - against -

BATON CORPORATION LTD, d/b/a
PUMP.FUN, ALON COHEN, DYLAN
KERLER, and NOAH BERNHARD HUGO
TWEEDALE, SOLANA LABS INC.,
SOLANA FOUNDATION, JITO LABS INC.,
JITO FOUNDATION, ANATOLY
YAKOVENKO, RAJ GOKAL, DAN
ALBERT, AUSTIN FEDERA, LILY LIU,
LUCAS BRUDER, BRIAN SMITH,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DECLARATION OF ALEXANDER C. DRYLEWSKI IN SUPPORT OF DEFENDANT JITO LABS, INC.'S MOTION TO DISMISS

Alexander C. Drylewski, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

      1.     I am a member of the bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendant Jito Labs, Inc. ("Jito Labs") in this action.

      2.     I respectfully submit this declaration in support of Jito Labs' Motion to Dismiss, filed concurrently herewith.

      3.     Attached hereto as **Exhibit 1** is a true and correct copy of a screenshot of Jito Labs' website page titled "Low Latency Transaction Send," last updated on August 14, 2025. This document is publicly available at: https://docs.jito.wtf/lowlatencytxnsend/ (last accessed September 2, 2025).

4. Attached hereto as **Exhibit 2** is a true and correct copy of a blog post on Jito Labs' website titled "Solana Validator 101: Transaction Processing," dated November 22, 2021. This document is publicly available at: https://www.jito.wtf/blog/solana-validator-101-transaction-processing/ (last accessed September 2, 2025).

5. Attached hereto as **Exhibit 3** is a true and correct copy of a blog post on Jito Labs' website titled "Introducing the First Solana MEV Dashboard," dated July 4, 2022. This document is publicly available at: https://www.jito.wtf/blog/introducing-the-first-solana-mev-dashboard/ (last accessed September 2, 2025).

6. Attached hereto as **Exhibit 4** is a true and correct copy of a The Block article titled "Solana's founder on how memecoins help make the network more robust," dated December 5, 2024. This document is publicly available at: https://www.theblock.co/post/329669/solanas-founder-on-how-memecoins-help-make-the-network-more-robust (last accessed September 2, 2025).

7. Attached hereto as **Exhibit 5** is a true and correct copy of a blog post on Jito Labs' website titled "Announcing our $10M Raise," dated August 10, 2022. This document is publicly available at: https://www.jito.wtf/blog/announcing-our-10m-raise/ (last accessed September 2, 2025).

8. Attached hereto as **Exhibit 6** are true and correct copies of screenshots of the Pump.fun iOS application taken on August 8, 2025. The Pump.fun iOS application is publicly available for download on the Apple App Store.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a Forbes article titled "From Memes To $500 Million In Revenue: The Pump.Fun Phenomenon," dated February 22, 2025. This document is publicly available at:

https://www.forbes.com/sites/boazsobrado/2025/02/22/from-memes-to-500-million-in-revenue-the-pumpfun-phenomenon/ (last accessed September 2, 2025).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
September 5, 2025

<i>/s/ Alexander C. Drylewski</i><br>
Alexander C. Drylewski