UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIEGO AGUILAR, KENDALL CARNAHAN and MICHAEL OKAFOR on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>BATON CORPORATION LTD d/b/a PUMP.FUN, ALON COHEN, DYLAN KERLER, and NOAH BERNHARD HUGO TWEEDALE, SOLANA LABS INC., SOLANA FOUNDATION, JITO LABS INC., JITO FOUNDATION, ANATOLY YAKOVENKO, RAJ GOKAL, DAN ALBERT, AUSTIN FEDERA, LILY LIU, LUCAS BRUDER, BRIAN SMITH,<br><br>      Defendants. | Case No. 25 Civ. 00880 (CM) |

**NOTICE OF THE BATON OFFICERS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

  PLEASE TAKE NOTICE that, upon the accompanying Baton Officers' Memorandum of Law in Support of their Motion to Dismiss the Consolidated Amended Class Action Complaint, Defendants Alon Cohen, Dylan Kerler, and Noah Tweedale (collectively, the "Baton Officers"), by their undersigned attorneys, will move before the Honorable Colleen McMahon, United States District Judge, United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 24A, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing Plaintiffs' Consolidated Amended Class Action Complaint with prejudice as against the Baton Officers, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).

  PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's June 25, 2025 Appointment of Lead Plaintiff and Lead Counsel Order (ECF No. 32), Plaintiffs shall file any

1

response to this motion no later than September 26, 2025, and Defendants shall file their replies in support of their motions no later than October 10, 2025.

Dated:   September 5, 2025                             Respectfully submitted,


                                                       */s/ Samson A. Enzer*
                                                       Samson A. Enzer
                                                       Tammy L. Roy
                                                       Lauren Perlgut

                                                       **CAHILL GORDON & REINDEL LLP**
                                                       32 Old Slip
                                                       New York, New York 10005
                                                       (212) 701-3000
                                                       senzer@cahill.com
                                                       troy@cahill.com
                                                       lperlgut@cahill.com

                                                       *Counsel for the Baton Officers*