**BURWICK LAW PLLC**  ||  **WOLF POPPER LLP**

September 26, 2025

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, New York 10007

      Re:    *Aguilar v. Baton Corporation Ltd.*, No. 1:25-cv-00880-CM (S.D.N.Y.)

Dear Judge McMahon:

      We write on behalf of Plaintiffs Diego Aguilar, Kendall Carnahan, and Michael Okafor ("Plaintiffs") in the above-referenced action. Plaintiffs and Defendant Jito Labs, Inc. ("Jito Labs") have conferred and Plaintiffs have agreed to dismiss their claims against Jito Labs without prejudice. Plaintiffs will also dismiss their claims against Lucas Bruder, Jito Foundation, and Brian Smith, who have not yet been served in this action. Accordingly, enclosed please find a Stipulation and [Proposed] Order to dismiss Plaintiffs' claims against these Defendants.

      Respectfully submitted,

      */s/ Chet B. Waldman*
      Chet B. Waldman
      Terrence Zhang
      WOLF POPPER LLP
      845 3rd Avenue – 12th Floor
      New York, NY 10022
      Telephone: (212) 759-4600
      cwaldman@wolfpopper.com
      tzhang@wolfpopper.com

      */s/ Max Burwick*
      Max Burwick
      BURWICK LAW, PLLC
      43 West 43rd Street, Ste. 114
      New York, NY 10036
      maxb@burwick.law

      *Co-Lead Counsel for Plaintiffs and the Proposed Class*

Enclosure

cc: All Counsel of Record (via ECF)