UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DIEGO AGUILAR, KENDALL CARNAHAN
and MICHAEL OKAFOR, Individually and on
Behalf of All Others Similarly Situated,

                          Plaintiffs,

            - against -

BATON CORPORATION LTD, d/b/a
PUMP.FUN, ALON COHEN, DYLAN
KERLER, and NOAH BERNHARD HUGO
TWEEDALE, SOLANA LABS INC.,
SOLANA FOUNDATION, JITO LABS INC.,
JITO FOUNDATION, ANATOLY
YAKOVENKO, RAJ GOKAL, DAN
ALBERT, AUSTIN FEDERA, LILY LIU,
LUCAS BRUDER, BRIAN SMITH,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Civ. No. 1:25-cv-00880-CM



## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

WHEREAS, on July 23, 2025, Plaintiffs Diego Aguilar, Kendall Carnahan, and Michael

Okafor ("Plaintiffs") filed the Consolidated Amended Complaint ("CAC," ECF No. 34), naming

as defendants, among others, Jito Labs, Inc. ("Jito Labs"), Lucas Bruder, Jito Foundation, and

Brian Smith (together, the "Stipulating Defendants");

WHEREAS, on September 5, 2025, Jito Labs moved to dismiss the CAC;

WHEREAS, Plaintiffs and Jito Labs subsequently conferred and Plaintiffs have agreed to

dismiss their claims against Jito Labs; and

WHEREAS, as of the date of this Stipulation, Lucas Bruder, Jito Foundation, and Brian

Smith have not been served;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and the Stipulating Defendants, through their undersigned counsel, as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Action, including all claims asserted therein, is dismissed without prejudice as against the Stipulating Defendants, with each party to bear their own fees and costs.

2. No settlement payment or other consideration has been or will be paid by any Stipulating Defendant related to this Stipulation.

3. The Stipulating Defendants shall continue to abide by evidence preservation obligations.

4. The Stipulating Defendants continue to preserve, and do not waive, any and all defenses, including as to personal jurisdiction.

Dated:  New York, New York
        September 26, 2025


_Chet B. Waldman (signature)_

Chet B. Waldman
Terrence Zhang
WOLF POPPER LLP
845 3rd Avenue – 12th Floor
New York, NY 10022
Telephone: (212) 759-4600
cwaldman@wolfpopper.com
tzhang@wolfpopper.com


_Max Burwick (signature)_

Max Burwick
BURWICK LAW, PLLC
43 West 43rd Street, Ste. 114
New York, NY 10036
maxb@burwick.law

*Co-Lead Counsel for Plaintiffs and the
Proposed Class*


_Alexander C. Drylewski (signature)_

Alexander C. Drylewski
James M. Johnston
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
alexander.drylewski@skadden.com
james.johnston@skadden.com

*Counsel for Defendants Jito Labs, Inc.
and Lucas Bruder*


_Jason Gottlieb (signature)_

Jason Gottlieb
Michael Mix
MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
(212) 735-8600
jgottlieb@morrisoncohen.com
mmix@morrisoncohen.com

*Counsel for Defendants Jito Foundation
and Brian Smith*


IT IS SO ORDERED:

_Colleen McMahon (signature)_

THE HONORABLE COLLEEN MCMAHON
United States District Judge

Dated: 29 Sept        , 2025

3