UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIEGO AGUILAR, KENDALL CARNAHAN, AND MICHAEL OKAFOR on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BATON CORPORATION LTD, d/b/a PUMP.FUN, ALON COHEN, DYLAN KERLER, NOAH BERNHARD HUGO TWEEDALE, SOLANA LABS, INC., SOLANA FOUNDATION, JITO LABS INC., JITO FOUNDATION, ANATOLY YAKOVENKO, RAJ GOKAL, DAN ALBERT, AUSTIN FEDERA, LILY LIU, LUCAS BRUDER, BRIAN SMITH,<br><br>Defendants. | Case No. 1:25-cv-00880-CM-BCM |

## DECLARATION OF GREGORY N. WOLFE IN SUPPORT OF DEFENDANTS SOLANA LABS, INC., SOLANA FOUNDATION, DAN ALBERT, AND AUSTIN FEDERA'S OPPOSITION TO PLAINTIFFS' MOTION TO AMEND

Gregory N. Wolfe, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a member of the bar of this Court and a partner at Nagy Wolfe Appleton LLP, counsel for Defendants Solana Labs, Inc., Solana Foundation, Dan Albert, and Austin Federa (the "Blockchain Defendants") in this action.

2. I respectfully submit this declaration in support of the Blockchain Defendants' Opposition to Plaintiffs' Motion to Amend, filed concurrently herewith.

3. Attached hereto as Exhibit 1 is a true and correct copy of email correspondence between Plaintiffs' counsel and counsel for the Blockchain Defendants dated September 24, 2025.

4. Attached hereto as Exhibit 2 is a true and correct copy of email correspondence between Plaintiffs' counsel and counsel for the Blockchain Defendants dated September 22, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 8, 2025
New York, New York

By: *Gregory N. Wolfe*
Gregory N. Wolfe

*Counsel for Defendants Solana Labs, Inc., Solana Foundation, Dan Albert, and Austin Federa*