# Exhibit 1

| | |
|---|---|
| **From:** | Greg Wolfe |
| **To:** | Max Burwick; Joseph Baier |
| **Cc:** | Chet B. Waldman; Matthew Insley-Pruitt; Joshua W. Ruthizer; Brendan Patrick |
| **Subject:** | RE: Aguilar v. Baton Corporation Ltd. |
| **Date:** | Wednesday, September 24, 2025 7:27:14 PM |

Max:

You are informing me, after business hours, of your intent to file a 16-page motion less than five-and-a-half hours before you apparently intend to file the motion.  I have skimmed your preliminary statement.  It reflects that your C.I. contacted you some three weeks ago.  Given that you are sending me a 16-page motion, and that your C.I. contacted you three weeks ago, I can only conclude that you have known you would be seeking this relief for some time.  This is thus an ambush.  I obviously cannot meaningfully consider your request and consult with my clients.  Accordingly, you should include the following statement:

"I contacted counsel for the Blockchain Defendants about this motion at 6:27 PM on September 24, 2025 and informed counsel of my intent to seek relief through this motion less than 5.5 hours before the motion was to be filed.  Counsel for the Blockchain Defendants opposes."

**Greg Wolfe**
Partner
Nagy Wolfe Appleton LLP
31 East 62nd Street
New York, NY 10065
M: (917) 282-9481
O: (646) 494-4900

**From:** Max Burwick <max@burwick.law>
**Sent:** Wednesday, September 24, 2025 6:27 PM
**To:** Greg Wolfe <greg@nagylaw.com>; Joseph Baier <jbaier@nagylaw.com>
**Cc:** Chet B. Waldman <CWaldman@wolfpopper.com>; Matthew Insley-Pruitt <MInsley-Pruitt@wolfpopper.com>; Joshua W. Ruthizer <JRuthizer@wolfpopper.com>; Brendan Patrick <brendan.patrick@burwick.law>
**Subject:** Aguilar v. Baton Corporation Ltd.

Counsel,

We plan to file the attached motion later today. Please let us know whether you oppose, consent, or take no position on the requested relief.

Proposed filings are attached for your review.

Best regards,
Max

**Max Burwick, Esq.**
Managing Partner
Burwick Law -
https://url.avanan.click/v2/r01/___www.burwick.law___.YXAzOm5hZ3l3b2xmZWFwcGxl
dG9ubGxwOmE6bzo3MjE0ZWl5MmQ5NmMzMDUxNDQ5NTNkNWQzN2E1OWEwYzo3
OmRkN2U6ZTc4YzIyODEzYjliMzBmNzk4MDlmMTg0ZTdkYzg0MTI5ODczM2E0YTJmYzM3
MWMzNTY4ZmNlMmMwYmJkMGUxZDp0OlQ6Rg
917-716-6177



**Read more about our firm in the news:**
Wired.com: They Went After the Hawk Tuah Crypto Promoters. Now They're Suing
Pump.Fun
Law.com: Investors Sue in New York Over $440m International Crypto Ponzi Scheme
Rolling Stone: Hawk Tuah Girl Breaks Silence
Bloomberg: Hawk Tuah Memecoin Investors Sue Promoters Over Registration
Law360: Promises of Metaverse Art Club Were A Sham, Investors Claim
Burwick Law, PLLC

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the individual(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, copy, or forward this E-mail message. If you have received this E-mail in error, please notify the sender and delete the E mail from your records.