# Exhibit 2

| | |
|---|---|
| **From:** | Chet B. Waldman |
| **To:** | Greg Wolfe; Joseph Baier; alexander.drylewski@skadden.com; james.johnston@skadden.com; senzer@cahill.com; troy@cahill.com; lperlgut@cahill.com; spalley@brownrudnick.com; dsachs@brownrudnick.com; kdorso@brownrudnick.com |
| **Cc:** | Max Burwick |
| **Subject:** | FW: Draft Letter Motion, Pump.Fun Fact Research (Rough) |
| **Date:** | Monday, September 22, 2025 4:22:04 PM |
| **Attachments:** | Leave to file Omnibus Brief re_ MTD.docx |

Counsel,

We are going to ask the Court this afternoon for permission to file a single consolidated response to the motions to dismiss because many of the arguments and facts overlap. We will ask for 85% of what we would be entitled to if we filed separate responses (i.e., 85 pages instead of 100 pages). We think that this will make everyone's life easier.

A draft letter motion is attached. Please let us know if you consent to this request by the end of the day.

Chet


**Chet B. Waldman, Partner**

WOLFPOPPER

845 Third Ave., New York, NY 10022
Direct Dial:212.451.9624
Email: cwaldman@wolfpopper.com
www.wolfpopper.com
Follow Wolf Popper on LinkedIn & Twitter

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

# WOLF POPPER

Chet B. Waldman
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
212-451-9624
cwaldman@wolfpopper.com
wolfpopper.com

September 22, 2025

**VIA ECF**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *Aguilar, et al. v. Baton Corporation Ltd, d/b/a Pump.Fun, et al.*, No. 1:25-cv-00880-CM-BCM (S.D.N.Y.)

Dear Judge McMahon:

We write on behalf of Lead Plaintiff Michael Okafor and Plaintiffs Diego Aguilar and Kendall Carnahan (collectively, "Plaintiffs") to request leave to file a consolidated brief in opposition to the motions to dismiss the Consolidated Amended Class Action Complaint in order to reduce unnecessary repetition.

Four motions to dismiss were filed on September 5: Defendant Baton Corporation Ltd, d/b/a Pump.Fun's Motion to Dismiss the Consolidated Amended Complaint (ECF 88); Defendant Jito Labs Inc.'s Motion to Dismiss the Consolidated Amended Complaint (ECF 93); Defendants Solana Labs Inc., Solana Foundation, Dan Albert, and Austin Federa's Motion to Dismiss the Consolidated Amended Complaint (ECF 86); and Defendants Alon Cohen, Dylan Kerler, Noah Bernhard Hugo Tweedale's Motion to Dismiss the Consolidated Amended Complaint (ECF 96; collectively, "Motions to Dismiss"). Plaintiffs' responsive briefing is due on September 26, 2025. (ECF 31)

Your Honor's Individual Practices and Procedures, Rule V.D, would allow Plaintiffs to file four opposition briefs of up to 25 pages each, totaling 100 pages. However, many of the issues in the Motions to Dismiss are similar or overlapping.

Plaintiffs request leave to file one consolidated response to the Motions to Dismiss on September 26, 2025 totaling 85% of the combined length allowed. Plaintiffs anticipate that this will streamline the presentation of issues to the Court and minimize unnecessary repetition. Defendants' counsel consented to this request.

Respectfully submitted,

WOLF POPPER LLP
By: */s/*
Chet B. Waldman
Terrence Zhang

Honorable Colleen McMahon
September 22, 2025
2

    845 3rd Avenue – 12th Floor
    New York, NY 10022
    212-759-4600
    cwaldman@wolfpopper.com
    tzhang@wolfpopper.com

    **BURWICK LAW, PLLC**
    Max Burwick
    43 West 43rd Street, Ste. 114
    New York, NY 10036
    maxb@burwick.law

    *Co-Lead Counsel for*
    *Plaintiffs and the Proposed*
    *Class*