# EXHIBIT A













  Create coin   Log in

🔍 burwick ✕

Now trending

 snowball (snowball)
market cap: $568.1K
replies: 346
Snowball Experiments With Auto-Market Making From Creator Fees

 Peepo (Peepo)
market cap: $1.3M
replies: 319
Twitch's Beloved Emote Character Steps On-Chain

 Squishy Dumplings (Dumplings)
market cap: $191.7K
replies: 630
Squishy Dumplings Takes Over the Timeline

🌟 Movers | 🔴 Live | 🌱 New | 💰 Market cap | 🔥 Mayhem | 🍃 Oldest | 💬 Last reply | 🎆 Last ⚙


Burwick Law Coin
BLC
9p5BoW  2h ago
MC $3.5K
For enjoyers of law and order and Max Burwick Not officially endorsed by Max …


LIVE
We Suing Burwick
LAWFUND
FkViiT  3h ago
MC $3.5K
Pump may be fucked up but we can't let this Burwick dude sue them and line his…


burwick law
dontsueme
6mWEJG  4h ago
MC $3.5K
dont sue me


Official Burwick Meme
BURWICK
9PmsWE  11h ago
MC $3.7K


Burwick Upset Now Your Sued
BUNNY
EkN62G  15h ago
MC $3.5K


Official Burwick Law
BURWICK
2uEdvt  20h ago
MC $3.5K


BURWICK
BURWICK
Bgv1Wg  20h ago
MC $3.5K


BURWICK LAWSUIT MADE COIN …
BURWICK
EzLu59  21h ago
MC $3.5K




Burwick Law Official(Real)
BURWICK
AeTimr  21h ago
MC $3.5K


Burwick Law
BURWICK
8deJ9x  21h ago
MC $3.5K


Burwick Law
BURWICK
8deJ9x  21h ago
MC $3.5K


Burwick vs Pump
BVP
Avr2pd  21h ago
MC $3.6K
The lawsuit you never asked for.


Burwick Law Official(Real)
BURWICK
AeTimr  21h ago
MC $3.5K


Burwick Law
BURWICK
B9sadN  21h ago
MC $4.5K
Not a parody


Fees To Burwick
BURWICK
CZ5Tou  21h ago
MC $3.5K


Burwick Law Official(Real)
BURWICK
AseeUY  21h ago
MC $3.5K


Burwick
Wick
AnwmYF  21h ago
MC $3.5K
red wick


Pump Fun Killer - Burwick Law
PFK
AUvpav  22h ago
MC $3.5K


Burwick Law Mascot
RON
3iyAQA  22h ago
MC $3.5K


Burwick Law Mascot
RON
3iyAQA  22h ago
MC $3.5K




Max Burwick
Burwick
🐸 HW3Ah9  22h ago
MC $3.5K


Burdick Law Official
BURDICK
🐸 E59KKc  22h ago
MC $3.5K


Burwick Law Offical(Really Real)
Burwick
🐸 5TdE25  22h ago
MC $3.5K
The really real parody coin for a parody law firm


Burwick Law Offical(Real)
BURWICK
🐸 k1RybB  22h ago
MC $37.4K       ↑ 4.03%
Parody coin for a parody law firm


Burdick Law
Burdick
🐸 DXRKvF  23h ago
MC $3.5K


Max Burwick
MAX
🐸 AeTimr  23h ago
MC $4.0K


Burwick Law Firm
BURWICK
🐸 4DU4xv  23h ago
MC $3.5K


Rape Max Burwick
Rape
🐸 RAPExs  1d ago
MC $4.6K
Rape Max Burwick For Chilling in His House


justice for Max Burwick
Max
🐸 EAoe55  1d ago
MC $3.5K
- Launched with unbeatable speed on launchblitz.ai


Burwick Law
BWL
🐸 8CxMHv  1d ago
MC $8.2K       ↓ 2.05%
Please buy this coin. I need the creator fees for my 6 figure legal defense agains...


Max Burwick
MAX
🐸 9ZPsMK  2d ago
MC $3.8K


Burwick Baddies
BB
🐸 FaBGrH  3d ago
MC $3.5K




**Burwick Law**
BurwickLaw
9JwL2n  3d ago
MC $3.5K
Pumpdotfun & Solana lawsuit update: Leave to amend (file new complaint)...


**Burwick Pete**
Pete
HvNqQB  12d ago
MC $3.5K


**Burwick Pete**
Pete
HvNqQB  12d ago
MC $3.5K


**Burwick Pete**
Pete
x666xi  12d ago
MC $3.5K


**Burwick Law Firm**
BURWICK
FH2Ndh  12d ago
MC $3.5K


**Believe Max Burwick**
BELIEVEMAX
27Dg9b  1 month ago
MC $3.5K


**New Burwick Law Mascot**
PENNY
2epb7K  1 month ago
MC $3.5K


**Max BurDICK**
gaylawyer
BkjPqe  3 months ago
MC $3.5K
max burwick is a fake gay dick sucker


**Better Call Burwick**
BURWICK
Crj9zY  4 months ago
MC $3.5K
Suck at trading? Sue the dev, and make it all back in one lawsuit!

no image
**RICKY BURWICKKK**
BURWICKKK
ooooWw  4 months ago
MC $3.5K


**PumpFun vs Burwick Law**
WICKLESS
6E9ZsG  4 months ago
MC $3.5K
Burwick Law is coming after Solana and Jito... not just Pump.Fun. Get those...


**Burwick Law**
Burwick
GPAHdp  5 months ago
MC $3.5K





**Burwick Pump Tokens**
BPT
2SjXgp  5 months ago
MC $3.5K



**Burdwick**
Burdwick
En5AaB  6 months ago
MC $3.5K



**Burdwick**
Burdwick
2JarGa  6 months ago
MC $3.5K



**Burdwick Law**
BURDWICK
23FwFe  6 months ago
MC $3.5K

[ << ] 1 [ >> ]

© pump.fun 2025

Privacy policy | Terms of service | Fees | Revenue | Tech updates