# EXHIBIT B





created by 🐸 AFC3dU
9d ago
market cap: $7.5K
replies: 2
**Burwick Law's Mascot (Penny):**



created by 🐸 8psJYm
9d ago
market cap: $7.5K
replies: 29
**Better Call Burwick (BCB):** $100M CODED AS MORE NEWS ON THE LAWSUIT DEVELOPS. BETTER CALL BURWICK.



created by 🐸 5Hyf6s
9d ago
market cap: $7.5K
replies: 64
**Pump fun Law Suit (BurwickLaw):**



created by 🐸 769zxg
1 month ago
market cap: $7.5K
replies: 9
**Hailey Welch Lawyer (Burwick):**



created by 🐸 R9uRCo
9d ago
market cap: $7.5K
replies: 6
**Burwick Law's Mascot (Penny):**


created by 🐸 6XpRPM
2 months ago
market cap: $7.5K
replies: 29
**Burwick Law (SAVIOR):** here to save all degens, the last hope for many. It is time to sua Tuah and all the scammers in this space. Burwick Law is the SAVIOR!


created by 🐸 85ApNP
7d ago
market cap: $7.5K
replies: 5
**Burwick Law (SUED):** Burwick Law is 1 angry boi sueing PF - home of the degens.


created by 🐸 DgACxv
9d ago
market cap: $7.5K
replies: 1
**Burwick's Cat (burwick):**


created by 🐸 DgACxv
9d ago
market cap: $7.5K
replies: 2
**Better Call Burwick (BCB):**


created by 🐸 BurwickInc
1 month ago
market cap: $7.5K
replies: 4
**Burwick Law Group (BURWICK):** Funds lost in a rug? Indians stole your rent money? Call me! I'll punish those conniving con artist and get your money back!



created by 🐸 6YA9N3
9d ago
market cap: $7.5K
replies: 18
**Burwick Law Mascot (Penny):**



created by 🐸 83DX3n
9d ago
market cap: $7.5K
replies: 6
**Pumpfun's saviour Law (BURWICK):** **LEGAL ACTION ALERT: PUMPDOTFUN** Burwick Law is pursuing legal action on behalf of investors in pumpdotfun memecoins. If you lost money on any pumpdotfun memecoins, you may be entitled to compensation.



created by 🐸 31jYG1
9d ago
market cap: $7.5K
replies: 2
**Burwick Law's Mascot (Penny):**



created by 🐸 BrsSxq
9d ago
market cap: $7.5K
replies: 6
**Burwick Lawsuit vs Pump.Fun (BL vs PF):** We are NOT associated with any memecoins or tokens using the Burwick Law name or likeness. Any claims suggesting otherwise are false and unauthorized. We love what crypto could be and look forward to working together to bring accountability to the space.



created by 🐸 FkS8R7
2 months ago
market cap: $7.5K
replies: 7
**Better Call Burwick (BURWICK):** Lost money in a celebrity crypto rug again? Better Call Burwick


created by 🐸 MNhBbr
1 month ago
market cap: $7.5K
replies: 7
**BURWICKLAW (BURWICKLAW):**


created by 🌑 4r3s5
1 month ago
market cap: $7.5K
replies: 8
**Burwick Law (burwick):** Did you lose money in crypto? Contact Burwick Law.


created by 🐸 A2DVKa
8d ago
market cap: $7.5K
replies: 4
**PF protection Law (BURWICK):** Lose money in Pumpfun? apply below:


created by 🐸 6d22Fo
8d ago
market cap: $7.5K
replies: 0
**burwickio (burwickio):**

created by 💩 normus
9d ago
market cap: $7.5K
replies: 43
**FUCKBURWICKLAW (FCKBURWICK):** Fuck burwick law and there lawsuite!


