# EXHIBIT C

From: **Max Burwick** <max@burwick.law>
Date: Fri, Jan 24, 2025 at 4:26 PM
Subject: Submission Regarding Targeted Harassment and Ethical Concerns by Pumpdotfun
To: < >
Cc: Pete Rowe <pete@burwick.law>

Dear Members of the New York State Bar Association,

I am writing to bring to your attention the launch of multiple memecoins designed to harass and intimidate our clients, our attorneys, and our law firm. Pumpdotfun, a crypto token launchpad and creator platform launched these tokens/memecoins. This situation raises significant ethical concerns that have broader implications for the legal profession.

Please note that our firm has not authorized or participated in the launch, purchase, creation, or any activity related to these memecoins. We made public statements when possible that our firm is not affiliated with these digital assets.

Since our firm initiated class action lawsuits regarding memecoins, including $HAWK and Pumpdotfun, the Pumpdotfun platform has launched and promoted tokens that exhibit our firm's IP, including logo, URL, and other brand assets. Additionally, Pumpdot fun has launched tokens that resemble the likeness of our managing partner, his pet, and our client. These tokens:

- Misappropriate our firm's name and logo.
- Use the image of one of our attorneys in a harassing and disparaging manner.
- Name our client and published their business phone number, resulting in numerous spam calls, as our client has directly reported.

Despite claiming to provide 24/7 moderation to remove inappropriate content, Pumpdotfun has failed to act. Pump.Fun actively promoted these tokens by featuring them at the top of their homepage, further amplifying the harm.

These memecoins raise serious ethical concerns regarding the potential to confuse clients and undermine the legal process. Additionally, the general mockery of legal proceedings disrupts the trust clients place in both lawyers and the legal profession.

**Call to Action**
We respectfully request that the NYSBA:

1. Review this matter and provide guidance on addressing the ethical implications of this conduct.
2. Issue a public statement condemning the use of digital platforms that facilitate harassment and intimidation of legal professionals and their clients.
3. Implement accountability measures for platforms similar to Pumpdotfun.

We have attached images from the platform that clearly display some of this content. We are prepared to provide additional documentation or evidence to support this submission and would appreciate the opportunity to discuss this matter further.

Thank you for your attention to this critical issue and for your continued commitment to protecting the ethical foundations of our profession.

Sincerely,
Max Burwick


Max Burwick, Esq.
Managing Partner

**Read more about our firm in the news:**
Law.com: Investors Sue in New York Over $440m International Crypto Ponzi Scheme
Rolling Stone: Hawk Tuah Girl Breaks Silence
Bloomberg: Hawk Tuah Memecoin Investors Sue Promoters Over Registration
Law360: Promises of Metaverse Art Club Were A Sham, Investors Claim

Burwick Law, PLLC
917-716-6177

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the individual(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, copy, or forward this E-mail message. If you have received this E-mail in error, please notify the sender and delete the E mail from your records.