# CAHILL GORDON & REINDEL LLP

32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

| | | |
|---|---|---|
| 900 16th STREET, N.W. Suite 500<br>WASHINGTON, DC 20006<br>(202) 862-8900 | 221 W. 10th STREET<br>WILMINGTON, DE 19801<br>(302) 884-0000 | 20 FENCHURCH STREET<br>LONDON EC3M 3BY<br>+44 (0) 20 7920 9800 |

December 29, 2025

**VIA ECF**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re:  *Aguilar* v. *Baton Corp. Ltd.*, No. 25 Civ. 880 (CM) (BCM)

Dear Judge McMahon:

We respectfully submit that the Court should disregard the frivolous "Notice of Defendant Misconduct" (the "Notice") that Plaintiffs' counsel, Mr. Burwick, recently filed with the Court along with its baseless accusations against our clients, the Baton Defendants—namely, Baton Corporation Limited (d/b/a Pump.fun) and Baton officers Alon Cohen, Dylan Kerler, and Noah Tweedale.

The Notice is unsupported by any affidavits, declarations, or competent evidence tying the Baton Defendants to its conclusory assertions purporting to blame them for the alleged social media posts and other internet activity on the publicly available Pump.fun website about which the Notice complains. For the avoidance of doubt, the Baton Defendants categorically deny those meritless assertions.

If Mr. Burwick had genuine concerns to raise with the Baton Defendants about the alleged issues raised in the Notice, we expect that he would have complied with his obligation to meet and confer with defense counsel about them or submitted a takedown notice via proper channels on the Pump.fun website before running to the Court with that defective filing. He did not. Instead, he submitted the Notice to the Court during Christmas week and immediately blasted it to his social media followers via the X.com (f/k/a Twitter.com) account that his law firm uses to trawl for potential clients. (*See* Exhibit 1).

The Notice is procedurally improper, legally irrelevant, unsupported by any proof as against the Baton Defendants, and was transparently designed to generate publicity rather than advance this litigation.

CAHILL GORDON & REINDEL LLP

-2-

       The Court should ignore the Notice and admonish Mr. Burwick that Federal Rule of Civil Procedure 11 and applicable rules of professional conduct forbid him from making further attempts to burden the Court and the defense with frivolous filings that serve no legitimate purpose other than to support his tawdry public relations campaign.

Respectfully submitted,

CAHILL GORDON & REINDEL LLP

BY:    */s/ Samson A. Enzer*
       Samson A. Enzer
       32 Old Slip
       New York, NY 10005
       (212) 701-3125

*Counsel for Defendants Alon Cohen, Dylan Kerler and Noah Tweedale*

BROWN RUDNICK LLP

By:    */s/ Stephen D. Palley*
       Stephen D. Palley
       1900 N Street NW, Suite 400
       Washington, D.C. 20036
       (202) 536-1766

*Counsel for Defendant Baton Corp. Ltd.*

cc:    All Counsel of Record (via ECF)