# **<u>Exhibit 1</u>**

 **Burwick Law** ✓
@BurwickLaw

**Pumpdotfun Legal Update**

Today we filed a Notice of Defendant Misconduct in Aguilar v. Baton Corp. Ltd., et al. (SDNY), placing on the record documented harassment, identity misuse, and threats directed at plaintiffs and counsel during ongoing federal litigation.



6:18 PM · Dec 22, 2025 · **313.3K** Views

💬 1        🔁 178        ♥ 440        🔖 108        ⬆