# NAGY WOLFE APPLETON LLP

31 East 62nd Street, 6th Floor | New York, New York 10065 | (646) 494 - 4900

Gregory N. Wolfe
greg@nagylaw.com

<u>VIA NYSCEF</u>                                                                                           December 30, 2025

The Honorable Colleen McMahon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *Aguilar, et al. v. Baton Corporation Ltd, d/b/a Pump.Fun, et al.*, No. 1:25-cv-00880-CM-BCM (S.D.N.Y.)

Dear Judge McMahon,

    We represent the Blockchain Defendants in the above-captioned matter. We write in regard to Plaintiffs' December 22, 2025 letter to the Court. The Blockchain Defendants take no position regarding their letter because Plaintiffs neither make any allegations with respect to the Blockchain Defendants nor did Plaintiffs contact the Blockchain Defendants before filing their letter.

    Respectfully submitted,

*Gregory N. Wolfe*

Gregory N. Wolfe