# **EXHIBIT 2**



**Twon | 00.sol** ✔
@TwonXBT
🎭 Parody account

MBA, PhD | Perps Trader | Harvard | Jeweler | DM for quotes 📲 | Private TG
t.me/+_I06B9tGfZozZ... | Prev. Anthropic, Meta, Netflix

📍 Join Duel ⚔ now with link ➡️➡️    🔗 Duel.com
📅 Joined December 2013 >