# EXHIBIT A

**pump.fun** ✓
@pumpdotfun

if you're in stocks pivot to memecoins (it's like this every day)

11:23 AM · Apr 7, 2025 · **32.7K** Views

💬 272          ↻ 96          ♡ 668          🔖 10          ⬆

← **Post**

**Solana** ✓
@solana

you take the solana pill and you stay in wonderland, and i show you how deep the rabbit hole goes



👤 pump.fun

1:48 PM · Jul 9, 2025 · **53.2K** Views

💬 405          ↻ 174          ♡ 1.1K          🔖 34          ⬆

← **Post**

 **toly** 🇺🇸 ✅ ▤                                    Ø  •••
@aeyakovenko

internet sucks.  reddit vote brigrades, X reply bots, fb slop, everything is saturated with spam.  the only innovation in web2 over the last decade was a closed source centralized algorithmic feed.

like it or not, @pumpdotfun has a shot at changing how content is monetized.

>  **Tim Sweeney** ✅ @TimSweeneyEpic · 19h
>
> Big yikes: Google will confiscate, for itself, all profits made from AI content on YouTube.
>
> AI should be a tool for enhancing human creativity and opportunity. Now Google has made it plain that they see it solely as a means to take from …

5:08 PM · Jul 9, 2025 · **75.3K** Views

💬 12              ⟲ 78              ♡ 483              🔖 29              ⬆





**alon** ✔
@a1lon9

today, we made history once again

from being one of the fastest growing companies on earth to selling out the $600m public sale in 12 minutes, it's clear that pump fun is inevitable

long live the believers, long live the trenches, and long live pump fun

5:05 PM · Jul 12, 2025 · **517.5K** Views

💬 1.2K          🔁 403          ♡ 4.8K          🔖 181          ↑



← **Post**

**Solana** ✔
@solana

solana is the silicon valley of the internet

7:15 PM · Jul 12, 2025 · **572.9K** Views

💬 935          🔁 809          ♡ 4.2K          🔖 95          ↑

← Post

🔖 Pinned



**Solana** ✅
@solana

While Wall Street was closed, Solana stayed open for business 🔔

This week, pump raised $600M in 12 minutes, Bullish announced they're moving their core infra to Solana, and CME SOL futures surpassed $4B volume. Here's what you might've missed:

- Solana continued humming along during high demand, with $448M raised onchain out of $600M total for @pumpdotfun's token offering in just 12 minutes.

- @Bullish, the crypto exchange with over $1.4T volume, announced they'll migrating their core infrastructure to Solana-native stablecoins to power custody, payments, trading, and settlement

- Minna Bank, a subsidiary of Fukuoka Financial Group, announced that they're working with @FireblocksHQ and TIS to study payments, tokenized real world assets, and settlement powered by Solana

- SOL futures surpassed $4B traded on one of the world's largest regulated derivatives exchanges, @CMEGroup

- @Crossmint launched a new wallet SDK built from scratch for stablecoins and fintech with Solana support baked in ft. sponsored gas, no vendor lock-in, and more

- @GUNbyGUNZ launched on Solana, bridging to Solana's high powered DeFi ecosystem

- @blockworksres's @0xSharples released a new launchpad dashboard covering revenue, token launches, volume, and users across launchpads like @pumpdotfun, @bonk_fun, @raydiumprotocol, @believeapp, @Moonshot, @MeteoraAG, and many more

- Vibe coders rejoice: @solana_devs MCP server implementation went open source

- @garden_finance's trustless Bitcoin bridge launched Solana support, enabling fast BTC bridging to Solana

- Total deposits on @KaminoFinance surpassed $4B, a huge milestone for Solana DeFi

- @0xMert_ announced he's launching another podcast by a bald founder, with Accelerate coming to a pod near you

- @heliuslabs dropped a banger report on the state of Internet Capital Markets on Solana

Probably missed a dozen more drops. Let us know what else shipped and have a beautiful week ahead 🫡



