# EXHIBIT B

1





4







7/13/25, 5:51 PM                                                  Solana Games











Expanding the Solana ecosystem with a WEB3 GameFi
platform powered by $NPST







**CONNECT WALLET**

# //  JUST LAUNCHED  A TOKEN?

Give it  instant utility. Create a staking pool in seconds -  show your holders you're serious.



### Launch. Stake. Dominate
Create instant utility for your token on Solana.

### Advanced Staking, Zero Code
Reward holders your way - any token, any rules.

### For Project Founders
Earn creator rewards in SOL from every stake

Stake mSOL  bSOL   liteSOL  bSOL

9



## Annotation

"The document covers the NAEGI POKER & NAEGI PLAY platform and its exclusive TOKEN, NPST. This document introduces the major challenges facing the modern iGaming industry and the innovative approach

proposed by NAEGI POKER & NAEGI PLAY project to solve them. It aims to explain the features of NAEGI POKER SOLANA TOKEN (NPSTI, the technical structure based on the SOLANA blockchain, and the future development direction of the NAEGI POKER & NAEGI PLAY platform. It also includes information on security, legal compliance, and the overall project roadmap."

# Introduction

The gaming industry is facing a period of significant change and innovation due to the rapid development of digital technology and the advent of the cryptocurrency era. With the increasing interest in finance and the continuous development of blockchain technology, the iGaming entertainment sector is facing new opportunities and challenges. NAEGI POKER & NAEGI PLAY is a project born to innovate the industry in this environment.

# Contents

1. Main Information

1.1, About the Project

1.2. What Makes the Project Unique?

1.3. Project History

2, Technical Features of NPST

2.1. Technology

2.2. Use Cases

2.3. Development Plans

3. NAEGI POKER SOLANA TOKEN

3.1. About NPST

3.2. Why NPST?

3.3. When and where can it be used?

3.4. Who manages NPST?

3.5. How to work? (Mechanism)

3.6. NAEGI POKER SOLANA TOKEN

3.7. TOKENOMICS

4. Challenges of the iGaming Industry and Their Solutions

4.1. Lack of Decentralization and Transparency in Transaction Systems

4.2. High Fees for Payments and Transfers

4.3. Extended Transaction Processing Times

4,4, Access Restrictions for Players from Different Countries

5, Development of the NAEGI POKER & NAEGI PLAY Ecosystem

5,1. Partnerships with Crypto iGamings and Online Gaming Platforms

5,2, User Acquisition and Community Building

5,3, Research and Implementation of New Features

6, Security and Regulation

6,1. Protection against Fraud and Hacking

6,2, Approach to Regulatory Compliance in Different Jurisdictions

Conclusion

# 1. Main Information

### 1.1. About the Project

NAEGI POKER & NAEGI PLAY project is an innovative gaming platform designed based on SOLANA blockchain technology, providing a differentiated iGaming experience. NAEGI POKER & NAEGI PLAY is a SOLANA-based WEB3 poker and board game where in-game payments are made with TOKEN and withdrawal fee is paid with SOLANA COIN. The platform aims to solve common trust, security, and regulatory issues in the iGaming industry through innovative features such as decentralized architecture, transparent reward system, and integration with Telegram messenger. NAEGI POKER & NAEGI PLAY aims to establish itself as a leading platform in the cryptocurrency-based iGaming market, providing the best gaming experience based on excellent security and user satisfaction.

### 1.2. What makes the project unique?

NAEGI POKER & NAEGI PLAY project stands out among other gaming platforms due to several key unique features:

**Utilization of Blockchaln Technology:** NAEGI POKER & NAEGI PLAY is designed based on cutting-edge blockchain technology, enhancing transparency and security of the game process and providing a decentralized platform.

**ProprtetaryToken NPST:** NAEGI POKER & NAEGI PLAY introduces its own cryptocurrency token, NAEGI POKER SOLANA TOKEN (NPST), providing players with a convenient and secure means to participate in iGaming activities and receive rewards,

**Integration with Telegram:** NAEGI POKER & NAEGI PLAY project is seamlessly integrated into the Telegram messenger, making it accessible to a vast audience of users,

**Addressing Securtty and Trust Issues:** NAEGI POKER & NAEGI PLAY tackles the existing lack of trust within the iGaming entertainment industry by offering a secure and fair gaming environment built on blockchain technology,

These factors make NAEGI POKER & NAEGI PLAY a unique project that aims to revolutionize the iGaming industry.

### 1.3. Project History

NAEGI POKER & NAEGI PLAY with SOLANA was launched in May, 2025, by a team with extensive experience in iGaming. The idea behind creating NAEGI POKER & NAEGI PLAY stemmed from the desire to address existing issues in the iGaming industry and provide players with new opportunities. The team's objective was to create a platform that would bridge the worlds of cryptocurrency and iGaming entertainment, ensuring security, transparency, and enjoyable gameplay.

