# EXHIBIT C









































XRP on Solana (XRP)  🐸 BQoqZH  7 months ago  market cap: $128,894 ⚡  replies: 80

pump chart  current chart

1s  1m  5m  **15m**  1h  4h  D  ƒₓ Indicators  Price / MCAP  Show XRP/SOL Price Chart in SOL

XRP/USD · 15 · Raydium | GeckoTerminal.com  ● O0.0001289 H0.0001292 L0.0001289 C0.0001292 +0.0000002 (+0.17%)

Volume SMA 5

0.0001600
0.0001500
0.0001400
0.0001292
0.0001200
0.0001100
0.0001000
0.0000900
0.0000800

5y  1y  6m  3m  1m  5d  1d  00:34:50 (UTC-4)  %  log  auto

8  12:00  18:00  9  12:00  18:00  10  06:15  12:00  18:00  11

◆ Powered by GeckoTerminal ↗

**Buy**  Sell

Set max slippage

0.00  SOL ◎

Reset  0.1 SOL  0.5 SOL  1 SOL

Log in to trade

**XRP on Solana (XRP)**
Everyone on TikTok is hyped about XRP, but no one knows what it actually is. Time for the real $XRP on Solana to take over—now the world will know what XRP truly means!

XRP chat
chat with others  💬 Join chat

bonding curve progress: 100%  ⓘ

⚡ Raydium pool seeded! view on raydium **here**

contract address: AZZyE...pump  ⧉

🏔 trade on MEXC ↗

🔷 view coin in advanced ↗

**Top holders**  Generate bubble map

1. JDB67E  27.39%
2. DwKnbx  5.84%
3. FShtfX  4.00%
4. GmG9St  3.00%
5. FQKTBe  2.46%

thread  trades

sort: time (oldest) ↑  post a reply

BQoqZH (dev)  11/30/2024, 2:44:52 PM
**XRP on Solana (XRP)**
Everyone on TikTok is hyped about XRP, but no one knows what it actually is. Time for the real $XRP on Solana to take over—now the world will know what XRP truly means!

26











31





