# EXHIBIT D



















created by 🐸 AVimqf  6mo ago
market cap: $4.6K
replies: 3

**OFFICIAL SUPERMAN (SUPERMAN):** Superman is a superhero who appears in American comic books published by DC Comics



created by 🐸 C6MiW1  5mo ago
market cap: $4.6K
replies: 1

**SUPERMAN (SUPERMAN):** Superman is a fictional superhero appearing in American comic books published by DC Comics. Created by writer Jerry Siegel and artist Joe Shuster, the character first appeared in Action Comics #1 in June 1938. Superman is often referred to as the Man of Steel, a DC Comics superhero with extraordinary abilities, including superhuman strength, speed, and the ability to fly. He was sent to Earth as a child and raised by the Kents in Smallville, Kansas, before becoming a journalist in Metropolis, where he fights for truth, justice, and the American way.





13







Iggy Azalea (IGGY)  🟢 7nJQch   about 1 year ago   market cap: $4,609   replies: 0

IGGY · 5 · Pump  🟢  O 0.0000000280  H 0.0000000322  L 0.0000000280  C 0.0000000280
Volume 6.43 B

Save

Buy | Sell

Switch to IGGY          Set max slippage

0                                    SOL

Reset | 0.1 SOL | 0.5 SOL | 1 SOL | Max

Log in to trade

**Iggy Azalea (IGGY)**
The $IGGY crypto token is making waves, backed by the iconic Iggy Azalea, promising a unique blend of entertainment and digital currency. With its launch, fans and crypto enthusiasts alike eagerly await the potential for a wild ride in the world of digital finance, all under the banner of the "Fancy" hitmaker. https://x.com/iggyazalea https://t.me/IggyAzalea_Discography https://iggyazalea.shop No - you won't see any posts about this yet that's why it is stealth launch bitches ;)

**IGGY chat**
chat with others     Join chat

bonding curve progress: 1%

graduate this coin to PumpSwap at $68,197 market cap. there is 0.002 SOL in the bonding curve.

X twitter | telegram | website

contract address: C8QNt...RSHH

trade on MEXC

view coin in advanced

Top holders

thread  trades

sort: time (oldest) ↑    post a reply

🟢 7nJQch (dev)  5/29/2024, 4:05:40 PM
**Iggy Azalea (IGGY)**
The $IGGY crypto token is making waves, backed by the iconic Iggy Azalea, promising a unique blend of entertainment and digital currency. With its launch, fans and crypto enthusiasts alike eagerly await the potential for a wild ride in the world of digital finance, all under the banner of the "Fancy" hitmaker. https://x.com/iggyazalea https://t.me/IggyAzalea_Discography https://iggyazalea.shop No - you won't see any posts about this yet that's why it is stealth launch bitches ;)

17



