# EXHIBIT E

1











11



created by 🐸 BF6nRm  6mo ago
market cap: $5.0K
replies: 2

**World Liberty Financial (WLFI):** World Liberty Financial is Defi Project backed US President Donald Trump and his family members including Eric Trump, Donald Trump Jr. and Barron Trump.



created by 🐸 Djkkjw  6mo ago
market cap: $4.8K
replies: 25

**World Liberty Financial (WFL):** We're leading a financial revolution by dismantling the stranglehold of traditional financial institutions and putting the power back where it belongs: in your hands.



created by 🐸 VPkqvb  6mo ago
market cap: $4.8K
replies: 5

**FIGHT FIGHT FIGHT (FFF):** It's time to celebrate everything we stand for: WINNING! Join my very special Trump Community.



created by 🐸 CijzzE  6mo ago
market cap: $4.7K
replies: 5

**FIGHT FIGHT FIGHT (FIGHT):** Second NEW Trump Meme is HERE! It's time to celebrate everything we stand for: WINNING! Join our very special Trump Community.















Case 1:25-cv-00880-CM    Document 129-5    Filed 01/08/26    Page 15 of 19







