# EXHIBIT F

1



 created by 7Qh3Y1  1y ago
market cap: $4.6K
replies: 0
**Apple (AAPL):** Apple Inc. is an American multinational corporation and technology company headquartered in Cupertino, California, in Silicon Valley. It designs, develops, and sells consumer electronics, computer software, and online services.

 created by 3GFWNC  8mo ago
market cap: $4.6K
replies: 11
**Apple (Apple):** Founded in 1976 as Apple Computer Company by Steve Jobs, Steve Wozniak and Ronald Wayne, the company was incorporated by Jobs and Wozniak as Apple Computer, Inc.

 created by 7Qh3Y1  1y ago
market cap: $4.6K
replies: 0
**Apple (AAPL):** Apple Inc. is an American multinational corporation and technology company headquartered in Cupertino, California, in Silicon Valley. It designs, develops, and sells consumer electronics, computer software, and online services

 created by y1apxw  7mo ago
market cap: $4.6K
replies: 4
**Apple (Apple):** Apple Inc. is an American multinational corporation and technology company headquartered and incorporated in Cupertino, California, in Silicon Valley

 created by zAGfFr  5mo ago
market cap: $4.6K
replies: 1
**Apple (AAPL):** Apple Official

 created by 5dCzff  11mo ago
market cap: $4.6K
replies: 2
**Apple (AAPL):** Apple Inc.

11







14

15







18











22









24













