# EXHIBIT G

· 9mjpsr sold 0.0170 SOL of Nice 🖼

create coin    log in

[start a new coin]

burwick                                                                                      clear    search

now trending

| | Monitoring the Situation (Monitor)  market cap: $1.0M  replies: 177 | | Xavier: Renegade Angel (xavier)  market cap: $13.3M ⚡  replies: 91 | | Pumps Gone Crazy (PGC)  market cap: $549.5K  replies: 297  LIVE | | Trencher Broad Company (TBC)  market cap: $624.5  replies: 93 tbc |

CT Monitoring the Situation from Sidelines After Recent Global Events

Ansem Shills Xavier, a Retro Absurdist Shamanic Character

60 Year Old Trencher Builds Community Around Daily Livestreams

AI Broadcast Company Shares Realistic News With a Humoro

sort: creation time ∨    order: desc ∨    show animations: ⊙ paused    include nsfw:  on  off

🔥 🔥 Crypto Mischief😈 💰    🔥 War Satire💣 🔫    🔥 Cat Craze😺 🔪    Animal Mania🐾    🔥 Locked In🔒 😵    🔥 Peace Advocac



created by 🐸 DV7Z8W
2h ago
market cap: $4.2K
replies: 0
**Max Burwick Pump Killer (MAX):**

created by 🐸 Aq9bSA
16h ago
market cap: $4.2K
replies: 0
**Burwick Law (BURWICK):** https://x.com/BurwickLaw/status/1934702780800790804 If you lost money on Pumpdotfun, you may be entitled to compensation. Start your claim now. Burwick Law represents 500+ investors pursuing legal action regarding pumpdotfun tokens. Attorney advertising. Prior results do not guarantee a similar outcome.

created by 🐸 Aq9bSA
16h ago
market cap: $4.2K
replies: 0
**Burwick Law (BURWICK):** If you lost money on Pumpdotfun, you may be entitled to compensation. Start your claim now. Burwick Law represents 500+ investors pursuing legal action regarding pumpdotfun tokens. Attorney advertising. Prior results do not guarantee a similar outcome.

created by 🐸 BQKWl7
16h ago
market cap: $4.2K
replies: 0
**Burwick Law (BURWICK):** If you lost money on Pumpdotfun, you may be entitled to compensation. Start your claim now. Burwick Law represents 500+ investors pursuing legal action regarding pumpdotfun tokens. Attorney advertising. Prior results do not guarantee a similar outcome. 10:01 PM · Jun 16, 2025 · 84.9K Views Burwick Law @BurwickLaw · 1h OP Start your claim here: http://Burwick.law Attorney advertising. Prior results do not guarantee a similar outcome. From burwick.law mr r @retardio · 1h Burwick Law @BurwickLaw · 1h OP Thank you! Sweep @0xSweep · 50m any wallet that interacted with pumpfun contract? pre migration? id be rich lol Burwick Law @BurwickLaw · 49m OP No outcomes guaranteed. We can analyze your wallets to identify potential claims. Attorney advertising. Past results do not guarantee future outcomes. No attorney client relationship formed by this post. scooter @imperooterxbt · 1h Burwick law sends their regards Jakey @SolJakey · 1h Fck off retard ardin (solana summer arc) @blackardinal · 1h I lost at least a 100k$ before I made my first 12k$ on a random memecoin. can I still consult you about the 100k I had lost? I am in great financial trouble because of PumpFun.

🏠

3



3

Pump



created by 🐸- Aw7ZmP
17h ago
market cap: $4.2K
replies: 0
**PUMPFUN VS BURWICK (PVB):**

created by 🐸- ADJ24k
17h ago
market cap: $4.2K
replies: 0
**PUMPFUN VS BURWICK (PVB):**

created by 🐸- BaKzBm
17h ago
market cap: $4.2K
replies: 0
**Pump vs Burwick (PVB):**

created by 🐸- HtXZ2c
17h ago
market cap: $4.2K
replies: 0
**The Extractor (Burwick):**

created by 🐸- vEtErX
17h ago
market cap: $4.2K
replies: 0
**Burwick Law (BurwickLaw):** If you lost money on Pumpdotfun, you may be entitled to compensation.

created by 🐸- JDugga
17h ago
market cap: $4.2K
replies: 0
**Burwick Terrorist Attack (ATTACK):**

created by 🐸- HNwWXe
17h ago
market cap: $4.2K
replies: 0
**Burwick Retards (Burwick):**

created by 🐸- CPnRCm
17h ago
market cap: $4.2K
replies: 0
**Burwick Take Over (BTO):**

created by 🐸- 2YTxwo
17h ago
market cap: $5.4K
replies: 0
**Burwick Stock (Real) (BURWICK):** If you lost money on Pumpdotfun, you may be entitled to compensation. Start your claim now. Burwick Law represents 500+ investors pursuing legal action regarding pumpdotfun tokens. Attorney advertising. Prior results do not guarantee a similar outcome.



