# EXHIBIT H



created by 🐸 HXATy8
27d ago
market cap: $4.8K
replies: 54
**Max Burwick Pump Killer (Max):**

created by 🐸 GxQBVh
27d ago
market cap: $4.6K
replies: 9
**Burwick law ($wick):** If you lost money on Pumpdotfun, you may be entitled to compensation. Start your claim now. Burwick Law represents 500+ investors pursuing legal action regarding pumpdotfun tokens. Attorney advertising. Prior results do not guarantee a similar outcome.

created by 🐸 2YTxwo
27d ago
market cap: $4.7K
replies: 0
**Burwick Stock (Real) (BURWICK):** If you lost money on Pumpdotfun, you may be entitled to compensation. Start your claim now. Burwick Law represents 500+ investors pursuing legal action regarding pumpdotfun tokens. Attorney advertising. Prior results do not guarantee a similar outcome.

created by 🐸 AfmCQq
27d ago
market cap: $4.6K
replies: 0
**The Pump Harbour Butcher (Burwick):**

created by 🐸 AhjTK5
27d ago
market cap: $4.6K
replies: 0
**Jail Burwick Law (BURWICK):** Jail Burwick Law



7/13/25, 10:40 PM                                             Pump



created by 🐸 CEUA7z                                          🔍
1mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK MASCOT (The DIP):**



created by 🐸 GdRSPe                                          🔍
3mo ago
market cap: $4.6K
replies: 5
**BURWICK LAW MEMECOIN ($M3M3):**



created by 🐸 3eca57                                          🔍
3mo ago
market cap: $4.6K
replies: 10

**Burwick Law (BURWICK):** BURWICK OUR SAVIOR It's now clear that those funds were funneled into the pockets of the Binance and $OM teams in what looks like a well orchestrated liquidity exit. Had I known that my investment would be used to subsidize insiders instead of advancing the RWA ecosystem, I never would've engaged with this project. If this situation is not acknowledged and addressed appropriately, I will have no choice but to escalate this through formal legal channels. My crypto legal representatives @BurwickLaw will be in touch. This isn't just about a failed investment, it's about accountability in a space that claims to be the future of finance. -JB



created by 🐸 ABDCxt                                          🔍
4mo ago
market cap: $4.6K
replies: 1
**Max Burwick Dog (Penny):**

🏠

4

7/13/25, 10:40 PM                                                Pump



created by 🐸 CrR2aa
4mo ago
market cap: $4.6K
replies: 2
**Max Burwick Dog (Penny) (Penny):**

created by 🐸 4gdAqz
4mo ago
market cap: $4.6K
replies: 2
**BURWICK INSIDER (INSIDER):**

created by 🐸 C3Pstc
4mo ago
market cap: $4.6K
replies: 2
**BURWICK FIRST MEME (PEPE):**

created by 🐸 FkrY5u
4mo ago
market cap: $4.6K
replies: 2
**MAX BURWICK CAT (RICKY):**

created by 🐸 9V8fN7
4mo ago
market cap: $4.6K
replies: 3
**Max Burwick (MB sCAM):**

5



created by 🐸 GXUCUU
4mo ago
market cap: $4.6K
replies: 6
**Max Burwick Dog (Penny):**

created by 🐸 6S7xcs
4mo ago
market cap: $4.6K
replies: 5
**max burwick (maxburwick):**

created by 🐸 36DWP5
4mo ago
market cap: $4.6K
replies: 3
**Max Burwick Dog (Penny):**

created by 🐸 7A5GWK
4mo ago
market cap: $4.6K
replies: 79
**MAX BURWICK MEMECOIN (BURWICK):**

created by 🐸 8kow5R
4mo ago
market cap: $4.6K
replies: 5
**max burwick (maxburwick):**

created by 🐸 5Hyf6s
4mo ago
market cap: $4.6K
replies: 25



created by 🐸 GksCpQ
4mo ago
market cap: $4.6K
replies: 3
**First Burwick Law Memecoin (MAXBURWICK):**

created by 🐸 D3sovm
4mo ago
market cap: $4.6K
replies: 11
**First Burwick Law Memecoin (MAXBURWICK):**

created by 🐸 ECrqCj
5mo ago
market cap: $4.9K
replies: 62
**Lil Dick Burwick (lildick):** Tired of ambulance chasing grifters entering our space? Invest in $Lildick: The coin so lit, it'll sue its own shadow for hogging the spotlight. Embrace the absurdity with this unapologetically BASED token

created by 🐸 MNhBbr
5mo ago
market cap: $4.6K
replies: 20
**2nd SUED COIN BY BURWICK (SUPCOIN):** https://x.com/spongebob_fnf

created by 🐸 AbEp3A
5mo ago
market cap: $4.6K
replies: 15
**JUSTICE FOR BURWICK LAWSUIT (BURWICK):** MEMECOINS ARE NOT SECURITIES AND DYOR. IF IT DROPS ITS YOUR OWN FAULT

created by 🐸 6Zwv2f
5mo ago
market cap: $4.6K
replies: 4
**Burwick Client Name (Diego):**



https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp

7/11

8

7/13/25, 10:40 PM                                                    Pump



created by 🐸 DgACxv
6mo ago
market cap: $4.6K
replies: 4
**Justice for Pump.fun (burwicklaw):**

created by 🐸 4EneaE
6mo ago
market cap: $4.6K
replies: 1
**Burwick Laws Lawyer (burpepe):**

created by 🐸 5WkCjU
6mo ago
market cap: $5.3K
replies: 3
**BURWICK LAW (LAW):** Did you lose money in crypto? You may be entitled to compensation. Burwick Law is currently accepting clients for ongoing cases and new investigations. We help NFT and token investors hold projects accountable and potentially recover their losses. About Burwick Law: Our firm is a NY law firm focused on the specialized realms of digital assets and consumer protection litigation. We have already secured significant settlements against high-profile token and NFT projects - helping our clients get back what they deserve. Our firm is currently pursuing over $50 million in damages on behalf of our clients.

created by 🐸 4YMo3G
6mo ago
market cap: $4.6K
replies: 12
**BURWICK LAW (BURWICK):** **LEGAL ACTION ALERT: PUMPDOTFUN** Burwick Law is pursuing legal action on behalf of investors in pumpdotfun memecoins. If you lost money on any pumpdotfun memecoins, you may be entitled to pumping this coin.

created by 🐸 DgACxv
6mo ago
market cap: $4.6K
replies: 36
**Better Call Burwick (BCB):**

9

7/13/25, 10:40 PM                                            Pump



created by 🐸 5rqZyw
6mo ago
market cap: $4.6K
replies: 98
**PumpFun No.1 Enemy (BURWICK):**

created by 🐸 DgACxv
6mo ago
market cap: $6.2K [⚡]
replies: 131
**Pump fun Law Suit (BurwickLaw):**

created by 🐸 8JBqFd
7mo ago
market cap: $4.6K
replies: 46
**BurwickLaw (BurwickLaw):**

created by 🐸 6C1HaV
7mo ago
market cap: $4.6K
replies: 7
**Burwick Law (SAVIOR):** here to save all degens, the last hope for many. It is time to sua
Tuah and all the scammers in this space. Burwick Law is the SAVIOR!

created by 🐸 275Cpc
7mo ago
market cap: $4.6K
replies: 16
**BURWICK LAW MASCOT (LAWPEPE):**

created by 🐸 FtdMbX
7mo ago
market cap: $23.3K [⚡]
replies: 41
**Burwick Law Firm ( BURWICK):**

https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp                          9/11

10

7/13/25, 10:40 PM                                                Pump



created by  DZcs1Y
7mo ago
market cap: $4.9K
replies: 109

**Burwick law (Bwl):** We aim to be your partner in pursuing accountability and financial justice. Check your email to complete onboarding and begin pursuing recovery of your losses.

created by 🐸 DhH9nb
7mo ago
market cap: $5.0K
replies: 98

**Burwick Law (BURWICK):** We are a meme account. Let us know if you want links to our (nonexistent) registrations in NY state. We are (not) based in Manhattan. Here, though, is a meme:

[ << ] 1 [ >> ]

© pump.fun 2025
privacy policy | terms of service | fees | tech updates



https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp                    10/11

11





13



created by 🐸 6iAUiR
2mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK LAW MASCOT (PENNY):**

created by 🐸 EJEf2A
3mo ago
market cap: $4.6K
replies: 0
**Burwick Cat (Rua):**

created by 🐸 9BBkuP
3mo ago
market cap: $4.6K
replies: 0
**Anti-Burwick (BURWICK):** As loyal fan of Pump   we should actively defend the
interests of the platform,let us fight the accusations and use token proceeds to launch
retaliatory activities against the accuser and the US court!

