# EXHIBIT I



3



3



2/7/25, 6:45 AM                                    Pump

created by 🐸 GeU4pF
1d ago
market cap: $5.5K
replies: 1
**Burwick Law Mascot (Penny):**

created by 🐸 2bQsQo
3d ago
market cap: $5.5K
replies: 4
**JUSTICE FOR BURWICK LAWSUIT (BURWICK):** MEMECOINS ARE NOT SECURITIES AND DYOR. IF IT DROPS ITS YOUR OWN FAULT

created by 🐸 ERc7s5
1d ago
market cap: $5.5K
replies: 4
**Official Burwick Law Token (BURWICKT):**

created by 🐸 CnPHVe
2 months ago
market cap: $5.5K
replies: 5
**Better Call Burwick (BCB):** $Hawk pull the rug on you? Better call Burwick

created by 🐸 broken1gga
2 months ago
market cap: $5.5K
replies: 7
**Burwick Law (JAILTUAH):**

created by 🐸 FtdMbX
7d ago
market cap: $5.5K
replies: 2
**Burwick Law Firm Founder (MAX):**

4

5





created by 6XpRPM
2 months ago
market cap: $5.5K
replies: 29

**Burwick Law (SAVIOR):** here to save all degens, the last hope for many. It is time to sua Tuah and all the scammers in this space. Burwick Law is the SAVIOR!

created by 85ApNP
21d ago
market cap: $5.5K
replies: 5

**Burwick Law (SUED):** Burwick Law is 1 angry boi sueing PF - home of the degens.

created by Cc7qPo
2d ago
market cap: $5.5K
replies: 7

**BURWICK LAW MASCOT (PENNY):**

created by DZEVg4
8d ago
market cap: $5.5K
replies: 5

**Fuck Burwick Law (BURWICK):**

created by GUdSAy
1d ago
market cap: $5.5K
replies: 4

**MAX BURWICK COIN (BALDCOIN):**







created by 🐸 ttttttttt7
1d ago
market cap: $5.5K
replies: 4
**Max Burwick mascot (Penny):**

created by 🐸 MNhBbr
13d ago
market cap: $5.5K
replies: 7
**burwick cat (snegleg):**

created by 🐸 83DX3n
23d ago
market cap: $5.5K
replies: 6
**Pumpfun's saviour Law (BURWICK):** **LEGAL ACTION ALERT: PUMPDOTFUN**
Burwick Law is pursuing legal action on behalf of investors in pumpdotfun memecoins.
If you lost money on any pumpdotfun memecoins, you may be entitled to
compensation.

created by 🐸 BurwickInc
2 months ago
market cap: $5.5K
replies: 4
**Burwick Law Group (BURWICK):** Funds lost in a rug? Indians stole your rent money?
Call me! I'll punish those conniving con artist and get your money back!

created by 🐸 AnVzsg
2d ago
market cap: $5.5K
replies: 7
**BURWICK LAW MASCOT (PENNY):**

2/7/25, 6:45 AM                                                    Pump



2/7/25, 6:45 AM                                                      Pump



12



12









created by 3jyf54
1d ago
market cap: $6.0K [👑]
replies: 25
**Max Burwick Dog (Penny):**

created by 7nJZLH
23d ago
market cap: $6.0K
replies: 57
**Burwick Law Mascot (Penny):**

created by CcrWNB
1d ago
market cap: $6.0K
replies: 23
**Burwick Mascot (PENNY):** Burwick Law Mascot

created by E65FTo
2 months ago
market cap: $5.9K
replies: 22
**Burwick Law (Burwick):**

created by 4fED6Y
21d ago
market cap: $5.9K
replies: 6
**Pumpfun Attorney Max Burwick (MAX):**

https://pump.fun/board?coins_sort=market_cap&include-nsfw=true&searchTerm=burwick                    4/10

16



18



**created by** DHQqzD
7d ago
market cap: $5.6K
replies: 6
**BURWICK LAW OFFICIAL MEME (BURPEPE):** what if... Burwick law's meme became the #1 meme on pf

**created by** dat1mf
23d ago
market cap: $5.6K
replies: 121
**Burwick Law (Burwick):** https://x.com/BurwickLaw/status/1879576509612269584

**created by** Bigterry
7d ago
market cap: $5.6K [👑]
replies: 12
**Better Call Burwick (BCB):**

**created by** 4EneaE
23d ago
market cap: $5.6K
replies: 1
**Burwick Laws Lawyer (burpepe):**

**created by** Cp1FuY
1d ago
market cap: $5.6K [👑]
replies: 7
**Official Burwick Law Token (BURWICK):** This is the official token of Burwick Law. Heil Hitler.

**created by** DgACxv
23d ago
market cap: $5.6K [👑]
replies: 13
**Burwick Law's Mascot (Penny):**

18

Pump



created by 🐸 6WgXuH
2d ago
market cap: $5.6K [👑]
replies: 17
**BURWICK LAW MASCOT (PENNY):**

created by 🧑 10kdavid
14h ago
market cap: $5.6K
replies: 7
**Max Burwick Retard Sister (Rachel):** Rachel Burwick is Max Burwicks mentally disabled sister. THE LAWYER WHO IS SUING PUMPFUN

created by 🐸 DcPQPa
21d ago
market cap: $5.6K
replies: 9
**BASED BURWICK LAW (BBL):** BASED BURWICK LAW BBL

created by 🐸 4TahRt
7d ago
market cap: $5.6K
replies: 6
**Better Call Burwick (BCB) (BCB):** Better Call Burwick (BCB) is the ultimate meme coin for those who know when it's time to call in the big guns 🔥 🔫 . Whether it's for strategy, success, or just pure chaos, BCB embodies the spirit of making things happen —no questions asked. Fueled by wit, resilience 💪 , and a touch of mischief 😏 , BCB is here to shake up the crypto space 🚀 . When in doubt, Better Call Burwick! 📞 💰

created by 🐸 Fcdtza
2 months ago
market cap: $5.6K
replies: 15
**Burwick Law (Burwick):** Did you lose money in crypto?



