# Exhibit K

# 1M MC OR NIGGA NOT DIES (1MNIIGGA)



**1M MC OR NIGGA NOT DIES (1MNIIGGA)**

it's in your hands or he will live



https://pump.fun/coin/6FDYhhts3t5eUS39vyn2rCwVWgFGTT1ETJtWqL9Spump

# TORTURING THIS APE TIL 10M MC (NIGTORTURE)



**MASKEDKILL (dev)** 12/31/2024, 4:49:33 PM

**TORTURING THIS APE TIL 10M MC (NIGTORTURE)**

Kidnapped and torturing this black monkey until he fucking dies or we hit 10m MC
https://kick.com/nonchalantdreadga



https://pump.fun/coin/5HtwGwAtY6PczPSzeGVB9FQdhTp63c58ktuNXAVupump

Token: (HDNW) Hitler did nothing wrong!



**3Dkrde (dev)** 2/17/2024, 3:39:57 PM

**Hitler did nothing wrong! (HDNW)**
Whoever wants will make a telegram, whoever wants will make a Twitter. One thing is certain: Hitler did nothing wrong ROFL



https://pump.fun/coin/4WeaLraWjyMF66hbo6t6uK75t4ouXYXA9itGCjzv9jgi

Note: This token achieved both King of the Hill, meaning it was promoted on the pump.fun homepage, and raised enough capital to be sold on secondary markets.

# Jews did 911 (JEWS )



**shitcoins (dev)** 3/21/2024, 5:41:49 PM

**Jews did 911 (JEWS )**

Can't wait to buy #jewsdid911 on #solana and for it to run 20000x



https://pump.fun/coin/Grv3euomBTtHFSe27BoHTqd1vhV2Gxui9K3SPwKUqpQQ

Note: This token achieved both King of the Hill, meaning it was promoted on the pump.fun homepage, and raised enough capital to be sold on secondary markets.

TOKEN: TORTURE (Age: Not Verified)

TEXT: GIRLFRIEND GETS TEASED: BRA OFF AT 25K AND PANTIES OFF AT LIVESTREAMED TORTURE AND SEXUAL ACTS




# Act J: The Jew Cycle (JEWCYCLE)

https://pump.fun/coin/QzwU9rFJVp3AfPHrS93Z1GLyD5QFi7S2WLbrft1pump





# Token: (JEW) Definition: JEW

https://pump.fun/coin/5fzK6spLA9sBnbEzuZ82VtjW6FR6EffReRaBznwVpump



Token: OAN



Token: Camp (Jew's Summercamp)
https://pump.fun/coin/7P25Gmw8H43TuLDmqHPxUQo6uvtwRRCqUGxJnkSbpump





TOKEN: SHOOTING

TEXT: LIVE SHOOTING UP A SCHOOL



TOKEN: NIGGA



TEXT: Now I gotta Gigga Ape