created by 🐌 cc6fgv
9d ago
market cap: $7.5K
replies: 1
**BURWICK LEGAL ACTION ALERT (BURWICK):** **LEGAL ACTION ALERT: PUMPDOTFUN** Burwick Law is pursuing legal action on behalf of investors in pumpdotfun memecoins. If you lost money on any pumpdotfun memecoins, you may be entitled to compensation.

created by 🐸 2Eytso
9d ago
market cap: $7.5K
replies: 53
**Pump fun Law Suit (BurwickLaw):**

created by 🐸 BYUKyP
1 month ago
market cap: $7.5K
replies: 6
**TalkTuahLawyer (Burwick):**

created by 🐸 MNhBbr
9d ago
market cap: $7.5K
replies: 68
**BURWICK LAW SUE CASE NUMBER (#0800111):**

created by 🐸 36DWP5
9d ago
market cap: $7.5K
replies: 1
**Trenches Better Call Saul (Burwick):**

created by 🐸 5TueD6
9d ago
market cap: $7.5K
replies: 3
**Pump fun Law Suit (BurwickLaw):**

created by 🐸 DynuGy
4d ago
market cap: $7.5K
replies: 5
**OFFICIAL BURWICK LAW COIN (BURWICK):**


created by 🐸 Bigterry
8d ago
market cap: $7.5K
replies: 1
**better call burwick (BCB):**


created by 🐸 HNeHjY
7d ago
market cap: $7.5K
replies: 3
**Burwick Law (BURWICK):** Did you lose money in a crypto scam? Well have no fear, Burwick is here!


created by 🐸 C3PUNk
9d ago
market cap: $7.5K
replies: 0
**Burwick Law Dummies (BURWICK):** A leader in digital consumer protection. Lose money in crypto?


created by 🐸 8zzcbj
9d ago
market cap: $7.5K
replies: 47
**Burwick Law mascot (Penny):**


created by 🐸 9tkyJH
1 month ago
market cap: $7.5K
replies: 9
**Burwick Law (Burwick):**


created by 👤 JBUNIVERSE
9d ago
market cap: $7.5K
replies: 14
**XL Burwick (XLB):** Come rebel with us against these greedy fat lawyers! Stand with PUMP! "Today, B**wick Law is announcing publicly that we are pursuing legal action on behalf of investors in pumpdotfun memecoins. This announcement follows months of

working alongside everyday people that have lost significant amounts of money to memecoins, rugs, and unfulfilled promises"



created by 🐸 B8xTCo
8d ago
market cap: $7.5K
replies: 1
**burwick coin (burwickio):**



created by 🐸 HNeHjY
7d ago
market cap: $7.5K
replies: 9
**Burwick Law (BURWICK):** Did you lose money in a crypto scam? Well have no fear, Burwick is here!



created by 🐸 pumpagony
9d ago
market cap: $7.5K
replies: 1
**Burwick Law (burwick):** Burwick Law is pursuing legal action on behalf of investors in pumpdotfun memecoins. If you lost money on any pumpdotfun memecoins, you may be entitled to compensation.



created by 🐸 83QQFL
1 month ago
market cap: $7.5K
replies: 6
**Halieys new law (burwick):**



created by 🐸 psyber
1 month ago
market cap: $7.5K
replies: 11
**BurwickLaw (BWICK):** Have you experienced any losses from rugs and scams on Solana, please contact Burwick Law using the link below: https://burwick.law/newclient. @BurwickLaw https://x.com/HalieyWelchX/status/1870123827725840484



created by 👤 BlznWolf3
9d ago
market cap: $7.5K





created by 6d22Fo
1 month ago
market cap: $7.5K
replies: 9
**Hawk Tuah Mascot (BURWICK):**



created by 83QQFL
1 month ago
market cap: $7.5K
replies: 7
**halieys lawyer (burwick):**



created by B8xTCo
8d ago
market cap: $7.5K
replies: 0
**burwick coin (burwickio):**

[ << ] 2 [ >> ]

© pump.fun 2025
privacy policy | terms of service | fees