6:04 PM · Jul 13, 2025 · **218K** Views

💬 262          ⟲ 199          ♡ 956          🔖 59          ↥

6



← **Post**

**Solana** ✅
@solana

Wall Street closed, Solana open for business

internet capital markets

11:09 AM · Jul 12, 2025 · **303.5K** Views

💬 651          🔁 597          ♡ 4K          🔖 65          ⬆️

Post your reply                          **Reply**

**bruid** ✅ @Bruidbtc · Jul 12
Solana always open for a good time.
💬          🔁          ♡ 4          📊 46          🔖 ⬆️

**Jito** ✅ @jito_sol · Jul 12
Internet capital markets.
💬 14          🔁 8          ♡ 58          📊 6.8K          🔖 ⬆️

**Solana** ✅ @solana · Jul 12
internet capital markets
💬 12          🔁 6          ♡ 47          📊 5.1K          🔖 ⬆️

Show replies

← **Post**

 **Solana** ☑
@solana

dw we good fam

somewhere out there, a 19 y/o is quietly rewiring the future of capital markets on solana

job's not finished 🫡



 **Solana** ☑ @solana · Jul 11
it's always wen solana, why solana

never how's solana 😭

8:22 PM · Jul 11, 2025 · **369.4K** Views

💬 464          🔁 403          ♡ 2.2K          🔖 56          ⬆



**Solana** ✅
@solana

App szn

> **Kamino** ✅ @KaminoFinance · Jul 11
> $4 Billion
>
> thank you, @solana
>
> Kamino Total Deposits                    July 2025
>
> $4,876,552,109
>
> 0:02

3:40 PM · Jul 11, 2025 · **136.9K** Views

💬 249        🔁 156        ❤️ 1K        🔖 15        ⬆️

9





 **Solana** ✅
@solana



you take the solana pill and you stay in wonderland, and i show you how deep the rabbit hole goes



👤 pump.fun

1:48 PM · Jul 9, 2025 · **422K** Views

💬 959        🔁 651        ♡ 3.8K        🔖 141        ⬆️

← **Post**

**Solana** ✔
@solana

you take the solana pill and you stay in wonderland, and i show you how deep the rabbit hole goes



👤 pump.fun

1:48 PM · Jul 9, 2025 · **422K** Views

💬 959          🔁 651          ♡ 3.8K          🔖 141          ⬆

Post your reply                                   Reply

**alon** ✔ @a1lon9 · Jul 9
😛

💬 184          🔁 14          ♡ 524          📊 27K          🔖 ⬆

**pump.fun** ✔ @pumpdotfun · Jul 9
I'm never leaving wonderland.

💬 75          🔁 10          ♡ 379          📊 22K          🔖 ⬆

12





**toly** 🇺🇸 ✓ ▤
@aeyakovenko

solana is the best choice

other L1s are a compromise.  solana is the most decentralized, most secure, credibly neutral chain that reliably never spikes in fees.

it's the most active smart contract chain. it has the majority of stablecoin and DeFi transactions.

instead of leaking 98% revenue to L2s it's hyper optimized atomic state machine can secure all activity on the L1, without layers of multisigs.

solana is the default for dapps with revenues. for these reasons,

solana is obvious



**rip.eth** ✓ Ⓡ @ripdoteth · Jul 11
ethereum is the best choice

other L1s are a compromise.

the L1 is the most decentralized, most secure, credibly neutral & never goes …
Show more



5:58 PM · Jul 11, 2025 · **550.3K** Views

💬 631          ⟳ 421          ♡ 3.2K          🔖 138          ⬆️

14

**Phantom** ✔️
@phantom

Registered for the PUMP public token sale?

The sale goes live at 2pm UTC today 💊

Buy your tokens from @pumpdotfun with our verified link in Phantom Explore.

For informational purposes only. Not intended for UK audiences.



8:00 AM · Jul 12, 2025 · **113K** Views

💬 213          ↻ 136          ♡ 1.1K          🔖 41          ↑

15

**Phantom** ✅
@phantom

PUMP-USD hyperps are live for eligible users in Phantom ∞

Powered by Hyperliquid.



**Hyperliquid** ✅ @HyperliquidX · Jul 9

By community request, Hyperliquid has listed PUMP-USD hyperps. You can now long or short the unlaunched $PUMP token with up to 3x leverage.

New listing:
PUMP
(Pump.fun)
hyperp

NEW

Hyper*liquid*

5:35 PM · Jul 10, 2025 · **123.5K** Views

💬 109          🔁 127          ♡ 1.2K          🔖 32          ⬆️