Since the project's launch, the NAEGI POKER & NAEGI PLAY team has been striving for exceptional outcomes. One of the key milestones was the implementation of their proprietary cryptocurrency token, NAEGI POKER SOLANA TOKEN (NPST). This token functions as a fundamental utility for in-game activities and also plays a key role as a real-value asset and farming mechanism within the SOLANA ecosystem.

The project's team is actively planning to list SNPST on leading decentralized exchanges (DEX] to ensure easy access for a wide audience. One of the most ambitious plans of the NAEGI POKER & NAEGI PLAY team is to open up the market to new projects among the vast user base of the Telegram messenger, which boasts over 900 million users. This step will create new opportunities and dynamically propel the iGaming industry forward.

NAEGI POKER & NAEGI PLAY project started its journey as an innovative idea and rapidly evolved into a unique gaming platform, aiming to become a key player in the world of cryptocurrency iGaming entertainment.

## 2. Technical Features of NPST

### 2.1. Technology

NAEGI POKER & NAEGI PLAY and its ecosystem are closely intertwined with cutting-edge blockchain technology, which ensures transparency, security, and innovation within our gaming platform. The cornerstone of our ecosystem is NPST as TOKEN standard, built on the SOLANA blockchain.

**SOIANA: The Revolutionary Blocla:hain**

SOLANA is a next-generation blockchain that has gained widespread recognition due to its unique characteristics:

- **Speed and Efficiency:** SOLANA is designed to provide unparalleled performance and unlimited scalability, enabling NAEGI POKER & NAEGI PLAY to offer instant and secure transactions to our users,

- **Security:** SOLANA ensures a high level of data security, which is particularly crucial for gaming platforms. All transactions and data on the NAEGI POKER & NAEGI PLAY platform are securely protected through the use of cryptographic algorithms.
- **Decentralizatlon:**SOLANA technology provides NAEGI POKER & NAEGI PLAY with a decentralized environment, ensuring transparency in the gaming process and eliminating any central authority control over the platform.

## 22. Use Cases

NPST is not merely a digital currency; it represents a pivotal element of the ecosystem. NPST can be utilized for several purposes:

- **ToPlace Bets:**Users utilize NPST as an in-game currency to participate in games on the platform,
- **For Trading:** NPST is tradable on decentralized exchanges (DEX), enabling users to buy, sell, or swap their NPST, and participate in the broader SOLANA DeFi ecosystem,

NPST will enable transparency and efficiency across all facets of the gaming experience on NAEGI POKER & NAEGI PLAY. Thanks to the SOLANA blockchain, the platform can deliver unique, reliable, and engaging services for players. All of these elements make NAEGI POKER & NAEGI PLAY a secure and innovative crvptocurrency gaming platform.

## 2.3.Development Plans

NAEGI POKER & NAEGI PLAY team sets the most ambitious goals for project development. We are committed to achieving long-term success and further expanding our ecosystem. Below are the key plans for the near future:

### 1. Focus onTelegram market

Telegram messenger boasts a huge user base of over 900 million users. We recognize the potential for developing new gaming projects and expanding the audience. Our team plans to actively work on integrating and promoting NAEGI POKER & NAEGI PLAY within Telegram to attract new players and establish a significant position within this ecosystem,

### 2. Listing onMajor CryptocurrencyExchanges

We plan to list NPST on major decentralized exchanges (DEX). This move will not only facilitate easy access to our token for a wide audience but also underscore our commitment to creating a viable and liquid cryptocurrency.

All of NAEGI POKER & NAEGI PLAY's plans are geared towards creating a unique and progressive platform. We take pride in our team and hold honesty, transparency, and innovative thinking as our core values, Our aim is to fulfill the needs of our users and continue evolving to remain leaders in the world of online gaming and cryptocurrency entertainment.

# 3. NAEGI POKER SOLANA TOKEN

### 3.1. About NPST

First of all, we issued **NAEGI TOKEN NS1** based on **SOIANA Devnet** so that users can experience and become familiar with NAEGI POKER & NAEGI PLAY and SOLANA mechanisms within the SOLANA ecosystem.

Following successful testing and validation, we officially issued the NAEGI POKER SOLANA TOKEN (NPST) on the Solana Mainnet. A total of 1,000,000,000 (1B) NPST have been issued as the platform's primary utility token, supporting both in-game activities and external transactions.

#### Main Features:
- **Blockchain:** TOKEN Standard based on Solana Mainnet
- **Management:** It is managed through the master wallet of the NPST issuer and tracks each user's holding status.
- **Main Purpose:** Game utilities and External transactions.