5





7



created by 🐸- 9ZPbMf
5 months ago
market cap: $4.2K
replies: 6
**NA (NA):**

created by 🐸- MNhBbr
5 months ago
market cap: $4.2K
replies: 3
**$BURWICK ($BURWICK):**

created by 🐸- monken
5 months ago
market cap: $4.2K
replies: 9
**NA (NA):**

created by 🐸- HNeHJY
5 months ago
market cap: $4.2K
replies: 3
**NA (NA):**

created by 🐸- B8xTCo
5 months ago
market cap: $4.2K
replies: 1
**NA (NA):**

created by 🐸- B8xTCo
5 months ago
market cap: $4.2K
replies: 0
**burwick coin (burwickio):**

created by 🐸- 6d22Fo
5 months ago
market cap: $4.2K
replies: 0
**burwickio (burwickio):**

created by 🐸- ECAQJP
5 months ago
market cap: $4.2K
replies: 9
**NA (NA):**

created by 🐸- B6Fa6d
5 months ago
market cap: $4.2K
replies: 6
**NA (NA):**

created by 🐸- HkXKyW
5 months ago
market cap: $4.2K
replies: 1
**Burwick Law (burwick):** Burwick Law is pursuing legal action on behalf of investors in pumpdotfun memecoins. If you lost money on any pumpdotfun memecoins, you may be entitled to compensation.



9

Pump



created by 🐸- 2MI4AP
6 months ago
market cap: $4.2K
replies: 20
NA (NA):

Q

created by 🐸- E65FTo
7 months ago
market cap: $4.5K
replies: 22
NA (NA):

Q

[ << ] 1 [ >> ]

© pump.fun 2025
privacy policy | terms of service | fees | tech updates



6/16/25, 4:37 PM

Pump



12



Pump



6/16/25, 4:37 PM                                                                    Pump



created by 🐸 5QhX2P
4 months ago
market cap: $4.4K
replies: 1
**NA (NA):**

created by 🐸 8BLve9
4 months ago
market cap: $4.4K
replies: 1
**NA (NA):**

created by 🐸 E7u2KN
4 months ago
market cap: $4.4K
replies: 0
**Burwick (Burwick):**

created by 🐸 C88rn1
4 months ago
market cap: $4.4K
replies: 3
**burwick law (burwicklaw):**

created by 🐸 9eUfNo
4 months ago
market cap: $4.4K
replies: 5
**NA (NA):**

created by 🐸 HHDySq
4 months ago
market cap: $4.4K
replies: 5
**NA (NA):**

created by 🐸 4YHe1L
4 months ago
market cap: $4.4K
replies: 0
**BURWICK (BURWICK):** Fighting the IP infringement, remove memecoins from blockchain! We are mighty lawyers who tell you to cease and desist!

created by 🐸 9rcnMK
4 months ago
market cap: $4.4K
replies: 2
**NA (NA):**

created by 🐸 8rsR3Q
4 months ago
market cap: $4.4K
replies: 0
**NA (NA):**

created by 🐸 88o16z
4 months ago
market cap: $4.4K
replies: 0
**NA (NA):**

6/16/25, 4:37 PM

Pump



created by 🐸 ERc7s5
4 months ago
market cap: $4.4K
replies: 4
NA (NA):

created by 🐸 5a4nkU
4 months ago
market cap: $4.4K
replies: 4
NA (NA):

created by 🐸 HkrKdn
4 months ago
market cap: $4.4K
replies: 4
NA (NA):

created by 🐸 538Xy5
4 months ago
market cap: $4.4K
replies: 0
NA (NA):

created by 🐸 DyGRDr
4 months ago
market cap: $4.4K
replies: 7
NA (NA):

created by 🐸 FJGHNP
4 months ago
market cap: $4.4K
replies: 7
NA (NA):

created by 🐸 HMnXjq
5 months ago
market cap: $4.4K
replies: 5
NA (NA):

created by 🐸 CHQFu9
5 months ago
market cap: $4.4K
replies: 7
NA (NA):

created by 🐸 6bEkYJ
5 months ago
market cap: $33.6K [⚡]
replies: 9
**Burwick Law Firm (Burwick):**

created by 🐸 9ZPbMf
5 months ago
market cap: $4.4K
replies: 6
NA (NA):