created by 🐸 MNhBbr
3mo ago
market cap: $4.6K
replies: 1
**max burwick (maxburwick):**

created by 🐸 6jsqXf
3mo ago
market cap: $4.6K
replies: 1
**Burwick Law Cat (GHIBLI RON):**



created by 🐸 4DPnqa
3mo ago
market cap: $4.6K
replies: 1
**Burwick Law Cat (GHIBLI RON):**

created by 🐸 8zb3Mv
4mo ago
market cap: $4.6K
replies: 2
**NEW MASCOT BURWICK LAW (PENNY):** NEW MASCOT BURWICK LAW

created by 🐸 JCx2b2
4mo ago
market cap: $4.6K
replies: 0
**NEW MASCOT BURWICK LAW (PENNY):** NEW MASCOT BURWICK LAW

created by 🐸 5eL2Dz
4mo ago
market cap: $4.6K
replies: 50
**Burwick Law (Burwick):** A leader in digital consumer protection.

created by 🐸 7DZLWr
4mo ago
market cap: $4.6K
replies: 0
**Max Burwick Dog (Penny):**



created by 🐸 Dh7n8A                                                    🔍
4mo ago
market cap: $4.6K
replies: 3
**BURWICK FIRST MEME (PEPE):**

created by 🐸 DK5Niy                                                    🔍
4mo ago
market cap: $4.6K
replies: 6
**Ambulance Chaser Of Crypto (MaxBurwick):**

created by 🐸 D3sovm                                                    🔍
4mo ago
market cap: $4.6K
replies: 3
**Max Burwick (MaxBurwick):**

created by 🐸 BfKHhn                                                    🔍
4mo ago
market cap: $4.6K
replies: 23
**BURWICK FIRST MEME (PEPE):**

created by 🐸 DgRLtq                                                    🔍
4mo ago
market cap: $4.6K
replies: 14
**max burwick (maxburwick):**

7/13/25, 10:40 PM                                                                                      Pump



created by 🐸 DrKurh                                                                                    🔍
4mo ago
market cap: $4.6K
replies: 3
**max burwick (maxburwick):**

created by 🐸 3KJWMT                                                                                    🔍
4mo ago
market cap: $4.6K
replies: 5
**Max Burwick (MB):**

created by 🐸 Ap4Kef                                                                                    🔍
4mo ago
market cap: $4.6K
replies: 1
**max burwick (maxburwick):**

created by 🐸 8st366                                                                                     🔍
4mo ago
market cap: $4.6K
replies: 3
**max burwick (maxburwick):**

created by 🐸 C3Pstc                                                                                     🔍
4mo ago
market cap: $4.6K
replies: 3
**First Burwick Law Memecoin (MAXBURWICK):**

created by 🐸 HTM87R                                                                                     🔍
4mo ago
market cap: $4.6K
replies: 6
**Burwick's Memecoin (DOGSHIT2):**

17

7/13/25, 10:40 PM                                      Pump



created by 🐸 7sUHZL
4mo ago
market cap: $4.6K
replies: 16
**Max Burwick (MB):**

created by 🐸 CEUA7z
4mo ago
market cap: $4.6K
replies: 0
**New Mascot For Burwick Law (PENNY):**

created by 🐸 CEUA7z
5mo ago
market cap: $4.6K
replies: 1
**NEW MASCOT BURWICK LAW (PENNY):**

created by 🐸 GJDCLH
5mo ago
market cap: $4.6K
replies: 0
**Burwick Max (BURWICKMAX):**

created by 🐸 64YYu8
5mo ago
market cap: $4.6K
replies: 1
**Burwick Lawgo (BURWICKLAW):** Law Firm Behind Pump.Fun Class Action Demands
Removal of Tokens Mocking It

created by 🐸 12EgDI
5mo ago
market cap: $4.6K
replies: 1
**Max Burwick (MAX):** Sending 50% to Max wallet address

https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=48                    7/10

18

7/13/25, 10:40 PM

Pump



created by 🐸 H3qiKH
5mo ago
market cap: $4.6K
replies: 121
**JUSTICE FOR BURWICK LAWSUIT (BURWICK):** MEMECOINS ARE NOT SECURITIES AND DYOR. IF IT DROPS ITS YOUR OWN FAULT

created by 🐸 AiC83R
5mo ago
market cap: $4.6K
replies: 1
**Burwick MascotLaw (Penny):** Lawyer at Consensys / formerly DOJ, WH, S&C, UVA law, Vandy / Not legal advice - not your lawyer - tweets are mine.

created by 🐸 DcPQPa
6mo ago
market cap: $4.6K
replies: 9
**BASED BURWICK LAW (BBL):** BASED BURWICK LAW BBL

created by 🐸 8MBBCc
6mo ago
market cap: $4.6K
replies: 27
**Jupiter Sued by Burwick (JUPSU):** Jupiter sued by burwick after penny pinching the airdrop

created by 🐸 DgACxv
6mo ago
market cap: $4.6K
replies: 3
**Crypto's better call saul (MaxBurwick):**

created by 🐸 DnvnzW
6mo ago
market cap: $4.6K
replies: 1
**burwick law (burwick):** burwick law trying to destroy this website we will not let them

https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=48                                    8/10

19

Pump



created by 🐸 83QQFL
6mo ago
market cap: $4.6K
replies: 1
**burwick (burwick):**

created by 🐸 BDwFWv
6mo ago
market cap: $4.6K
replies: 43
**Pump fun Law Suit (BurwickLaw):**

created by 🐸 4jC35S
7mo ago
market cap: $4.6K
replies: 3
**CRYPTO LAWYER (BURWICK):** A leader in digital consumer protection. Lose money in crypto? http://burwick.law/newclient.

created by 🐸 7ceqLk
7mo ago
market cap: $4.6K
replies: 13
**THANK YOU BURWICK LAW (BURWICK):**

created by 🐸 7gTBJu
7mo ago
market cap: $4.6K
replies: 5
**Burwick Law (BL):** Rugged by Hawk Tuah girl?

created by 🐸 EZGowh
7mo ago
market cap: $4.6K
replies: 5
**BURWICK LAW (BURWICK):**

created by 🐸 FkS8R7
7mo ago
market cap: $4.6K

7/13/25, 10:40 PM                                              Pump

**Better Call Burwick (BURWICK):** Lost money in a celebrity crypto rug again? Better Call Burwick

[ << ] 2 [ >> ]

© pump.fun 2025

privacy policy | terms of service | fees | tech updates




https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=48                    10/10

21



7/13/25, 10:40 PM                                                    Pump

3YSNku bought 0.0101 SOL of McD

create coin      log in

[start a new coin]

"burwick"                                                clear      search

now trending

Pumpfun Ink (Pumpink)
market cap: $163.1K
replies: 256

Streamer Tattoos "Pump Fun" on Himself Hundreds of Times

Trench Coin (TRENCH)
market cap: $1.5M
replies: 149

Controversial Streamer, Trevv, Launches New Live Streaming Coin

Patty Ice! (ICE)
market cap
replies: 614

ICE Token Debuts as Pa Stream Series

sort: creation time ∨    order: desc ∨    show animations: on off    include nsfw: on off

🔥 🔥 Gassy Gains    🔥 🔥 WeChat Frenzy 🔋 🇨🇳    🔥 Pump Worship🚀 🙏    Animal Chaos

**CTO**

created by Ez2jp3
10d ago
market cap: $4.6K
replies: 0
**Burwick Law CTO Coin (CTO):** Token Burwick Law CTO Coin created via PumpPortal

created by KyVsWo
22d ago
market cap: $4.6K
replies: 0
**Iran's New Lawyer (BURWICK):**

**pump is faster on app. download now**

https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=96                1/10

22

7/13/25, 10:40 PM                                                    Pump



created by 🐸 KyVsWo
22d ago
market cap: $4.6K
replies: 0
**New Iran Lawyers (BURWICK):**



created by 🐸 Aq9bSA
27d ago
market cap: $4.6K
replies: 0
**Burwick Law (BURWICK):** If you lost money on Pumpdotfun, you may be entitled to compensation. Start your claim now. Burwick Law represents 500+ investors pursuing legal action regarding pumpdotfun tokens. Attorney advertising. Prior results do not guarantee a similar outcome.



created by 🐸 BQKWi7
27d ago
market cap: $4.6K
replies: 0
**Burwick Law (BURWICK):** If you lost money on Pumpdotfun, you may be entitled to compensation. Start your claim now. Burwick Law represents 500+ investors pursuing legal action regarding pumpdotfun tokens. Attorney advertising. Prior results do not guarantee a similar outcome. 10:01 PM · Jun 16, 2025 · 84.9K Views Burwick Law @BurwickLaw · 1h OP Start your claim here: http://Burwick.law Attorney advertising. Prior results do not guarantee a similar outcome. From burwick.law mr r @retardio · 1h Burwick Law @BurwickLaw · 1h OP Thank you! Sweep @0xSweep · 50m any wallet that interacted with pumpfun contract? pre migration? id be rich lol Burwick Law @BurwickLaw · 49m OP No outcomes guaranteed. We can analyze your wallets to identify potential claims. Attorney advertising. Past results do not guarantee future outcomes. No attorney client relationship formed by this post. scooter @impernatorvbt



created by 🐸 BaKzBm
27d ago
market cap: $4.6K
replies: 0
**Pump vs Burwick (PVB):**



https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=96                    2/10