21



21





23

24



24

25





26





created by 1d9z0
22d ago
market cap: $5.5K
replies: 27
**Jupiter Sued by Burwick (JUPSU):** Jupiter sued by burwick after penny pinching the airdrop

created by 12EgDi
1d ago
market cap: $5.5K
replies: 1
**Max Burwick (MAX):** Sending 50% to Max wallet address

created by 93aMjx
2d ago
market cap: $5.5K
replies: 12
**BURWICK LAW MASCOT (PENNY):**

created by Tothemoonn
2 months ago
market cap: $5.5K
replies: 4
**BURWICK get our bread back (BRWCK):** Burwick Law getting our money back from Hawk Tuah girl

created by EZGowh
2 months ago
market cap: $5.5K
replies: 5
**BURWICK LAW (BURWICK):**











2/7/25, 6:45 AM    Pump

**created by** BrsSxq
23d ago
market cap: $5.5K
replies: 6

**Burwick Lawsuit vs Pump.Fun (BL vs PF):** We are NOT associated with any memecoins or tokens using the Burwick Law name or likeness. Any claims suggesting otherwise are false and unauthorized. We love what crypto could be and look forward to working together to bring accountability to the space.

**created by** MNhBbr
2 months ago
market cap: $5.5K
replies: 7
**BURWICKLAW (BURWICKLAW):**

**created by** GGTGGT
1d ago
market cap: $5.5K
replies: 0
**Who is Max Burwick (MAX):**

**created by** 29LXKq
2d ago
market cap: $5.5K
replies: 13
**BURWICK HAT (CODESLAW):**

**created by** 5iSfMp
1d ago
market cap: $5.5K
replies: 2
**Burwick Law Mascot (SNEGGY):**
https://x.com/BurwickLaw/status/1882951411992006711/photo/1

https://pump.fun/board?coins_sort=market_cap&include-nsfw=true&searchTerm=burwick&offset=144    2/10







2/7/25, 6:45 AM · Pump

**created by HNeHjY**
21d ago
market cap: $5.5K
replies: 3
**Burwick Law (BURWICK):** Did you lose money in a crypto scam? Well have no fear, Burwick is here!

**created by CxPP3P**
1d ago
market cap: $5.5K
replies: 4
**Burwick Law Mascot (Penny):**

**created by A4oZgZ**
1d ago
market cap: $5.5K
replies: 4
**Burwick Max (BMAX):** FOR IMMEDIATE RELEASE Burwick Law and Wolf Popper LLP Demand Baton Corp. DBA, PumpFun Immediately Remove Tokens Deployed On The Solana Blockchain By Pumpfun That Utilize Unlicensed Intellectual Property In An Effort to Impersonate Our Law Firms, And Remove The Likeness Of Any Employees Of These Organizations. New York, NY – 02/05/2025 – Burwick Law and Wolf Popper LLP have issued a cease and desist letter to PumpFun demanding the immediate removal of the Dogshit2 token and tokens that have impersonated our firms through the unlicensed use of both law firms' intellectual property. Our firms have no affiliation, endorsement, or ownership interest in the Dogshit2 token or any related assets. Simply put, our firms have not launched any memecoins onchain. Any further unauthorized use of our firms' names, intellectual property, or association with this token may result in immediate

**created by EWFYnj**
7d ago
market cap: $5.5K
replies: 9
**Burwick Law Mascot (Penny):**

https://pump.fun/board?coins_sort=market_cap&include-nsfw=true&searchTerm=burwick&offset=144 · 5/10

36



38



created by 😎 EH8aUd
3d ago
market cap: $5.5K
replies: 4
**JUSTICE FOR BURWICK LAWSUIT (BURWICK):** MEMECOINS ARE NOT SECURITIES AND DYOR. IF IT DROPS ITS YOUR OWN FAULT

created by 😎 C3PUNk
23d ago
market cap: $5.5K
replies: 0
**Burwick Law Dummies (BURWICK):** A leader in digital consumer protection. Lose money in crypto?

created by 😎 8zzcbj
23d ago
market cap: $5.5K
replies: 47
**Burwick Law mascot (Penny):**

created by 😎 MNhBbr
23d ago
market cap: $5.5K
replies: 68
**BURWICK LAW SUE CASE NUMBER (#0800111):**

created by 😎 Bigterry
22d ago
market cap: $5.5K
replies: 1
**better call burwick (BCB):**

created by 😎 36DWP5
23d ago
market cap: $5.5K
replies: 1
**Trenches Better Call Saul (Burwick):**

38







created by 🐸 8xP1mx
2d ago
market cap: $5.5K
replies: 9
**Burwick Law Mascot (Penny):**

[ << ] 4 [ >> ]

© pump.fun 2025
privacy policy | terms of service | fees