### 3.2. Why NPST?

The NPST ecosystem enables:

- Smooth gaming experience through purchasing game chips as a currency within NAEGI POKER & NAEGI PLAY.
- Accessibility to decentralized trading through DEX.
- Integrated with the SOLANA blockchain for transparency and security.

### 3.3. When and where can it be used?

#### Usap Scenarios:

#### Game Chip Exchange:
#### Exchange Rate:
NAEGI POKER: 1 NPST = 50 CHIPS
NAEGI PLAY:   1 NPST = 0.5 CHIPS

**GAME CHIP:** Used only within NAEGI POKER & NAEGI PLAY.

**USER:** Users can exchange unused game CHIPS to NPST.

#### External Trade:
Trading SNPST on decentralized exchanges (DEX]
Swap NPST to SOLANA COIN

P2P trade between users

**Rewards andBonuses:**
**New User Bonus:** Users will receive 100,000 CHIPS for NAEGI POKER, 10,000 CHIPS for NAEGI PLAY upon new join.

**Other Bonuses:** A strategically designed reward system will plan to be introduced sequentially, including time bonuses that encourage participation during specific time periods and social activity bonuses that enhance interaction between users etc.

## 3.4. Who manages NPST?
The system divides management responsibilities as follows:

**NAEGI POKER & NAEGI PIAY Master Wallet:**
Control and track the allocated NPST for each platform.
Execute deposit and withdrawal within the NAEGI POKER & NAEGI PLAY platform.

**USER Wallet:**
**In-App Wallet:** Used for NPST transfers and external DEX transactions.
**External Wallet:**The in-app wallet can be exported to their personal SOLANA wallet (Phantom, Solflare, etc,] through private key, enabling secure and independent management of NPST and SOLANA.

## 3.5. How to work? (Mechanism)

**DEPOSIT:**
Users have their own in-app wallets automatically generated when joining.
Users transfer NPST from in-app wallets to NAEGI POKER & NAEGI PLAY token balance for platform activities.
Minimum deposit amount is 100,000 NPST

**WITHDRAW:**
Users request withdrawals from their platform balance of NAEGI POKER & NAEGI PLAY to in-app wallet.
There is no minimum withdrawal amount, and the withdrawal fee is 0,01 SOL.
The SOLANA network fee is paid by the user.

**Trading and withdrawal fees:**
All transactions (deposits, withdrawals, transfers, etc.] are subject to SOLANA network fee.
Users must hold enough SOLANA COIN to cover the fee.

### 3.6. NAEGI POKER NSI and NAEGI POKER SOIANA TOKEN (NPST)

**NAEGI POKER NS1:**

Operates on SOLANA Devnet

Used to test exchange processes and verify logic,

Not used for actual transactions.

**NAEGI POKER SOLANAmKEN (NPSI):**

Operates on SOLANA Mainnet

Supports in-game payments, real user transactions (P2P), DEX transactions, and withdrawal requests,

# 4. Challenges of the iGaming Industry and Their Solutions

### 4.1. Lack of Decentralization and Transparency in Transaction Systems

Among the main aspects of this issue, the following can be highlighted:

- **Player Distrust:** In the absence of a decentralized approach and transparency, players may doubt the fairness of games and the integrity of payouts, This could erode trust in the iGaming and lead to a decrease in the number of players,
- **Potential for Manipulation:** Without a clear and decentralized system, platform operators could change or hide data related to how earnings and benefits are given. This can lead to unfair treatment and conflicts with users,
- **Risk of Financial Loss:** People who use or support crypto-based gaming platforms might lose value due to unclear systems and a lack of accessible information about how the platform handles digital assets.
- **Loss of Users and Partners:** If users or collaborators feel unsure about how earnings or benefits are handled, they may stop using the platform or move to others they find more trustworthy.
- **Negative Impact on Reputation:** When platforms manage earnings or benefits in a way that feels unfair or hidden, it can lead to criticism from users and even public or regulatory backlash.
- **Loss of Competitiveness:** In today's gaming market, fairness and openness are key values. Platforms that fail to meet these expectations will likely fall behind more transparent and user-trusted competitors,

Hence, we implement blockchain and smart contracts to build a more open, automatic, and reliable system. This ensures that all transactions and value transfers are handled fairly, helping to build trust and support from everyone involved.

### 42. High Fees forPayments and Transfers

With the implemented P2P system and cryptocurrency acquisition, players can deposit cryptocurrencies without additional fees from payment systems.