16



created by 🐸 MNhBbr
5 months ago
market cap: $4.4K
replies: 3
**$BURWICK ($BURWICK):**

created by 🐸 monken
5 months ago
market cap: $4.4K
replies: 9
**NA (NA):**

created by 🐸 HNeHJY
5 months ago
market cap: $4.4K
replies: 3
**NA (NA):**

created by 🐸 B8xTCo
5 months ago
market cap: $4.4K
replies: 1
**NA (NA):**

created by 🐸 B8xTCo
5 months ago
market cap: $4.4K
replies: 0
**burwick coin (burwickio):**

created by 🐸 6d22Fo
5 months ago
market cap: $4.4K
replies: 0
**burwickio (burwickio):**

created by 🐸 ECAQJP
5 months ago
market cap: $4.4K
replies: 9
**NA (NA):**

created by 🐸 B6Fa6d
5 months ago
market cap: $4.4K
replies: 6
**NA (NA):**

created by 🐸 HkXKyW
5 months ago
market cap: $4.4K
replies: 1
**Burwick Law (burwick):** Burwick Law is pursuing legal action on behalf of investors in pumpdotfun memecoins. If you lost money on any pumpdotfun memecoins, you may be entitled to compensation.

created by 🐸 83QQFL
5 months ago
market cap: $4.4K
replies: 1
**burwick (burwick):**

6/16/25, 4:37 PM                                                          Pump



created by 🐸 977dDT
5 months ago
market cap: $4.4K
replies: 1
NA (NA):

created by 🐸 2Bo5fX
5 months ago
market cap: $4.4K
replies: 121
NA (NA):

created by 🐸 9tkyJH
6 months ago
market cap: $4.4K
replies: 9
NA (NA):

created by 🐸 6d22Fo
6 months ago
market cap: $4.4K
replies: 9
NA (NA):

created by 🐸 87eCUf
6 months ago
market cap: $4.4K
replies: 7
NA (NA):

created by 🐸 RH2rcR
6 months ago
market cap: $4.4K
replies: 4
NA (NA):

created by 🐸 EZGowh
6 months ago
market cap: $4.4K
replies: 5
BURWICK LAW (BURWICK):

created by 🐸 B9CNdQ
6 months ago
market cap: $4.4K
replies: 20
NA (NA):

created by 🐸 EKRVV5
6 months ago
market cap: $4.4K
replies: 0
NA (NA):

created by 🐸 2Ml4AP
6 months ago
market cap: $4.4K
replies: 20
NA (NA):

18

6/16/25, 4:37 PM

Pump

created by 🐸- E65FTo
7 months ago
market cap: $4.7K
replies: 22
**NA (NA):**

...

[ << ] 1 [ >> ]

© pump.fun 2025
privacy policy | terms of service | fees | tech updates



6/27/25, 9:13 PM                                            Pump



created by 🐸- Hhn4wK
7d ago
market cap: $4.0K
replies: 0
**The Pumps Harbour Butcher (Burwicks):** The Pumps Harbour Butcher (Burwicks) created via Worker

created by 🐸- 7qSXHe
8d ago
market cap: $4.0K
replies: 0
**The Pumps Harbour Butcher (Burwicks):** The Pumps Harbour Butcher (Burwicks)

created by 🐸- 7qSXHe
8d ago
market cap: $4.0K
replies: 0
**The Pumps Harbour Butcher (Burwicks):** The Pumps Harbour Butcher (Burwicks)

created by 🐸- 7qSXHe
8d ago
market cap: $4.0K
replies: 0
**The Pumps Harbour Butcher (Burwicks):** The Pumps Harbour Butcher (Burwicks)

created by 🐸- 7qSXHe
8d ago
market cap: $4.0K
replies: 2
**The Pumps Harbour Butcher (Burwicks):** The Pumps Harbour Butcher (Burwicks)

created by 🐸- FjeaKD
9d ago
market cap: $4.0K
replies: 0
**Brown vs Burwick (BvB):**

created by 🐸- 3PC5ge
9d ago
market cap: $4.0K
replies: 0
**Pump vs Burwick (PVB):**

created by 🐸- 7qSXHe
10d ago
market cap: $4.0K
replies: 0
**The Pumps Harbour Butcher (Burwicks):** The Pumps Harbour Butcher (Burwicks) created via Bundle Worker

created by 🐸- 7qSXHe
10d ago
market cap: $4.0K
replies: 1
**The Pump Harbour Butcher (Burwick):** The Pump Harbour Butcher (Burwick) created via Bundle Worker