23



created by 🐸 HtXZ2c
27d ago
market cap: $4.6K
replies: 0
**The Extractor (Burwick):**

created by 🐸 82LWFV
27d ago
market cap: $4.6K
replies: 0
**PUMPFUN BIGGEST ENEMY (BURWICK):**

created by 🐸 GZVSEA
27d ago
market cap: $4.6K
replies: 0
**The Pump Harbour Butcher (Burwick):**

created by 🐸 2SjXgp
27d ago
market cap: $4.6K
replies: 0
**PUMPFUN MURDERER (BURWICK):**

created by 🐸 gingJV
27d ago
market cap: $4.6K
replies: 0
**PUMP FUN KILLER (BURWICK):**

created by 🐸 DR7ghP
1mo ago
market cap: $4.6K
replies: 0
**BURWICK PEPE (APU):**

7/13/25, 10:40 PM                                                    Pump



created by 🐸 HpTHSp                                                  Q
2mo ago
market cap: $4.6K
replies: 0
**burwick pepe (bpepe):**

created by 🐸 7E9jfx                                                  Q
2mo ago
market cap: $4.6K
replies: 0
**BURWICK PEPE (BURWEPE):**

created by 🐸 DnV3yL                                                  Q
2mo ago
market cap: $4.6K
replies: 0
**BURWICK (BURWICK):**

created by 🐸 GnkMg9                                                  Q
2mo ago
market cap: $4.6K
replies: 0
**Burwick Law (LAW):** Send us your wallets and we'll show you any claims you may have
to recover money you lost on crypto. Max Burwick will take it from there 🤝  Attorney
Advertising. Prior results do not guarantee similar outcomes. This post does not create
an attorney-client relationship.

created by 🐸 CEUA7z                                                  Q
2mo ago
market cap: $4.6K
replies: 0
**New Burwick Law Mascot (PENNY):**

https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=96                    4/10

25

Pump



created by 🐸 4Ayb7Q
2mo ago
market cap: $4.6K
replies: 1
**NEW BURWICK LAW MASCOT (PENNY):**

created by 🐸 5wJdpA
3mo ago
market cap: $4.6K
replies: 4
**Burwickify (Burwickify):**

created by 🐸 3nqtkT
3mo ago
market cap: $4.6K
replies: 0
**Burwick Chad (Chad):**

created by 🐸 GZVSEA
3mo ago
market cap: $4.6K
replies: 0
**BurwickLaw Solana Memecoin (JACKPOT):**

created by 🐸 EsmKdB
3mo ago
market cap: $4.6K
replies: 1
**Burwick Law Cat (GHIBLI RON):**

https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=96                    5/10

7/13/25, 10:40 PM                                                    Pump

created by 🐸 39YUZT                                                    🔍
3mo ago
market cap: $4.6K
replies: 0
**Burwick Law Cat (GHIBLI RON):**

created by 🐸 8zb3Mv                                                    🔍
4mo ago
market cap: $4.6K
replies: 0
**NEW MASCOT BURWICK LAW (PENNY):** NEW MASCOT BURWICK LAW

created by 🐸 3GWV6o                                                    🔍
4mo ago
market cap: $4.6K
replies: 0
**NEW MASCOT BURWICK LAW (PENNY):** NEW MASCOT BURWICK LAW

created by 🐸 DbtBR5                                                    🔍
4mo ago
market cap: $4.6K
replies: 0
**NEW MASCOT BURWICK LAW (PENNY):** NEW MASCOT BURWICK LAW

created by 🐸 DR7ghP                                                    🔍
4mo ago
market cap: $4.6K
replies: 1
**Burwick Law New Mascot (JORDYN):**



27

7/13/25, 10:40 PM                                        Pump

created by 🐸 2GpIjM
4mo ago
market cap: $4.6K
replies: 0
**Max Burwick Dog (Penny):**

created by 🐸 D3sovm
4mo ago
market cap: $4.6K
replies: 3
**Ambulance Chaser Of Crypto (MAXBURWICK):**

created by 🐸 HrGMny
4mo ago
market cap: $4.6K
replies: 1
**Ambulance Chaser Of Crypto (MaxBurwick):**

created by 🐸 D3sovm
4mo ago
market cap: $4.6K
replies: 3
**Ambulance Chaser Of Crypto (MaxBurwick):**

created by 🐸 4kXPpU
4mo ago
market cap: $4.6K
replies: 5
**burwick law quant (BL QUANT):**



28

7/13/25, 10:40 PM

Pump



created by 🐸 BL7er2
4mo ago
market cap: $4.6K
replies: 2
**Max Burwick Dog (Penny):**

created by 🐸 Ap4Kef
4mo ago
market cap: $4.6K
replies: 1
**max burwick (maxburwick):**

created by 🐸 4Kr8wN
4mo ago
market cap: $4.6K
replies: 4
**MAX BURWICK (MAX):**

created by 🐸 2CEFjG
4mo ago
market cap: $4.6K
replies: 6
**Burwick's Memecoin (DOGSHIT2):**

created by 🐸 9ScG2g
5mo ago
market cap: $4.6K
replies: 1
**I AM FUCKED (BURWICK):**

created by 🐸 CEUA7z
5mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK-LAW MASCOT (PENNY):**

https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=96

8/10

29



7/13/25, 10:40 PM                                          Pump



created by 🐸 7kGJPK
7mo ago
market cap: $4.6K
replies: 4
**Burwick Law (Burwick):** Have you lost money in Crypto? We are here to help.
https://www.burwick.law/newclient

created by 🐸 769zxg
7mo ago
market cap: $4.6K
replies: 9
**Hailey Welch Lawyer (Burwick):**

created by 🐸 4hqcHn
7mo ago
market cap: $4.6K
replies: 7
**Burwick Law (JAILTUAH):**

created by 🐸 9NGUVk
7mo ago
market cap: $4.6K
replies: 14
**Burwick Law (Burwick):** ✅ going after ruggers ✅ free product with 100s of users ✅
memes on point = burwick law

[ << ] 3 [ >> ]

© pump.fun 2025
privacy policy | terms of service | fees | tech updates



https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=96                    10/10

31



7/13/25, 10:40 PM                                                    Pump

created by 🐸 7qSXHe
24d ago
market cap: $4.6K
replies: 2
**The Pumps Harbour Butcher (Burwicks):** The Pumps Harbour Butcher (Burwicks)

created by 🐸 7qSXHe
26d ago
market cap: $4.6K
replies: 0
**The Pumps Harbour Butcher (Burwicks):** The Pumps Harbour Butcher (Burwicks)
created via Bundle Worker

created by 🐸 Hhn4wK
26d ago
market cap: $4.6K
replies: 0
**The Pump Harbour Butcher (Burwick):** The Pump Harbour Butcher (Burwick) created
via Bundle Worker

created by 🐸 2JarGa
26d ago
market cap: $4.6K
replies: 0
**Burwick LARP (LARP):**

created by 🐸 DV7Z8W
27d ago
market cap: $4.6K
replies: 0
**Max Burwick Pump Killer (MAX):**



7/13/25, 10:40 PM                                                        Pump



created by 🐸 Aq9bSA
27d ago
market cap: $4.6K
replies: 0
**Burwick Law (BURWICK):** https://x.com/BurwickLaw/status/1934702780800790804 If you lost money on Pumpdotfun, you may be entitled to compensation. Start your claim now. Burwick Law represents 500+ investors pursuing legal action regarding pumpdotfun tokens. Attorney advertising. Prior results do not guarantee a similar outcome.

created by 🐸 Ab2baa
27d ago
market cap: $4.6K
replies: 0
**JAIL FOR BURWICK LAW (BURWICK):**

created by 🐸 BnSJys
27d ago
market cap: $4.6K
replies: 0
**JAIL BURWICK LAW (JAILBL):**

created by 🐸 CEUA7z
29d ago
market cap: $4.6K
replies: 0
**NEW BURWICK LAW MASCOT (PENNY):**

created by 🐸 CEUA7z
1mo ago
market cap: $4.6K
replies: 0
**New Burwick Law Mascot (DELOREAN):**

https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=144                              3/10

Pump



created by 🐸 CEUA7z
2mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK LAW MASCOT (PENNY):**

created by 🐸 GE2327
2mo ago
market cap: $4.6K
replies: 0
**BURWICK MASCOT (PENNY):**

created by 🐸 46h2y6
3mo ago
market cap: $4.6K
replies: 0
**GHIBLI BURWICK (GB):**

created by 🐸 46h2y6
3mo ago
market cap: $4.6K
replies: 2
**Burwick Law New Ticker ($M3M3):**

created by 🐸 48Fzmf
3mo ago
market cap: $4.6K
replies: 1
**Burwick Law Ticker ($M3M3):**

created by 🐸 jHtGzn
3mo ago
market cap: $4.6K
replies: 2
**FIRST BURWICK LAW TICKER (CAL):**



created by 🐸 GZVSEA
3mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK LAW MASCOT (JORDYN):**

created by 🐸 J7yQFv
3mo ago
market cap: $4.6K
replies: 3
**Burwick Law Cat (GHIBLI RON):**

created by 🐸 EPBhsC
4mo ago
market cap: $4.6K
replies: 0
**GHIBLI BURWICK (GB):**

created by 🐸 MNhBbr
4mo ago
market cap: $4.6K
replies: 0
**ghibli max burwick (ghibli max):**

created by 🐸 GZVSEA
4mo ago
market cap: $4.6K
replies: 2
**BURWICK LAW DOG (JORDYN):**



created by 🐸 CEUA7z
4mo ago
market cap: $4.6K
replies: 4
**New Burwick Law BULLDOG (PENNY):**

created by 🐸 CrR2aa
4mo ago
market cap: $4.6K
replies: 3
**Burwick's Memecoin (DOGSHIT2):**