### 4.3.Extended Transaction Processing Times

Lengthy processing times for accepting payments in crypto iGamings are unacceptable for players, as they expect an instantaneous system response when making deposits and withdrawals. Our solution to this issue encompasses the following measures:

- **Utilizing Fast Blockchains:** For instance, the Ethereum blockchain has high fees and lengthy confirmation times for fund transfers, whereas the chosen blockchain, SOLANA, enables rapid and more cost-effective transactions,
- **Instant Deposits and Withdrawals:** Instant deposits and withdrawals for small amounts using Off-Chain transactions. This allows players to instantly join the game and later withdraw their winnings,
- **Testing and Optimization:** We conduct regular testing of the transaction processing process and continually optimize it for maximum efficiency,
- **Utilizing a Native Token:** Our proprietary token NPST allows for transactions with high speed and low fees during transfers.

### 4.4. AccessRestrictions for Players from Different Countries

We understand the importance of transparency and compliance with legal requirements in the world of crypto-iGaming. One of the key challenges we face is access restrictions for players from different countries. Our solution is to fully comply with local laws and regulations in each jurisdiction where we provide our services. Compliance with legislation in this case is not only our responsibility but also a guarantee of long-term success.

We also actively utilize geolocation blocking technologies to prevent access to our platform for players from countries where our operations are restricted.

At the same time, in pursuit of the best gaming experience, we continuously enhance gameplay features while maintaining a stable and responsive global network environment to serve players worldwide.

We strive to follow all relevant laws and regulations to protect users, build trust with our community, and offer a safe and transparent iGaming environment.

## 5. Development of Ecosystem for NAEGI POKER & NAEGI PLAY

### 5.1. Partnerships with Cryptocumncy iGamings and Online GamingPlatforms

We are putting in every effort to ensure the comprehensive development of NAEGI POKER & NAEGI PLAY Platform ecosystem by establishing strategic partnerships with others. Our partners share our values, and together, we create numerous opportunities for our users. This includes expanding the range of games, increasing the variety of gaming options for our clients, and further collaborative integrations between platforms.

### 52. User Atbaction and Community Building

We believe that the key to further successful ecosystem development lies in actively attracting new users and building an engaged community. We organize numerous events, promotions, and contests to capture the attention of new users and encourage the participation of our existing clients. We take pride in our community and aim to make it even stronger and more interconnected.

### 5.3. Research and Implementation of New Features

We actively implement new features to enhance the gaming experience for our users. We listen to and analyze customer feedback, using it to improve our platform. We stay abreast of innovative technologies and seamlessly integrate them into our system to provide users with a unique and contemporary gaming experience.

Overall, our efforts to develop the NAEGI POKER & NAEGI PLAY ecosystem are aimed at comprehensive platform growth. Our ultimate goal is to become a leading entity in the world of crypto iGamings. We offer not only innovative solutions and a wide range of games, but also cultivate a strong and interconnected community, making the platform truly unique for our users.

# 6. Security and Regulation

NAEGI POKER & NAEGI PLAY strives to ensure security and compliance with legal regulations in the world of crypto-iGamings. Our platform offers players safety and stability while adhering to all legislative requirements.

### 6.1. Protection against fraud and hacking

We pay utmost attention to the security of our NAEGI POKER & NAEGI PLAY platform. Our users can rest assured that their funds and personal data are well protected. We employ cutting-edge technologies and the most effective cybersecurity algorithms to prevent fraud and hacking.

Our security measures encompass multiple levels of authentication and data encryption. We also continually monitor user activity on our platform to detect and respond to potential threats. Our dedicated security team comprises professionals working to make NAEGI POKER & NAEGI PLAY one of the safest places for cryptocurrency-based gaming entertainment worldwide.

### 62. Our approach to regulatory compliance in various jurisdictions

We adhere to a strict policy of legal compliance within the various jurisdictions where we provide our services. Our goal is not only to offer an engaging gaming experience but to do so on a lawful basis. We collaborate with local regulators, following their recommendations and requirements. This aspect is of utmost importance to us as it helps establish long-term and trustworthy relationships with both users and regulators.

## Conclusion

At NAEGI POKER & NAEGI PLAY, we are creating a unique online gaming platform that bridges the world of traditional iGaming and innovative cryptocurrencies. Our mission is to establish a secure and open entertainment platform where users can enjoy a plethora of games, take part in exciting tournaments, and feel like an integral part of an active community.

We actively address security and regulatory concerns, putting in all efforts to prevent fraud and safeguard the data of our partners and users. We closely monitor legislative developments across different countries and collaborate with local regulators to comply with laws and provide services up to the highest standards.

Our platform is in constant evolution through partnerships, the active acquisition of new users, and the introduction of new features. We take pride in crafting a unique ecosystem that blends engaging gameplay, transparency, technological innovation, and meticulous legal adherence.

Our efforts are dedicated to creating the ultimate ecosystem for iGaming enthusiasts, and we are delighted to share this experience with our audience.

Cllpyright 11:lNAEGI POKER &NAEGI PLAY2024- 2025.All RlGllTSRESERVED

20