21

created by 🐸 Hhn4wK
10d ago
market cap: $4.0K
replies: 0
**The Pump Harbour Butcher (Burwick):** The Pump Harbour Butcher (Burwick) created via Bundle Worker

created by 🐸 Hhn4wK
10d ago
market cap: $4.0K
replies: 1
**The Pump Harbour Butcher (Burwick):** The Pump Harbour Butcher (Burwick) created via Bundle Worker

created by 🐸 2JarGa
10d ago
market cap: $4.0K
replies: 0
**Burwick LARP (LARP):**

created by 🐸 B5kxBX
10d ago
market cap: $4.0K
replies: 0
**Max Burwick Pump Killer (Max):** Max Burwick Pump Killer

created by 🐸 DV7Z8W
11d ago
market cap: $4.0K
replies: 0
**Max Burwick Pump Killer (MAX):**

created by 🐸 Aq9bSA
11d ago
market cap: $4.0K
replies: 0
**Burwick Law (BURWICK):** https://x.com/BurwickLaw/status/1934702780800790804 If you lost money on Pumpdotfun, you may be entitled to compensation. Start your claim now. Burwick Law represents 500+ investors pursuing legal action regarding pumpdotfun tokens. Attorney advertising. Prior results do not guarantee a similar outcome.

created by 🐸 Aq9bSA
11d ago
market cap: $4.0K
replies: 0
**Burwick Law (BURWICK):** If you lost money on Pumpdotfun, you may be entitled to compensation. Start your claim now. Burwick Law represents 500+ investors pursuing legal action regarding pumpdotfun tokens. Attorney advertising. Prior results do not guarantee a similar outcome.

created by 🐸 BQKWl7
11d ago
market cap: $4.0K
replies: 0
**Burwick Law (BURWICK):** If you lost money on Pumpdotfun, you may be entitled to compensation. Start your claim now. Burwick Law represents 500+ investors pursuing legal action regarding pumpdotfun tokens. Attorney advertising. Prior results do not guarantee a similar outcome. 10:01 PM · Jun 16, 2025 · 84.9K Views Burwick Law @Burwickl aw · 1h OP Start your claim here: http://Burwick law



23

6/27/25, 9:13 PM                                                        Pump

@BurwickLaw · 49m OP No outcomes guaranteed. We can analyze your wallets to identify potential claims. Attorney advertising. Past results do not guarantee future outcomes. No attorney client relationship formed by this post. scooter @imperooterxbt · 1h Burwick law sends their regards Jakey @SolJakey · 1h Fck off retard ardin (solana summer arc) @blackardinal · 1h I lost at least a 100k$ before I made my first 12k$ on a random memecoin, can I still consult you about the 100k I had lost? I am in great financial trouble because of PumpFun. There is no such thing as GambleAwareness on it    Burwick Law @Burwickl aw · 1h OP We are available to discuss your options  of course



created by 🐸 9jqUPo
11d ago
market cap: $4.0K
replies: 0
**Pump.fun Killer (Burwick):**                                                              🔍



created by 🐸 9jqUPo
11d ago
market cap: $4.0K
replies: 0
**Pump.fun Killer (Burwick):**                                                              🔍



created by 🐸 DnV3yL
1mo ago
market cap: $4.0K
replies: 0
**BURWICK (BURWICK):**                                                                      🔍

created by 🐸 AhDGCb
2mo ago
market cap: $4.0K
replies: 0
**BUWICK NEW PUMPFUN LAWSUIT (SDNY):**                                                      🔍

created by 🐸 C88rn1
3mo ago
market cap: $4.0K
replies: 0
**burwickchain (burwickcha):**                                                             🔍



created by 🐸 AxZ7aE
3mo ago
market cap: $4.0K
replies: 0
**():**                                                                                     🔍



created by 🐸 5eL2Dz
4mo ago
market cap: $4.0K
replies: 50
**Burwick Law (Burwick):** A leader in digital consumer protection.                        🔍

created by 🐸 D3sovm
4mo ago
market cap: $4.0K
replies: 6
**burwick law memecoin (BURWICK):**                                                         🔍