DOGSHIT2 c
One of the biggest distracti
memecoin that some believ
trying to sue.

created by 🐸 GXUCUU
4mo ago
market cap: $4.6K
replies: 4
**BURWICK INSIDER (INSIDER):**

created by 🐸 4gdAqz
4mo ago
market cap: $4.6K
replies: 5
**BURWICK INSIDER (INSIDER):**

created by 🐸 C3Pstc
4mo ago
market cap: $4.6K
replies: 1
**NEW BURWICK LAW MASCOT (PENNY):**



created by 🐸 D3sovm
4mo ago
market cap: $4.6K
replies: 3
**First Burwick Law Memecoin (AWESOME):**

created by 🐸 CEUA7z
5mo ago
market cap: $4.6K
replies: 1
**NEW BURWICK-LAW MASCOT (PENNY):**

created by 🐸 CEUA7z
5mo ago
market cap: $4.6K
replies: 0
**NEW LAW MASCOT BURWICK (PENNY):**

created by 🐸 7UJMvG
5mo ago
market cap: $4.6K
replies: 3
**Burwick CTO (BURWICK):**

created by 🐸 goSArR
5mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK LAW MASCOT (PENNY):**

created by 🐸 3A7fMF
5mo ago
market cap: $4.6K
replies: 0
NEW BURWICK LAW MASCOT (PENNY):



created by 🐸 MNhBbr
5mo ago
market cap: $4.6K
replies: 0
**max burwick (mb):**

created by 🐸 GUdSAy
5mo ago
market cap: $4.6K
replies: 4
**MAX BURWICK COIN (BALDCOIN):**

created by 🐸 6SJb8C
5mo ago
market cap: $4.6K
replies: 7
**Burwick Law Quant (MAX):**

created by 🐸 AnVzsg
5mo ago
market cap: $4.6K
replies: 7
**BURWICK LAW MASCOT (PENNY):**

created by 🐸 6d22Fo
5mo ago
market cap: $4.6K
replies: 5
**BURWICKPEPE (BURWICKPEP):** https://x.com/spongebob_fnf

created by 🐸 EeowCb
5mo ago
market cap: $4.6K
replies: 12
**Burwick Law's Mascot Cat (BERNIE):**
https://x.com/BurwickLaw/status/1876366452200272369/photo/1

created by 🐸 3Vq9pg
5mo ago
market cap: $4.6K

7/13/25, 10:40 PM                                                    Pump



created by 🐸 MNhBbr
6mo ago
market cap: $4.6K
replies: 7
**burwick cat (snegleg):**

created by 🐸 6YA9N3
6mo ago
market cap: $4.6K
replies: 19
**Burwick Law Mascot (Penny):**

created by 🐸 DgACxv
6mo ago
market cap: $4.6K
replies: 1
**Burwick's Cat (burwick):**

created by 🐸 DgACxv
6mo ago
market cap: $4.6K
replies: 2
**Better Call Burwick (BCB):**

created by 🐸 31jYG1
6mo ago
market cap: $4.6K
replies: 2
**Burwick Law's Mascot (Penny):**

created by 🐸 73ydsc
7mo ago
market cap: $4.6K
replies: 4
**Burwick Law Group (BURWICK):** Funds lost in a rug? Indians stole your rent money?
Call me! I'll punish those conniving con artist and get your money back!

created by 🐸 769zxg
7mo ago
market cap: $4.6K
replies: 9

https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=144                9/10





created by 🐸 5dCrqx
27d ago
market cap: $4.6K
replies: 0
**The Pump Harbour Butcher (Burwick):**

created by 🐸 GBkjnG
2mo ago
market cap: $4.6K
replies: 0
**Memecoins Are Awesome (MAA):**

created by 🐸 E7Cfng
2mo ago
market cap: $4.6K
replies: 0
**BURD (BURD ):** a big 'ole fat burd

created by 🐸 FQEn3Q
2mo ago
market cap: $4.6K
replies: 0
**BURD (BURD):** a big 'ole fat burd

created by 🐸 CL8cS3
2mo ago
market cap: $4.6K
replies: 2
**Burkshire Coins (Burkshire):**

Pump



created by 🐸 2MtqPG
3mo ago
market cap: $4.6K
replies: 1
**BURD (BURD):** a big 'ole fat burd

created by 🐸 72uB9z
3mo ago
market cap: $4.6K
replies: 46
**BURD (BURD):** a big 'ole fat burd

created by 🐸 66bMXG
3mo ago
market cap: $4.6K
replies: 0
**burwick snail (BS):**

created by 🐸 CEUA7z
3mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK LAW MASCOT (PENNY):**

created by 🐸 HhjUyP
3mo ago
market cap: $4.6K
replies: 0
**Call BURWICK LAW (BURWICK):**

created by 🐸 CsTS6F
3mo ago
market cap: $4.6K
replies: 0
**Results may vary (RMV):**

Pump



created by 🐸 B2P5Y2
3mo ago
market cap: $4.6K
replies: 0
**GHIBLI BURWICK (GHIBLI BUR):** GHIBLI BURWICK

created by 🐸 CEUA7z
3mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK LAW MASCOT (PENNY):**

created by 🐸 y4qcry
3mo ago
market cap: $4.6K
replies: 0
**BURWICK COIN (M3M3):**

created by 🐸 ESDg56
3mo ago
market cap: $4.6K
replies: 0
**Burwick Law (Burwick):** Burwick Law and Hoppin Grinsell filed a lawsuit on behalf of investors against Ben Chow, Meteora, Hayden Davis, Gideon Davis, CT Davis, and Kelsier. The complaint alleges fraud, securities fraud, and other claims in the launch of the $M3M3 token on Meteora.

created by 🐸 EeHJat
3mo ago
market cap: $4.6K
replies: 0
**BIGGEST THREAT TO TRENCHES (BURWICK):** BURWICK LAW



created by 🐸 6m33z8
3mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK TICKER ($M3M3):**

created by 🐸 6Eq4gQ
3mo ago
market cap: $4.6K
replies: 0
**BURWICK LAW SCAM TOKEN (M3M3):**

created by 🐸 CEUA7z
3mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK LAW MASCOT (PENNY):**

created by 🐸 EJEf2A
3mo ago
market cap: $4.6K
replies: 0
**Burwick Cat (Rua):**

created by 🐸 F9R1rD
3mo ago
market cap: $4.6K
replies: 0
**burwick cat (BC):**

created by 🐸 9BBkuP
3mo ago
market cap: $4.6K
replies: 0
**Anti-Burwick (BURWICK):** As loyal fan of Pump, we should actively defend the



created by 🐸 HaB5aY
3mo ago
market cap: $4.6K
replies: 0
**Burwick Law's New Dog (gfriday):**

created by 🐸 GD32Kh
3mo ago
market cap: $4.6K
replies: 0
**BURWICK LAW NEW MASCOT (RAY):**

created by 🐸 5wJdpA
3mo ago
market cap: $4.6K
replies: 4
**Burwickify (Burwickify):**

created by 🐸 4uFAoC
3mo ago
market cap: $4.6K
replies: 0
**burwick laws ticker ($M3M3):**

created by 🐸 46h2y6
3mo ago
market cap: $4.6K
replies: 2
**Burwick Law New Ticker ($M3M3):**

created by 🐸 GdRSPe
3mo ago
market cap: $4.6K
replies: 5
**BURWICK LAW MEMECOIN ($M3M3):**

7/13/25, 10:39 PM                                          Pump

created by 🐸 GZVSEA                                        Q
3mo ago
market cap: $4.6K
replies: 2
**Burwick Law Token (M3M3):**

created by 🐸 48Fzmf                                        Q
3mo ago
market cap: $4.6K
replies: 1
**Burwick Law Ticker ($M3M3):**

created by 🐸 jHtGzn                                        Q
3mo ago
market cap: $4.6K
replies: 2
**FIRST BURWICK LAW TICKER (CAL):**

created by 🐸 3eca57                                        Q
3mo ago
market cap: $4.6K
replies: 10