created by 🐸 E9CNDR
4mo ago
market cap: $4.0K

23

Pump



created by 🐸 5QhX2P
4mo ago
market cap: $4.0K
replies: 1
**NA (NA):**

created by 🐸 8BLve9
4mo ago
market cap: $4.0K
replies: 1
**NA (NA):**

created by 🐸 E7u2KN
4mo ago
market cap: $4.0K
replies: 0
**Burwick (Burwick):**

created by 🐸 C88rn1
5mo ago
market cap: $4.0K
replies: 3
**burwick law (burwicklaw):**

created by 🐸 9eUfNo
5mo ago
market cap: $4.0K
replies: 5
**NA (NA):**

created by 🐸 HHDySq
5mo ago
market cap: $4.0K
replies: 5
**NA (NA):**

created by 🐸 4YHe1L
5mo ago
market cap: $4.0K
replies: 0
**BURWICK (BURWICK):** Fighting the IP infringement, remove memecoins from blockchain! We are mighty lawyers who tell you to cease and desist!

created by 🐸 9rcnMK
5mo ago
market cap: $4.0K
replies: 2
**NA (NA):**

created by 🐸 8rsR3Q
5mo ago
market cap: $4.0K
replies: 0
**NA (NA):**

created by 🐸 88o16z
5mo ago
market cap: $4.0K
replies: 0
**NA (NA):**



25

Pump



created by 🐸 9ZPbMf
5mo ago
market cap: $4.0K
replies: 6
**NA (NA):**

created by 🐸 MNhBbr
5mo ago
market cap: $4.0K
replies: 3
**$BURWICK ($BURWICK):**

created by 🐸 monken
5mo ago
market cap: $4.0K
replies: 9
**NA (NA):**

created by 🐸 HNeHJY
5mo ago
market cap: $4.0K
replies: 3
**NA (NA):**

created by 🐸 B8xTCo
5mo ago
market cap: $4.0K
replies: 1
**NA (NA):**

created by 🐸 B8xTCo
5mo ago
market cap: $4.0K
replies: 0
**burwick coin (burwickio):**

created by 🐸 6d22Fo
5mo ago
market cap: $4.0K
replies: 0
**burwickio (burwickio):**

created by 🐸 ECAQJP
5mo ago
market cap: $4.0K
replies: 9
**NA (NA):**

created by 🐸 B6Fa6d
5mo ago
market cap: $4.0K
replies: 6
**NA (NA):**

created by 🐸 HkXKyW
5mo ago
market cap: $4.0K
replies: 1
**Burwick Law (burwick):** Burwick Law is pursuing legal action on behalf of investors in pumpdotfun memecoins. If you lost money on any pumpdotfun memecoins, you may be entitled to compensation.

6/27/25, 9:13 PM                                                                    Pump



created by 🐸- DnvnzW
5mo ago
market cap: $4.0K
replies: 1
**burwick law (burwick):** burwick law trying to destroy this website we will not let them

created by 🐸- 83QQFL
5mo ago
market cap: $4.0K
replies: 1
**burwick (burwick):**

created by 🐸- 977dDT
5mo ago
market cap: $4.0K
replies: 1
**NA (NA):**

created by 🐸- 2Bo5fX
5mo ago
market cap: $4.0K
replies: 121
**NA (NA):**

created by 🐸- 9tkyJH
6mo ago
market cap: $4.0K
replies: 9
**NA (NA):**

created by 🐸- 87eCUf
6mo ago
market cap: $4.0K
replies: 7
**NA (NA):**

created by 🐸- RH2rcR
7mo ago
market cap: $4.0K
replies: 4
**NA (NA):**

created by 🐸- EZGowh
7mo ago
market cap: $4.0K
replies: 5
**BURWICK LAW (BURWICK):**

created by 🐸- B9CNdQ
7mo ago
market cap: $4.0K
replies: 20
**NA (NA):**

created by 🐸- 4PbB4Z
7mo ago
market cap: $4.0K
replies: 22
**NA (NA):**

27

6/27/25, 9:13 PM

Pump



created by 🐸- E65FTo
7mo ago
market cap: $4.3K
replies: 22
**NA (NA):**

[ << ] 1 [ >> ]

© pump.fun 2025
privacy policy | terms of service | fees | tech updates

Dex Screener







## Better Call Burwick ✔
@Burwick_parody

🎭 Parody account

Suck at trading? Sue the dev, and make it all back in one lawsuit!

CTO/Parody

CA: 82cL4WeWcTBeb6V1gfR561UJPkyGgMXKVAdm16Ytpump

💼 Artist    📍 New Jersey, USA    📅 Joined December 2022

**8** Following    **239** Followers

Not followed by anyone you're following

| Posts | Replies | Media |

📌 Pinned