**Burwick Law (BURWICK):** BURWICK OUR SAVIOR It's now clear that those funds were funneled into the pockets of the Binance and $OM teams in what looks like a well orchestrated liquidity exit. Had I known that my investment would be used to subsidize insiders instead of advancing the RWA ecosystem, I never would've engaged with this project. If this situation is not acknowledged and addressed appropriately, I will have no choice but to escalate this through formal legal channels. My crypto legal representatives @BurwickLaw will be in touch. This isn't just about a failed investment, it's about accountability in a space that claims to be the future of finance. -JB

created by 🐸 6ZLt8K                                        Q
3mo ago
market cap: $4.6K
replies: 0
**comic (comic):**





47



created by 🐸 66666K
3mo ago
market cap: $4.6K
replies: 6
**GHIBLI BURWICK (BURWICK):**

created by 🐸 D3sovm
3mo ago
market cap: $4.6K
replies: 1
**the next big thing in crypto (CLEANUP):**

created by 🐸 D3sovm
3mo ago
market cap: $4.6K
replies: 0
**burke (burke):**

created by 🐸 HvbdSA
4mo ago
market cap: $4.6K
replies: 0
**BWOBWO DUMPWICk (BWOBWO):** downwick fudwick doomwick gloomwick rugwick broke wick fuck it send it all to $0

created by 🐸 DGJ8TA
4mo ago
market cap: $4.6K
replies: 1
**Burwick Favourite Meme (8BIT):** look at this chad

created by 🐸 DXJSwa
4mo ago
market cap: $4.6K
replies: 4



created by 🐸 GzH9Xh
5mo ago
market cap: $4.6K
replies: 0

**Benwick (BWK):** The story explores themes of existential humor and absurdity, engaging the community through memes that blend hilarity with thought-provoking questions about life, identity, and the unexpected entanglements of existence

created by 🐸 42f7ur
7mo ago
market cap: $4.8K
replies: 9
**Ricky Berwick (Berwick):**

created by 🐸 4RLGHM
7mo ago
market cap: $4.6K
replies: 10
**Ricky Berwick (Berwick):** Ricky Berwick MemeCoin

created by 🐸 2d1Y7M
7mo ago
market cap: $4.6K
replies: 5
**burd (burd):** the best fortnite POI

created by 🐸 FefW5n
7mo ago
market cap: $4.6K
replies: 2
**Ricky Berwick (Berwick):**

Pump



created by 🐸 GEUhTK                                                      🔍
8mo ago
market cap: $4.6K
replies: 11
**burke (burke):** 🍣🀄🟥🥮👅🍵🥩🦴🍱😊🔥💧🍆🥓🔍🌯🔶🍩🧁🍯🍯🍯🍯🍯🍯🍯🏆☘️🏠🔨🎧🔵🚿🧂🔑🍵💗

created by 🐸 3ZkCr3                                                      🔍
8mo ago
market cap: $4.6K
replies: 8
**burke (burke):** 🍣🀄🟥👅🍵🥩🦴🍱😊🔥💧🍆🥓🔍🌯🔶🍩🧁🍯🍯🍯🍯🍯🍯🍯🏆☘️🏠🔨🎧🔵🧂🔑🍵💗

created by 🐸 3V1LHf                                                      🔍
8mo ago
market cap: $3.2K [⚡]
replies: 40
**burke (burke):** 🍣🀄🟥👅🍵🥩🦴🍱😊🔥💧🍆🥓🔍🌯🔶🍩🧁🍯🍯🍯🍯🍯🍯🍯🏆☘️🏠🔨🎧🔵🚿🧂🔑🍵💗

created by 🐸 EnZ4bf                                                      🔍
10mo ago
market cap: $4.6K
replies: 4
**BURKE (BURKE ):** $BURKE out here tryna link up with sushi lovers and take this thing to a billion bucks

created by 🐸 G8B3cZ                                                      🔍
10mo ago
market cap: $4.6K
replies: 3
**BURKE (BURKE):** $BURKE out here tryna link up with sushi lovers and take this thing to a billion bucks.

Pump



created by 🐸 Gx6Rsh
10mo ago
market cap: $4.6K
replies: 23
**BURKE (BURKE):** BURKE on solana

created by 🐸 8Ks2Vi
10mo ago
market cap: $4.6K
replies: 12
**BURKE (BURKE):** $BURKE out here tryna link up with sushi lovers and take this thing to a billion bucks.

created by 🐸 EE4c8Z
10mo ago
market cap: $4.6K
replies: 8
**BURKE (BURKE):** BURKE

created by 🐸 H3PPw9
10mo ago
market cap: $4.6K
replies: 16
**BURKE (BURKE):** $BURKE out here tryna link up with sushi lovers and take this thing to a billion bucks.

created by 🐸 BegC9u
10mo ago
market cap: $4.6K
replies: 4
**BURKE (BURKE):** BURKE on solana

created by 🐸 C3uVCv
10mo ago
market cap: $4.6K
replies: 9
**Burker (Burker):** Welcome to the Burke community, follow! X:https://x.com/Burke_Coin



52

Pump



created by 🐸 7aTt5k
10mo ago
market cap: $4.6K
replies: 13
**BURKE (BURKE):** BURKE LFG

created by 🐸 2zvZ8T
10mo ago
market cap: $4.6K
replies: 15
**BURKE (BURKE):** BURKE on solana

created by 🐸 8tz9Sv
10mo ago
market cap: $4.6K
replies: 4
**bwur (BWUR):** im bwureg guys

created by 🐸 HfMsqD
10mo ago
market cap: $4.6K
replies: 33
**Bwur (BWUR):**

created by 🐸 3gxCEe
11mo ago
market cap: $4.6K
replies: 2
**burt (burt):** burt

created by 🐸 HPT2ws
1y ago
market cap: $4.6K
replies: 0
**burki (burki):** he thought he was going to be eaten, so he got into the buns himself
burger kitty

7/13/25, 10:39 PM

Pump



created by 🐸 C7KBS6
1y ago
market cap: $4.6K
replies: 4
**burki (burki):** he thought he was going to be eaten, so he got into the buns himself
burger kitty

created by 🐸 4qonR2
1y ago
market cap: $4.6K
replies: 0
**Burkshire Network 2.0 (Burkshire):** warin buffy wants 2 make u hole

[ << ] 5 [ >> ]

© pump.fun 2025
privacy policy | terms of service | fees | tech updates







created by 🐸 GWcDxs
27d ago
market cap: $4.6K
replies: 0
**PUMP FUN KILLER (DR.BURWICK):** Fell for scams, rug pulls on pump fun? Better call Burwick

created by 🐸 GZVSEA
27d ago
market cap: $4.6K
replies: 0
**The Pump Harbor Butcher (Burwick):**

created by 🐸 HNwWXe
27d ago
market cap: $4.6K
replies: 0
**Burwick Retards (Burwick):**

created by 🐸 CEUA7z
29d ago
market cap: $4.6K
replies: 0
**NEW BURWICK LAW MASCOT (PENNY):**

created by 🐸 HpTHSp
1mo ago
market cap: $4.6K
replies: 0
**burwick law coin (bbw coin):**

created by 🐸 CEUA7z
2mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK MASCOT (JAIL SIMON):**



created by 🐸 CEUA7z
2mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK MASCOT (JAIL SIMON):**

created by 🐸 EeHJat
3mo ago
market cap: $4.6K
replies: 0
**BIGGEST THREAT TO TRENCHES (BURWICK):** BURWICK LAW

created by 🐸 6m33z8
3mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK TICKER ($M3M3):**

created by 🐸 CEUA7z
3mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK LAW MASCOT (PENNY):**

created by 🐸 2goQxo
3mo ago
market cap: $4.6K
replies: 2
**BURWICK INTERN (MINION):** meow

created by 🐸 CEUA7z
3mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK-LAW MASCOT (PENNY):**



created by 🐸 5Hyf6s
3mo ago
market cap: $4.6K
replies: 0
**max burwick (maxburwick):**

created by 🐸 n1NXoz
3mo ago
market cap: $4.6K
replies: 1
**MAXIMUS BURWICK EPOCH (GIGABURW):**

created by 🐸 HApbPY
3mo ago
market cap: $4.6K
replies: 0
**MAX BURWICK (MB):** MAX BURWICK

created by 🐸 5Hyf6s
3mo ago
market cap: $4.6K
replies: 0
**burwick max (burwichad):**

created by 🐸 2goQxo
3mo ago
market cap: $4.6K
replies: 0
**BURWICK DEFENDER (BD):** meow

created by 🐸 C88rn1
3mo ago
market cap: $4.6K
replies: 0
**burwickchain (bchain):**

58



created by 🐸 CEUA7z
4mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK-LAW MASCOT (PENNY):**

created by 🐸 6d54tm
4mo ago
market cap: $4.6K
replies: 7
**First Memecoin Lawyer (MaxBurwick):**

created by 🐸 DJ8yq5
4mo ago
market cap: $4.6K
replies: 0
**burwick_max (burwick_ma):**

created by 🐸 H85JQ8
4mo ago
market cap: $4.6K
replies: 3
**Burwick Pepe (LAWPEPE):** Burwick Pepe

created by 🐸 5U6msA
4mo ago
market cap: $4.6K
replies: 2
**Burwick Law mascot (Penny):**

created by 🐸 C3Pstc
4mo ago
market cap: $4.6K
replies: 3



created by 🐸 8t4r6L
4mo ago
market cap: $4.6K
replies: 3
**NEW BURWICK LAW MASCOT (PENNY):**

created by 🐸 8t4r6L
4mo ago
market cap: $4.6K
replies: 4
**NEW MASCOT FOR BURWICK LAW (PENNY):**

created by 🐸 eRyo9h
5mo ago
market cap: $4.6K
replies: 0
**Burwick Law Mascot (PENNY):**

created by 🐸 CEUA7z
5mo ago
market cap: $4.6K
replies: 0
**\*NEW\* BURWICK LAW MASCOT (PENNY):**

created by 🐸 CEUA7z
5mo ago
market cap: $4.6K
replies: 2
**NEW MASCOT BURWICK-LAW (PENNY):**

created by 🐸 3yiEwP
5mo ago
market cap: $4.6K
replies: 2



created by D3sovm
5mo ago
market cap: $4.6K
replies: 0
**burwick quant (MAXBURWICK):**

created by GrxmQn
5mo ago
market cap: $4.6K
replies: 0
**Burwick Law (BL):** Loose money in crypto? call burwick Law

created by C88rn1
5mo ago
market cap: $4.6K
replies: 0
**burwick pepe (BP):**

created by DjXkmB
5mo ago
market cap: $4.6K
replies: 0
**Burwick Law (LIBRA):**

created by Em9ccA
5mo ago
market cap: $4.6K
replies: 0
**New Burwick Law Mascot (EDDIE):**
https://x.com/DancingEddie_/status/1889770040360403250/photo/1

created by DQxctv
5mo ago
market cap: $4.6K
replies: 1

7/13/25, 10:41 PM                                                    Pump



created by 🐸 A4oZgZ

5mo ago

market cap: $4.6K

replies: 4

**Burwick Max (BMAX):** FOR IMMEDIATE RELEASE Burwick Law and Wolf Popper LLP Demand Baton Corp. DBA, PumpFun Immediately Remove Tokens Deployed On The Solana Blockchain By Pumpfun That Utilize Unlicensed Intellectual Property In An Effort to Impersonate Our Law Firms, And Remove The Likeness Of Any Employees Of These Organizations. New York, NY – 02/05/2025 – Burwick Law and Wolf Popper LLP have issued a cease and desist letter to PumpFun demanding the immediate removal of the Dogshit2 token and tokens that have impersonated our firms through the unlicensed use of both law firms' intellectual property. Our firms have no affiliation, endorsement, or ownership interest in the Dogshit2 token or any related assets. Simply put, our firms have not launched any memecoins onchain. Any further unauthorized use of our firms' names, intellectual property, or association with this token may result in immediate

created by 🐸 Cc7qPo

5mo ago

market cap: $4.6K

replies: 5

**BURWICK LAW MASCOT (PENNY):**

created by 🐸 7gELeQ

5mo ago

market cap: $4.6K

replies: 4

**Burwick Law Mascot (Penny):**

https://x.com/burwick_max/status/1855921929393504264

created by 🐸 83QQFL

5mo ago

market cap: $4.6K

replies: 11

**2ND COIN SUED BY BURWICK (RELIEFCOIN):** https://x.com/spongebob_fnf

created by 🐸 CsZ11Y

5mo ago

market cap: $4.6K

replies: 11

**Burwick Law's Mascot (NIK):**

https://x.com/BurwickLaw/status/1863996776044232893/photo/1

https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=240                    8/10



created by 🐸 DhPzAN
5mo ago
market cap: $4.6K
replies: 5
**Burwick Law Official Meme (Seat):**

created by 🐸 4oTZK6
6mo ago
market cap: $4.6K
replies: 1
**better call burwick (BCB):**

created by 🐸 C3PUNk
6mo ago
market cap: $4.6K
replies: 0
**Burwick Law Dummies (BURWICK):** A leader in digital consumer protection. Lose money in crypto?

created by 🐸 9iPBki
6mo ago
market cap: $4.6K
replies: 43
**FUCKBURWICKLAW (FCKBURWICK):** Fuck burwick law and there lawsuite!

created by 🐸 MNhBbr
6mo ago
market cap: $4.6K
replies: 68
**BURWICK LAW SUE CASE NUMBER (#0800111):**

[ << ] 6 [ >> ]

© pump.fun 2025





created by 🐸 CEUA7z    Q
2mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK MASCOT (JAIL SIMON):**

created by 🐸 4uFAoC    Q
3mo ago
market cap: $4.6K
replies: 0
**burwick laws ticker ($M3M3):**

created by 🐸 4YZ6Qr    Q
3mo ago
market cap: $4.6K
replies: 0
**MAX BURWICK (MB):**

created by 🐸 C88rn1    Q
3mo ago
market cap: $4.6K
replies: 0
**burwickchain (burwickcha):**

created by 🐸 HFyV1x    Q
3mo ago
market cap: $4.6K
replies: 1
**Ghibli Burwick Law Cat (Ron):**

created by 🐸 CEUA7z    Q
4mo ago
market cap: $4.6K
replies: 0
**New Burwick Law Mascot (PENNY ):**

https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=288    2/10

65

7/13/25, 10:42 PM

Pump



created by 🐸 DJ8yq5
4mo ago
market cap: $4.6K
replies: 0
**burwick_max (burwick_ma):**

created by 🐸 D3sovm
4mo ago
market cap: $4.6K
replies: 2
**burwick law quant (BL QUANT):**

created by 🐸 D3sovm
4mo ago
market cap: $4.6K
replies: 1
**MAXBURWICK (MEMECOIS):**

created by 🐸 DiQYqk
4mo ago
market cap: $4.6K
replies: 1
**Max Burwick Mascot (PENNY):**

created by 🐸 4UbcFn
4mo ago
market cap: $4.6K
replies: 3
**MAX BURWICK FIRST TOKEN (FRIEND):**

created by 🐸 5tZwX8
4mo ago
market cap: $4.6K
replies: 0

66



created by 🐸 Hq5JiZ
4mo ago
market cap: $4.6K
replies: 4
**Max Burwick (MB):**

created by 🐸 5Hyf6s
4mo ago
market cap: $4.6K
replies: 3
**max burwick (maxburwick):**

created by 🐸 C3Pstc
4mo ago
market cap: $4.6K
replies: 3
**First Burwick Law Memecoin (MAXBURWICK):**

created by 🐸 D3sovm
4mo ago
market cap: $4.6K
replies: 2
**First Burwick Law Memecoin (AWESOME):**

created by 🐸 bKAj4P
4mo ago
market cap: $4.6K
replies: 3
**Max Burwick (burwick):** Why don't you have a seat right over there?

created by 🐸 CEUA7z
4mo ago
market cap: $4.6K
replies: 4
**NEW BURWICK LAW MASCOT (PENNY ):**



created by 🐸 8t4r6L
4mo ago
market cap: $4.6K
replies: 5
**Burwick Law's New Mascot (PENNY):**

created by 🐸 GE2327
4mo ago
market cap: $4.6K
replies: 1
**New Burwick-Law mascot (PENNY):**

created by 🐸 GE2327
4mo ago
market cap: $4.6K
replies: 1
**New Burwick-Law mascot (PENNY):**

created by 🐸 CEUA7z
5mo ago
market cap: $4.6K
replies: 0
**NEW MASCOT BURWICK (BURWICK):**

created by 🐸 HdbA2Z
5mo ago
market cap: $4.6K
replies: 1
**NEW MASCOT FOR BURWICK (PENNY):**

created by 🐸 CEUA7z
5mo ago
market cap: $4.6K
replies: 2
**NEW MASCOT BURWICK-LAW (PENNY):**

created by 🐸 MNhBbr
5mo ago
market cap: $4.6K
replies: 0
**max burwick (mb):**

created by 🐸 D3sovm
5mo ago
market cap: $4.6K
replies: 0
**burwick quant (MAXBURWICK):**

created by 🐸 83QQFL
5mo ago
market cap: $4.6K
replies: 0
**burwick pepe (bp):**

created by 🐸 6d22Fo
5mo ago
market cap: $4.6K
replies: 0
**pepeburwick (pepeburwic):**

created by 🐸 4k8jXD
5mo ago
market cap: $4.6K
replies: 0
**Official Burwick Law Coin (LAW):** Want your money back? TO THE MOON!!!!

created by 🐸 36DWP5
5mo ago
market cap: $4.6K
replies: 1
**Burwick Milady (Burlady):**

  

69

Pump



created by 🐸 Em9ccA
5mo ago
market cap: $4.6K
replies: 0
**New Burwick Law Mascot (EDDIE):**
https://x.com/DancingEddie_/status/1889770040360403250/photo/1

created by 🐸 EtCA7N
5mo ago
market cap: $4.6K
replies: 2
**Michael Burwick (MB):** IP Infringement? Do you think Burwick Law will like this one?

created by 🐸 5wL1dj
5mo ago
market cap: $4.6K
replies: 0
**FUCK BURWICK LAW (FBL):** Pumpdotfun hit with cease & desist from Burwick Law, ordered to remove 200+ IP-infringing memecoins.

created by 🐸 8xP1mx
5mo ago
market cap: $4.6K
replies: 0
**Official Burwick Law Mascot (Penny):**

created by 🐸 6WgXuH
5mo ago
market cap: $4.6K
replies: 2
**MAX BURWICK (MAX):**

created by 🐸 8xP1mx
5mo ago
market cap: $4.6K
replies: 9
**Burwick Law Mascot (Penny):**



created by 🐸 MNhBbr
5mo ago
market cap: $4.6K
replies: 5
**2nd SUED COIN BY BURWICK (FARCASTER):** https://x.com/spongebob_fnf

created by 🐸 MNhBbr
5mo ago
market cap: $4.6K
replies: 9
**2nd SUED COIN BY BURWICK ($FRIGHT):** https://x.com/spongebob_fnf

created by 🐸 ELk9zq
5mo ago
market cap: $4.6K
replies: 4
**JUSTICE BURWICK LAWSUIT (JBL):** JUSTICE 4 BURWICK LAWSUIT

created by 🐸 F38pqU
5mo ago
market cap: $4.6K
replies: 4
**Better Call Burwick (BCB):**

created by 🐸 4TahRt
5mo ago
market cap: $4.6K
replies: 6
**Better Call Burwick (BCB) (BCB):** Better Call Burwick (BCB) is the ultimate meme coin for those who know when it's time to call in the big guns 🔥 💼 . Whether it's for strategy, success, or just pure chaos, BCB embodies the spirit of making things happen —no questions asked. Fueled by wit, resilience 💪 , and a touch of mischief 😜 , BCB is here to shake up the crypto space 🚀 . When in doubt, Better Call Burwick! 📞 💰

created by 🐸 CqyJ3J
5mo ago
market cap: $4.6K
replies: 0
**Burwick Law Mascot (Penny):**

71

7/13/25, 10:42 PM                                                                    Pump



created by  4oTZK6
6mo ago
market cap: $4.6K
replies: 1
**better call burwick (BCB):**                                                       Q



created by  82RSLX
6mo ago
market cap: $4.6K
replies: 14                                                                          Q

**XL Burwick (XLB):** Come rebel with us against these greedy fat lawyers! Stand with PUMP! "Today, B**wick Law is announcing publicly that we are pursuing legal action on behalf of investors in pumpdotfun memecoins. This announcement follows months of working alongside everyday people that have lost significant amounts of money to memecoins, rugs, and unfulfilled promises"



created by  HkXKyW
6mo ago
market cap: $4.6K
replies: 1                                                                           Q

**Burwick Law (burwick):** Burwick Law is pursuing legal action on behalf of investors in pumpdotfun memecoins. If you lost money on any pumpdotfun memecoins, you may be entitled to compensation.

created by  5WmR2h
7mo ago
market cap: $4.6K
replies: 11                                                                          Q

**BurwickLaw (BWICK):** Have you experienced any losses from rugs and scams on Solana, please contact Burwick Law using the link below: https://burwick.law/newclient. @BurwickLaw https://x.com/HalieyWelchX/status/1870123827725840484

[ << ] 7 [ >> ]

© pump.fun 2025
privacy policy | terms of service | fees | tech updates



https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=288                    9/10







7/13/25, 10:42 PM                                                Pump



created by 🐸 ADC1QV
3mo ago
market cap: $4.6K
replies: 3
**New Mantra Lawyer (BURWICK ):**

created by 🐸 66666K
3mo ago
market cap: $4.6K
replies: 6
**GHIBLI BURWICK (BURWICK):**

created by 🐸 4YZ6Qr
3mo ago
market cap: $4.6K
replies: 0
**MAX BURWICK (MB):**

created by 🐸 C88rn1
3mo ago
market cap: $4.6K
replies: 0
**burwickchain (burwickcha):**

created by 🐸 AKFJqD
4mo ago
market cap: $4.6K
replies: 0
**burwick law intern (GOOFY):**

created by 🐸 7AZBJF
4mo ago
market cap: $4.6K
replies: 0
**NEW MASCOT BURWICK LAW (PENNY):** NEW MASCOT BURWICK LAW

https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=336                    4/9

7/13/25, 10:42 PM                                                        Pump



created by 🐸 CEUA7z
4mo ago
market cap: $4.6K
replies: 0
**NEW MASCOT BURWICK LAW (PENNY):**

created by 🐸 GFUyxi
4mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK-LAW MASCOT (PENNY):**

created by 🐸 D3sovm
4mo ago
market cap: $4.6K
replies: 3
**Max Burwick Pet Cavia (DUDU):**

created by 🐸 HACxX2
4mo ago
market cap: $4.6K
replies: 1
**First Burwick Law Memecoin (MAXBURWICK):**

created by 🐸 Hk4zpw
4mo ago
market cap: $4.6K
replies: 3
**max burwick (maxburwick):**

created by 🐸 MNhBbr
4mo ago
market cap: $4.6K
replies: 1
**burwick new mascot (minion):**



created by 🐸 CEUA7z
4mo ago
market cap: $4.6K
replies: 0
**NEW MASCOT FOR BURWICK LAW (PENNY ):**

created by 🐸 CEUA7z
4mo ago
market cap: $4.6K
replies: 1
**NEW BURWICK LAW MASCOT (PENNY):**

created by 🐸 8t4r6L
4mo ago
market cap: $4.6K
replies: 1
**MAX BURWICK DOG NAME (PENNY):**

created by 🐸 CEUA7z
4mo ago
market cap: $4.6K
replies: 1
**Burwick Law NEW Mascot (PENNY):**

created by 🐸 CEUA7z
5mo ago
market cap: $4.6K
replies: 0
**New Burwick Law MASCOT (PENNY):**

created by 🐸 CEUA7z
5mo ago
market cap: $4.6K
replies: 1
**NEW BURWICK LAW MASCOT (PENNY):**

78

7/13/25, 10:42 PM                                                Pump

created by 🐸 CEUA7z                                              🔍
5mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK MASCOT LAW (PENNY):**

created by 🐸 CEUA7z                                              🔍
5mo ago
market cap: $4.6K
replies: 2
**NEW BURWICK-LAW MASCOT (PENNY):**

created by 🐸 DjXkmB                                              🔍
5mo ago
market cap: $4.6K
replies: 1
**Lose Money On Jayoma? (BurwickLaw):**

created by 🐸 FvJr15                                              🔍
5mo ago
market cap: $4.6K
replies: 0
**burwick dog (bd):** https://x.com/CryptoButlers

created by 🐸 7K8gjc                                              🔍
5mo ago
market cap: $4.6K
replies: 5
**Max Burwick (MAX):** IM WILL SUE PUMPFUN & WIN!

created by 🐸 Eson3N                                              🔍
5mo ago
market cap: $4.6K
replies: 3
**for adin burwicklaw followed (JUSTICE):**


79





created by 🐸- HkXKyW
6mo ago
market cap: $4.6K
replies: 1

**Burwick Law (burwick):** Burwick Law is pursuing legal action on behalf of investors in pumpdotfun memecoins. If you lost money on any pumpdotfun memecoins, you may be entitled to compensation.

created by 🐸- EfeBya
6mo ago
market cap: $4.6K
replies: 22
**burwickio (BURWICKIO):**

created by 🐸- 83QQFL
7mo ago
market cap: $4.6K
replies: 6
**Halieys new law (burwick):**

[ << ] 8 [ >> ]

© pump.fun 2025
privacy policy | terms of service | fees | tech updates









created by 🐸 y4qcry
3mo ago
market cap: $4.6K
replies: 0
**BURWICK COIN (M3M3):**

created by 🐸 GD32Kh
3mo ago
market cap: $4.6K
replies: 0
**BURWICK LAW NEW MASCOT (RAY):**

created by 🐸 ADC1QV
3mo ago
market cap: $4.6K
replies: 3
**New Mantra Lawyer (BURWICK ):**

created by 🐸 66666K
3mo ago
market cap: $4.6K
replies: 6
**GHIBLI BURWICK (BURWICK):**

created by 🐸 CEUA7z
3mo ago
market cap: $4.6K
replies: 2
**New Burwick Law Mascot (PENNY):**

created by 🐸 CEUA7z
3mo ago
market cap: $4.6K
replies: 0

84

7/13/25, 10:42 PM                                        Pump



created by 🐸 CEUA7z                                        Q
3mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK LAW MASCOT (PENNY):**

created by 🐸 GNzV2s                                        Q
3mo ago
market cap: $4.6K
replies: 0
**Ghibli Burwick (GB):**

created by 🐸 4YFfHc                                        Q
3mo ago
market cap: $4.6K
replies: 0
**max burwicks memecoin (MBM):** max burwicks memecoin

created by 🐸 6d22Fo                                        Q
3mo ago
market cap: $4.6K
replies: 0
**ghibli burwick (gb):**

created by 🐸 7AZBJF                                        Q
4mo ago
market cap: $4.6K
replies: 0
**NEW MASCOT BURWICK LAW (PENNY):** NEW MASCOT BURWICK LAW

created by 🐸 D3sovm                                        Q
4mo ago
market cap: $4.6K
replies: 2
**burwick laws first shitcoin (shitXcoins):**

https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=384                    4/9

85

7/13/25, 10:42 PM                                                    Pump



created by 🐸 D3sovm                                                 🔍
4mo ago
market cap: $4.6K
replies: 4
**Official Medic Of The Trenches (MAXBURWICK):**

created by 🐸 4Kr8wN                                                 🔍
4mo ago
market cap: $4.6K
replies: 0
**Max Burwick (MB):**

created by 🐸 DGJ8TA                                                 🔍
4mo ago
market cap: $4.6K
replies: 1
**Burwick Favourite Meme (8BIT):** look at this chad

created by 🐸 4UbcFn                                                 🔍
4mo ago
market cap: $4.6K
replies: 3
**BURWICKS MASCOT (Penny):**

created by 🐸 GXUCUU                                                 🔍
4mo ago
market cap: $4.6K
replies: 1
**Max Burwick Dog (Penny):**

86



created by 🐸 D3sovm
4mo ago
market cap: $4.6K
replies: 6
**burwick law memecoin (BURWICK):**

created by 🐸 9MVf6x
4mo ago
market cap: $4.6K
replies: 3
**First Burwick Law Memecoin (MAXBURWICK):**

created by 🐸 HACxX2
4mo ago
market cap: $4.6K
replies: 1
**First Burwick Law Memecoin (MAXBURWICK):**

created by 🐸 CEUA7z
4mo ago
market cap: $4.6K
replies: 3
**NEW BURWICK MASCOT (LAW) (PENNY):**

created by 🐸 MNhBbr
4mo ago
market cap: $4.6K
replies: 1
**burwick new mascot (minion):**

created by 🐸 8t4r6L
4mo ago
market cap: $4.6K
replies: 1
**MAX BURWICK DOG NAME (PENNY):**

7/13/25, 10:42 PM

Pump



created by 🐸 CEUA7z
5mo ago
market cap: $4.6K
replies: 0
**New Burwick Law MASCOT (PENNY):**

created by 🐸 DjXkmB
5mo ago
market cap: $4.6K
replies: 1
**Lose Money On Jayoma? (BurwickLaw):**

created by 🐸 4tgFvq
5mo ago
market cap: $4.6K
replies: 2
**Max Burwick (Burwick):**

created by 🐸 7K8gjc
5mo ago
market cap: $4.6K
replies: 5
**Max Burwick (MAX):** IM WILL SUE PUMPFUN & WIN!

created by 🐸 BKdGR8
5mo ago
market cap: $4.6K
replies: 4
**Burwick Law (SUITS):** Suits vs degens

created by 🐸 MNhBbr
5mo ago
market cap: $4.6K
replies: 14
**burwick dog (mugabe):** https://x.com/spongebob_fnf

created by 🐸 MNhBbr
5mo ago
market cap: $4.6K

https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=384

7/9



https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=384    8/9

7/13/25, 10:42 PM                                                    Pump



created by 🐸 7m6zpe
6mo ago
market cap: $4.6K
replies: 46
**Fuck Burwick Law (BURWICK):**

created by 🐸 EfeBya
6mo ago
market cap: $4.6K
replies: 22
**burwickio (BURWICKIO):**

[ << ] 9 [ >> ]

© pump.fun 2025
privacy policy | terms of service | fees | tech updates



https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=384                    9/9



Pump



created by 🐸 4YFfHc
3mo ago
market cap: $4.6K
replies: 0
**max burwicks memecoin (MBM):** max burwicks memecoin

created by 🐸 MNhBbr
3mo ago
market cap: $4.6K
replies: 1
**new burwick coin (rocky):**

created by 🐸 HqzXgf
3mo ago
market cap: $4.6K
replies: 0
**burwickchain (BURWICKCHA):**

created by 🐸 D3sovm
4mo ago
market cap: $4.6K
replies: 0
**Burwick Law Libra Class Action (LIBRASUIT):**

created by 🐸 CEUA7z
4mo ago
market cap: $4.6K
replies: 1
**NEW BURWICK LAW MASCOT (PENNY):**

created by 🐸 CEUA7z
4mo ago
market cap: $4.6K
replies: 4
**New Burwick Law Mascot (PENNY):**

92



created by 🐸 CEUA7z
4mo ago
market cap: $4.6K
replies: 8
**New Burwick Law Mascot (PENNY):**

created by 🐸 EkPN54
4mo ago
market cap: $4.6K
replies: 2
**First Memecoin Lawyer (MaxBurwick):**

created by 🐸 CEUA7z
4mo ago
market cap: $4.6K
replies: 0
**NEW BULLDOG MASCOT BURWICK (PENNY):**

created by 🐸 CrR2aa
4mo ago
market cap: $4.6K
replies: 2
**Max Burwick Dog (Penny) (Penny):**

created by 🐸 CEUA7z
4mo ago
market cap: $4.6K
replies: 0
**NEW MASCOT BURWICK LAW (PENNY):**

created by 🐸 D3sovm
4mo ago
market cap: $4.6K
replies: 4

Unable to display image



created by 🐸 D3sovm
4mo ago
market cap: $4.6K
replies: 4
**Ambulance Chaser Of Crypto (MaxBurwick):**

created by 🐸 zgv9nz
4mo ago
market cap: $4.6K
replies: 4
**Max Burwick Dog (PENNY):** it's a pitbull

created by 🐸 Cvhsuz
4mo ago
market cap: $4.6K
replies: 1
**BurwickLaw Official Mascot (PENNY):** BurwickLaw Official Mascot

created by 🐸 eRyo9h
4mo ago
market cap: $4.6K
replies: 4
**Burwick Law Mascot (Penny):**

created by 🐸 CpzQXM
4mo ago
market cap: $4.6K
replies: 0
**maxburwick (maxburwick):** max burwick



created by 🐸 D3sovm
4mo ago
market cap: $4.6K
replies: 1
**JAIL MAX BURWICK (JAILMAX):**

created by 🐸 D3sovm
4mo ago
market cap: $4.6K
replies: 3
**JAIL MAX BURWICK (JAILMAX):**

created by 🐸 GXUCUU
4mo ago
market cap: $4.6K
replies: 0
**Max Burwick Dog (DAISY):**

created by 🐸 DXJSwa
4mo ago
market cap: $4.6K
replies: 4
**Max Burwick (favorite):**

created by 🐸 GXUCUU
4mo ago
market cap: $4.6K
replies: 3
**First Burwick Law Memecoin (MAXBURWICK):**

95

7/13/25, 10:42 PM                                                    Pump



created by 🐸 D3sovm
4mo ago
market cap: $4.6K
replies: 3
**MAXBURWICK (MAXBURWICK):**

created by 🐸 CEUA7z
4mo ago
market cap: $4.6K
replies: 3
**NEW BURWICK MASCOT (LAW) (PENNY):**

created by 🐸 7eU8Qi
5mo ago
market cap: $3.4K [⚡]
replies: 16
**MAX BURWICK (MAX):**

created by 🐸 5wndZM
5mo ago
market cap: $4.6K
replies: 0
**Burwick Fart (BURWIKFART):**

created by 🐸 C88rn1
5mo ago
market cap: $4.6K
replies: 1
**Burwick Law Mascot (Penny):**

created by 🐸 C88rn1
5mo ago
market cap: $4.6K
replies: 4
**Burwick Law Mascot (Penny):**

https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=432                 6/8

7/13/25, 10:42 PM                                                                    Pump



created by 🐸 6d22Fo
6mo ago
market cap: $4.6K
replies: 0
**BURWICKIO (BURWICKIO):**

created by 🐸 FNVaYJ
6mo ago
market cap: $2.8K [⚡]
replies: 8
**OFFICIAL BURWICK LAW COIN (BURWICK):**

created by 🐸 D3KJMj
6mo ago
market cap: $4.6K
replies: 37
**Burwick Law (PARODY):** **LEGAL ACTION ALERT: PUMPDOTFUN** Burwick Law is pursuing legal action on behalf of investors in pumpdotfun memecoins. If you lost money on any pumpdotfun memecoins, you may be entitled to compensation. This Token is a parody of the law firm Burwick Law, it should not be taken seriously, it is a joke. Do not buy this token. This token does not have any links whatsoever to Burwick Law or any of its subsidiaries or affiliates.

created by 🐸 R9uRCo
6mo ago
market cap: $3.3K [⚡]
replies: 142
**PumpFun No.1 Enemy (MAXBURWICK):**

created by 🐸 9ntKBN
6mo ago
market cap: $4.6K
replies: 46
**Burwick Law Class Action (BLCA):** A class action lawsuit is being filed against Burwick Law for their slanderous words. Please post this CA on their Twitter to alert others of this legal action.

[ << ] 10 [ >> ]

https://pump.fun/board?q="burwick"&view=grid&coins_sort=created_timestamp&offset=432                    7/8