# BURWICK LAW
## *1 World Trade Center, 84th Fl.*
## *New York, NY 10007*

January 9, 2026

**VIA ECF**

Honorable Colleen McMahon
Senior United States District Judge
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

**Re:**    ***Aguilar v. Baton Corp. Ltd., et al.;*** **Case No. 1-25-cv-880-CM-BCM**

Dear Judge McMahon:

Plaintiffs submit this brief letter in response to Defendants' January 8, 2026 letter to the Court (ECF No. 128) due to concerns regarding factual inaccuracies, acts of intimidation, and the impact of both on these proceedings.

As an initial matter, Defendants' suggestion that the complained-of conduct amounts to protected "parody" strains credulity—there is nothing satirical about threats to kidnap two of the firm's young female employees. Secondly, Defendants misinterpret the scope of Plaintiffs' allegations: the Second Amended Complaint, supported by a whistleblower who personally executed one of Pump.fun's promoter agreements, alleges that this form of intimidation is precisely the type of conduct Pump.fun affiliates are directed and incentivized to engage in. Finally, Defendants' reliance on the @onchainrapist termination is a double-edged sword. That intervention demonstrates precisely what Plaintiffs have alleged: Baton can control its affiliates from engaging in conduct which risks prejudicing this litigation. Defendants' persistent refusal to act, despite demands and accumulating evidence of harassment, intimidation, and abuse targeting Plaintiffs and their counsel, is a choice.

Plaintiffs' decision not to file hundreds of pages of exhibits was deliberate—we did not wish to saturate the Court's docket with voluminous materials that are better addressed at the scheduled conference. The exhibits attached hereto were circulated to defense counsel on December 30, 2025, in support of Plaintiffs' ten-page letter addressing intimidation and misconduct in this case.

While Plaintiffs believe the full scope of these issues is best resolved at a conference, we would highlight the following from the exhibits now-submitted herewith:

- Tokens were created using the names and likenesses of Plaintiffs Diego Aguilar and Kendall Carnahan, many of which have been online for over eleven months and remain on Pump.fun as of this filing;

1

- On February 5, 2025, Plaintiffs emailed Pump.fun's legal department, Defendant Alon Cohen, and Defendant Noah Hugo Bernhard Tweedale, concerning the Plaintiff tokens and other tokens listed on the platform;
- In doing so, Plaintiffs provided Defendants with written notice nearly one year ago that the platform contained unauthorized use of Plaintiffs' images, as well as the likeness and intellectual property of Burwick Law and Wolf Popper LLP[1];
- On February 7 and February 13, 2025 Plaintiffs engaged in conversations with attorneys from Gibson, Dunn, and Crutcher LLP who indicated they may be handling the matter on behalf of Pump.fun;
- In early 2025, Defendants removed some of the offending tokens but subsequently ceased these efforts and never implemented a formal policy to address the infringing content (as evidenced by, *e.g.* Carnahan tokens which have been allowed to remain on the platform for over 11 months);
- Memecoins using pictures of Plaintiffs' Counsel Max Burwick's disabled sister, identifying her by name and purporting to fundraise on her behalf, were created on the Pump.fun platform;
- Memecoins using pictures of Mr. Burwick's mother, identifying her by name, were created on the Pump.fun platform;
- At least some of these tokens were amplified by Defendants using their "King of the Hill" status, a promotional feature which caused these tokens to be visibly promoted at the top of the Pump.fun homepage;
- Mike Dudas, a seed investor in Pump.fun, publicly identified the address of Mr. Burwick on X/Twitter;
- Pump.fun paid the creators who made these tokens approximately $662,000 for their contributions to the platform, which included (but is not limited to) the creation of the tokens at issue here[2];
- In February 2025, an individual believed to be associated with savepumpfun.com appeared at what they believed to be the office of Burwick Law—which was in fact the address of the New York City Bar— and left a threatening note which they posted about on Twitter/X;
- The same individual also visited Gantry Park in Long Island City, took photographs, and posted those photographs (Gantry Park had been identified with Mr. Burwick's residence in Long Island City); and
- Users posted what they believed to be photos of Burwick Law's firm address along with photographs which threatened to destroy the premises.

Mr. Golubitsky's assertion that "Plaintiffs had not previously requested the removal of any content containing [the] names [of Kendall Carnahan or his business]" (ECF No. 125-1 ¶20) is directly contradicted by the record. On February 4, 2025  Plaintiffs' sent a cease-and-desist letter (Exhibit H) directly to Pump.fun's legal team, Defendant Alon Cohen, and Defendant

---

[1] Exhibits A-J are copies of Exhibits sent by Plaintiffs in their December 30th, 2025 letter to Defendants. Exhibit K is attached here now showing a sample of the Wolf Popper tokens launched on Pump.fun. Exhibit L includes screenshots showing 'King of the Hill' status being awarded to both a Burwick Law token and a token using the name and likeness of Mr. Burwick's sister.

[2] By deriving revenue from this token activity, Defendants maintained a direct financial stake in the continued circulation of this content. This amount represents only what initial tracing efforts have revealed; a complete accounting would necessitate forensic analysis beyond the scope of what Plaintiffs have undertaken to date.

Tweedale, that the platform contained unauthorized use of Plaintiffs' images. That letter put Baton on clear notice regarding content targeting Plaintiffs nearly twelve months ago. Following Defendants' receipt of that letter, Plaintiffs were contacted by Gibson, Dunn & Crutcher LLP on February 5, 2025 who indicated they may be representing Pump.fun in this matter. Plaintiffs held calls with Gibson Dunn on February 7 and February 13, 2025 to discuss these very issues. Baton's claim in paragraph 21 that it is "presently endeavoring" to remove Carnahan content rings hollow: Defendants have been on notice for almost twelve months, yet tokens bearing Mr. Carnahan's name and likeness remain on the platform even today. Plaintiffs can provide the Court with emails and other exhibits further corroborating this timeline if requested.

Plaintiffs submit this letter in opposition to Defendants' request to cancel the scheduled conference, respectfully request that the Court accept this submission, and reserve the right to rebut these and Defendants' other contentions at that proceeding.

Respectfully submitted,

*/s/ Max Burwick*
Max Burwick, Esq.
**BURWICK LAW, PLLC**
1 World Trade Center, 84th Fl.
New York, NY 10007
(646) 762-1080
max@burwick.law

*Counsel for Plaintiffs*

cc:    *All counsel of record (via ECF)*

# Exhibit A

| Wallet Address | Token ID | Notes |
|---|---|---|
| D3JY3AvpXDVcMjAdFUSXnCKxbfmVo1Vi42MoKPCuBHC | GNEJ5Ybt45jX/fCGzgfi8vmzJ2gjfiNkncN2zM8P9xQpump | $96,000.00 |
| GQVp6iKzwuDhbyLhtXRuRzmS4tW33uYqP2gPzBAzsB58 | Ed7mDWume5Vybxq23td1J3knxaKqSe3A7v7SvKdpump | $2,290.00 |
| ERdbAfVxrXbnAkFF1EvtcBQc4hxZxztbdW28EDkXk4 | EW1M4Ywtmj7QLaLVeyeaKLaQFpmaPzJJ9nuYwvmbpump | $1,310.00 |
| 6ujZxnphRxTqvraQtLAQHFoWz16xhLWZbTijcgZN4fRp | FqGBzfWF2UYhJb1irMFRut6imvmSAnTmtpmXN72pump | $67,000.00 |
| C4udGwTg6oqcri8SmSLmkcXDbaFEcepsiaT21KUE4puU | HSJxNJoE7MnR3t5TQpsdLJ5URArggndXxxE3JUojkpump | $131,000.00 |
| FBmHEkhYkJ7DcvPaREm4e6SZKzqEQT63bZ7QDhjbz8Ef | 5S74cjKhAzmfU46wMQaztb4bMDmBqQr6ErtLmEcpump | $6,700.00 |
| 8gbYW6ffL5kUemfaoA9X37tz3ZnvyMSZRAx1kt1Cxpo5 | EQuw2v4M5xCP4rPJ87LG2DC7uR4w1SRF2Mfb6YXb5YckH5 | $1,350.00 |
| 5cyRTqMkaDfeVC8Q1Bk1DmwAKFMEDX1ANG7ZbyA362F | Hw5WXsaxAQvNPagD23sbWFFKPytF8HH892r9BcWppump | $2,430.00 |
| 3Adz7BASmJsNxXZFHeFB2aEng2bcyP7YsKCkW2GYhm | 3gyDCwTDfXxQo42wHd4vaEoNCV7nc1yRp6VRumgJpump | $19,920.00 |
| 3JmjV3qFkN5YWm5UB7vUTHio39fGRs4C19BqgHqU9Ft | De8HmaXT5kiKNSP2KAjp3UgQhgZXUmht3NR89FzbVVDBL | $1,100.00 |
| BV9N7L6nP3G8pm1TKnmbK1BpSLeNWRFFv2g6iwmQrKAN | AQCTcP6upGyTHo2vJTrBTbvQcUbPvfnZiPw7Ufsk1YzR | $6,920.00 |
| 2ySFSKLP8WQW1FLVTY5xZEnoJgM6xMpZnbFtoXjadYsr | 9tawYPPFigPCA7k7RzYdX2Z9oT334RKRRZaw3ZKbpump | $33,880.00 |
| D4zZ6gdQr1Bi4P4uSHT4cVB1A8iBS7QUbXJBsCFWx2o9d | J55mXCNqatMJ4KBev33xynVaU1mvFjP2QHbH3CNbpump | $9,400.00 |
| AMRzScU53pqwQWJGNLMpZzRCZSFEwYQYbMmnx3dD4311 | fugnHqLdpVtJqLYEQtqH x2d5LUGkaCNu2wt1Ypump | $29,950.00 |
| CYdN7H7m1mnCN53bfQrvzULAzSDfmVTPt6mYcZSQGi | 31zc856LhJCkpLSvCg4vJNigq9oego5kTYcjyCDmpump | $1,610.00 |
| 8JnETJnEvHrY2PrQZH4yYUTjPBLvYpXPCzFbv27UjRgv | FA4GdXumKcz3EjGj8d3pSBiGPHD3m1xLv8B2XHFpump | $6,430.00 |
| wmkACDSxstg19HJgX1pwDGpD8fZZpuqqAjyAbkgXLu | BRqtxdMYhkxqfBe7Cm3DJ8Tn2yphQy8pruq8XNWpump | $15,520.00 |
| 5HyRsrdberD1HLjqxcFbXJRFBfHgmwsZs7aZRj8vDuk5 | yipJaudmmsWxDmw9tcVRU5WbXUWeHLWK1xUF9YjXN4K | $11,050.00 |
| MNhBbrscBPmesd54buizSgyWa4D8PY6uKHoK2wJsTJN | 6zEjoL8o1BBNfFwbYxr6uJS5y4hCr6ujuWxwanStko8G | $167,230.00 |
| D3uovmjANqA8V27c5mQ8hkV3mocSH8gw9zwth3Ru9g | 5wn53muYNDTf2R5hnPsAu1bRoG6yhEcnP3zLbkY2aEb | $52,750.00 |

# **Exhibit B**



# **<u>Exhibit C</u>**



10:01

**Mike Dudas**
97 posts

Follow

Posts    **Replies**    Highlights    Media

2)the token image of dogshit2 is taken from
outside the apartment building that max burwick
allegedly lives in?

27    26    206    15K

**Burwick Law** @BurwickLaw · 1d
FOR IMMEDIATE RELEASE

Burwick Law and Wolf Popper LLP Demand
Baton Corp. DBA, PumpFun Immediately Remove
Tokens Deployed On The Solana Blockchain By
Pumpfun That Utilize Unlicensed Intellectual
Property In An Effort to Impersonate Our Law
Firms, And Remove The Likeness Of Any Show
more

670    369    697    478K

**Mike Dudas** @mdudas · 1d
How do you explain that:
1)the exhibit in the lawsuit you filed shows very
clear steps as to launching a Pump token,
implying that you were involved in the launch
2)the token image of dogshit2 is taken from
outside the apartment building that max
burwick allegedly lives in?

27    28    206    15K

**Mike Dudas** @mdudas · 1d
beras will pay

BERACHAIN
AIRDROP

# **<u>Exhibit D</u>**





created by 🐸 Czw16T
13h ago
market cap: $5.5K
replies: 3
**BURWICK LAW MOTHER (NEILA):**



created by 🐸 A29Xez
14h ago
market cap: $5.5K
replies: 3
**Max Burwick Retard Sister (Rachel):** Rachel Burwick is Max Burwicks mentally disabled sister. THE LAWYER WHO IS SUING PUMPFUN



created by 🐸 UJgQr7
13h ago
market cap: $5.5K
replies: 4
**Max Burwick Mom (MOM):**



created by 🐸 3ZEi4L
13h ago
market cap: $5.5K
replies: 2
**HELP MAX BURWICK SISTER (RACHEL):**



created by 🐸 5wnaPs
13h ago
market cap: $5.5K
replies: 4
**BURWICK LAW MOTHER (NEILA):**



created by 🐸 9A8yBK
13h ago
market cap: $15.1K ⚡😺
replies: 20
**HELP MAX BURWICK SISTER (RACHEL):**



created by 🧑 10kdavid
14h ago
market cap: $5.6K
replies: 7

**Max Burwick Retard Sister (Rachel):** Rachel Burwick is Max Burwicks mentally disabled sister. THE LAWYER WHO IS SUING PUMPFUN



created by 🐸 5qRmFc
14h ago
market cap: $5.5K
replies: 3

**Max Burwick Retard Sister (Rachel):** Rachel Burwick is Max Burwicks mentally disabled sister. THE LAWYER WHO IS SUING PUMPFUN



created by 🐸 92YLt1
14h ago
market cap: $5.6K
replies: 4

**Max Burwick Retard Sister (Rachel):** Rachel Burwick is Max Burwicks mentally disabled sister. THE LAWYER WHO IS SUING PUMPFUN



created by 🧑 10kdavid
13h ago
market cap: $5.6K
replies: 3

**Max Burwick Retarded sister (Rachel ):** Max Burwicks retarded sister

# **Exhibit E**

**Duran**
@sugarrduran · **Member**

#dogshit2 owns the property now



10:43 AM · Feb 3, 2025 · **111** Views

5        1

 **ILoveC0ins** ✔
@ILOveC0ins                                          ···

Damn some degen dropped off a note at the law firm suing @a1lon9
saying the coin they launched to use against him in the case is going to a
billion, the ticker you ask? Dogshit2 🤝

GGS



9:16 PM · Feb 1, 2025 · **3,682** Views

 8        ⟲ 18        ♡ 75        🔖 3        ⬆

# **Exhibit F**

 **Pump.fun**

🏠 Home

Livestreams

Terminal

Chat

Support

More

Create coin



Pump Wrapped ✕

Install Pump app to see your year in memes

Learn more


🚀 Pump is better on mobile. faster trades, chat, and more.    Download now →

Create coin    Log in

🔍 Diego Aguilar    ✕

**Now trending**

 **FX Fighter Kurumi-chan (Kurumi)**
market cap: $1.1M
replies: 91

A Dark Trading Manga Gets Its Next Chapter Written

 **Rainmaker (RAIN)**
market cap: $7.9M
replies: 76

AI Meets Sports Betting With Rainmaker

 **The White Whale (WhiteWhale)**
market cap: $59.1M
replies: 1002

WhiteWhale Reaches $50M Market Cap During $100K Giveaway Campaign

🌱 Movers    🔴 Live    🌿 New    🪙 Market cap    🔥 Mayhem    🌿 Oldest    💬 Last reply    ⊞    🎆 Las ⚙

 **Pumpfun Lawsuit - Diego Aguilar**
Diego
🐸 GoSixV  11 months ago
MC  $3.6K

Diego Aguillar represented by attorneys from World Popper LLP and Burwick Law...

 **Diego Aguilar**
ManChild
🐸 CYPAtd  11 months ago
MC  $3.5K

The lawsuit was filed by plaintiff Diego Aguilar to the Southern District of New...

 **Official Diego Aguilar**
AGUILAR
🐸 D3JY3A  6d ago
MC  $3.4K

 **Diego Aguilar**
DEIGO
🐸 ERdhAf  22d ago
MC  $3.4K

12/30/25, 12:58 AM

 Pump.fun

🏠 Home

Livestreams

Terminal

Chat

Support

Create coin

Pump Wrapped



Install Pump app to see your year in memes



Diego Aguilar
PF Lawsuit
🐸 DJ3evc  11 months ago
MC $3.4K

Diego Aguilar, lead plaintiff
D.AGUILAR
🐸 FBamj8  11 months ago
MC $3.4K
The lead plaintiff in Thursday's suit, Diego Aguilar, claimed to have lost money...

Official Diego Aguilar
AGUILAR
🐸 2eT7AF  7d ago
MC $3.4K
Deployed using https://j7tracker.com



Official Diego Aguilar
AGUILAR
🐸 D3JY3A  7d ago
MC $3.4K



Diego Aguilar
Diego
🐸 Av5EWY  22d ago
MC $3.4K



Diego Aguilar
LAWSUIT
🐸 85MSUj  11 months ago
MC $3.4K
PUMPFUN SUIT

Diego Aguilar
DIEGO
🐸 2ZpB6j  22d ago
MC $3.4K





Diego Aguilar
Hero
🐸 CYPAtd  11 months ago
MC $3.4K
Pump.fun has sold $182 million of SOL since January. And do you still remembe...

 **Pump.fun**

 Home

Livestreams

Terminal

Chat

Support

Create coin

Pump Wrapped



Install Pump app to see your year in memes



Official Diego Aguilar AGUILAR
D3JY3A  7d ago
MC $3.4K



Diego Aguilar DIEGO
GQVp6i  22d ago
MC $3.4K

.



Official Diego Aguilar AGUILAR
D3JY3A  6d ago
MC $3.4K



Official Diego Aguilar AGUILAR
D3JY3A  7d ago
MC $3.4K



Diego Aguilar DIEGO
ERdhAf  22d ago
MC $3.4K



Official Diego Aguilar AGUILAR
2eT7AF  7d ago
MC $3.4K

Deployed using https://j7tracker.com



Diego Aguilar DEIGO
J6KE2Z  22d ago
MC $3.4K



Diego Aguilar DIEGO
CXCP8V  22d ago
MC $3.4K

The man who ACTUALLY sued Pump.fun



**Pump.fun**

 Home

 Livestreams

 Terminal

 Chat

 Support

Create coin

Pump Wrapped



Install Pump app to see your year in memes



**Official Diego Aguilar** AGUILAR

🐸 EdNcBD  7d ago

MC $3.4K



**Fuck Diego Aguilar** Diego

🐸 9dMDsX  23d ago

MC $3.4K

[ << ]  1  [ >> ]

© pump.fun 2025

<u>Privacy policy</u> | <u>Terms of service</u> | <u>Fees</u> | <u>Revenue</u> | <u>Tech updates</u>

# **Exhibit G**

 **Pump.fun**

🏠 Home

▭ Livestreams

◔ Terminal

💬 Chat

◔ Support

⋮ More

**Create coin**

---

Pump Wrapped ✕

🔋

Install Pump app to see your year in memes

Learn more

---

🚀 Pump is better on mobile. faster trades, chat, and more.   **Download now →**

**Create coin**   **Log in**

🔍 kendall carnahan   ✕

## Now trending

 **FX Fighter Kurumi-chan (Kurumi)**
market cap: $1.1M
replies: 91

 **Rainmaker (RAIN)**
market cap: $7.9M
replies: 76

 **The White Whale (WhiteWhale)**
market cap: $59.1M
replies: 1002

A Dark Trading Manga Gets Its Next Chapter Written

AI Meets Sports Betting With Rainmaker

WhiteWhale Reaches $50M Market Ca During $100K Giveaway Campaign

 **Kendall Carnahan**
Kendall
🐸 FCU7Ek  11 months ago
MC $3.5K

 **KENDALL CARNAHAN**
KENDALL
🐸 FeMYSV  1 year ago
MC $3.4K

MAN SUING PUMPFUN, PROOF IN LINKS

 **Kendall Carnahan**
KENDALL
🐸 Cz59cF  11 months ago
MC $3.4K

official token Kendall Carnahan

 **Kendall Carnahan**
Kendall
🐸 J74TfS  11 months ago
MC $3.4K

The fucker who sued pump.fun

 🌟 Movers   🔴 Live   🌱 New   🪙 Market cap   🔥 Mayhem   🌿 Oldest   💬 Last reply   ▦   🎇 Las


**Pump.fun**

🏠 Home

📷 Livestreams

🎙 Terminal

💬 Chat

⭕ Support

Create coin

Pump Wrapped



Install Pump app to see
your year in memes



Kendall
🐸 657hHe  11 months ago
MC $3.4K



KENDALL CARNAHAN
KENDALL
🐸 DHQqzD  1 year ago
MC $3.4K



Kendall Carnahan
Plaintiff
🐸 D3AwZs  1 year ago
MC $3.4K



Kendall Carnahan
Kendall
🐸 Fcy3m2  22d ago
MC $3.4K



Kendall
🐸 3yMRv3  1 year ago
MC $3.4K
Pumpfun is being sued by Kendall
Carnahan:...



Kendall Carnahan
Kendall
🐸 J7RBHT  1 year ago
MC $3.4K
Pumpfun is being sued by Kendall
Carnahan:...



KENDALL CARNAHAN CRPYTO P...
SOONER
🐸 Czw16T  11 months ago
MC $3.4K
https://soonerpayments.com/



KENDALL CARNAHAN
KENDALL
🐸 Eb8jCT  1 year ago
MC $3.4K
retard jeet suing pump.fun



**Pump.fun**

🏠 Home

Livestreams

Terminal

Chat

Support

Create coin

Pump Wrapped



Install Pump app to see your year in memes



**F KENDALL CARNAHAN**

FKC

🐸 DMJDDd  1 year ago

MC **$3.4K**

The accusations are heavy: • Pump-and-dump schemes. • No KYC or AML...



**Kendall Carnahan**

Kendall

🐸 Fcy3m2  22d ago

MC **$3.4K**



**Kendall Carnahan**

Kendall

🐸 Fcy3m2  22d ago

MC **$3.4K**



**Kendall Carnahan**

KENDALL

🐸 3ZBvKn  11 months ago

MC **$3.4K**

The one and only official memecoin of Kendall Carnahan



**KENDALL CARNAHAN**

KENDALL

🐸 5ouWJq  11 months ago

MC **$3.4K**

GAME CHANGER



**Kendall Carnahan**

Kendall

🐸 Fcy3m2  22d ago

MC **$3.4K**



**Kendall Carnahan**

Kendall

🐸 Fcy3m2  22d ago

MC **$3.4K**



**Kendall Carnahan**

Kendall

🐸 Fcy3m2  22d ago

MC **$3.4K**

 **Pump.fun**

🏠 Home

Livestreams

Terminal

💬 Chat

Support

Create coin

Pump Wrapped



Install Pump app to see
your year in memes

 KENDALL CARNAHAN
KENDALL
🐸 D4Xodj  11 months ago
MC $2.6K ⬭

 Kendall Carnahan
Kendall
🐸 2A3eMd  11 months ago
MC $2.5K

 Kendall Carnahan
KENDALL
🐸 3iM7yp  11 months ago
MC $2.1K ⬭

 Kendall Carnahan
Kendall
🐸 E5KRfH  11 months ago
MC $2.1K ⬭

[ << ]  1  [ >> ]

© pump.fun 2025

Privacy policy | Terms of service | Fees | Revenue | Tech updates

# Exhibit H

Max Burwick
Managing Partner, Burwick Law PLLC
Burwick Law, PLLC
43 West 43rd Street, Suite 114
New York, NY 10036

Baton Corporation Ltd., d/b/a Pump.fun
James Carter Road,
Mildenhall, Bury St. Edmunds,
England IP28 7DE.
N/A

**Subject: Cease and Desist Notice Regarding Unauthorized Use of Intellectual Property, Personal Likeness, and Related Matters**

**Dear Pump.Fun Legal Department,**

We write to formally demand the immediate cessation of all unauthorized use of our law firm's, and co-counsel Wolf Popper LLP's, intellectual property, branding, personal likenesses, images of pets, and any and all materials pertaining to current litigation, including images of plaintiffs and related tokens in connection with your platform.

## I. Unauthorized Launch and Promotion of Dogshit2 Token

The Dogshit2 token was launched by and through Pump.Fun, and we demand its immediate removal from your platform. We further demand the removal of any statements, implications, or associations suggesting any connection between our law firms and this token.

Pump.Fun facilitated the creation and sale of Dogshit2, and the first buyer of this token used fraudulent and misleading information to impersonate our law firm through the unauthorized use of our intellectual property and branding. This deliberate misrepresentation has resulted in financial harm to investors, reputational damage to our firm, and legal interference.

## II. Unauthorized Use of Intellectual Property, Personal Likeness, and Litigation-Related Materials

We demand the immediate removal of:

- All references to our law firms, including our names, branding, and related identifiers.
- Personal likenesses, images of pets, and any associated materials.
- All materials related to active litigation, including images of plaintiffs or related tokens.
- All misleading and false public statements suggesting any relationship between our law firms and Dogshit2.

## III. Forensic Analysis and Failure to Act

We have conducted an analysis and have verified that Pump.Fun has the technical capability to remove Dogshit2 and related digital assets. Your ongoing failure to act in light of the significant danger posed to the public and the clear misrepresentation involved is further evidence of gross negligence and complicity in fraudulent and deceptive practices.

## IV. Market Manipulation and Legal Interference

We have documented coordinated efforts by individuals linked to the Dogshit2 token to disseminate false information, manipulate trading activity, and interfere with ongoing legal proceedings.

We have reason to believe that:

- Fraudulent marketing tactics and paid promotional listings on market aggregators were used to mislead investors.
- Social media groups, including Telegram and Twitter, were utilized to spread false claims and impersonate our firm.
- Participants in these efforts have engaged in physical harassment, surveillance, and intimidation against our legal team, including threats left at the New York City Bar Association.

## V. Legal Consequences and Additional Corrective Actions

These actions expose Pump.Fun to significant legal liability under state and federal laws, including but not limited to:

- **Intellectual Property Infringement** (unauthorized use of our firm's name and branding).
- **Defamation and False Light Claims** (misrepresenting our firm's association with Dogshit2).
- **Unfair and Deceptive Trade Practices** (misleading investors about the legitimacy of the token).
- **Interference with Business and Legal Proceedings** (harassment and market manipulation aimed at disrupting active litigation).

To mitigate further legal exposure, we demand that Pump.Fun take immediate corrective actions, including:

1. Immediate removal of the Dogshit2 token from your platform.
2. Removal of all misleading references to our firm, its attorneys, plaintiffs, and related litigation materials.
3. Disclosure of all individuals involved in launching and promoting Dogshit2.
4. A formal public statement, to be reviewed by our firm prior to release, clarifying that our firm has no connection to the token and condemning the misuse of our identity.
5. Implementation of enhanced platform safeguards to prevent future misuse of legal professionals' intellectual property.

## VI. Notice of Legal Action

If these demands are not met immediately within the receipt of this letter, we will pursue all available legal remedies, including civil litigation, injunctive relief, and regulatory enforcement actions. We will also escalate this matter to New York and federal authorities, including the New York Attorney General's Office and the SEC, as appropriate.

This letter serves as a formal legal notice. Any further unauthorized use of our firm's name, branding, personal likenesses, or litigation-related materials will be pursued to the fullest extent of the law.

Sincerely,

Max Burwick, Esq.

Managing Partner, Burwick Law PLLC

Max@Burwick.Law (917-716-6177)

 **Burwick Law** ✓
@BurwickLaw

**FOR IMMEDIATE RELEASE**

**Burwick Law and Wolf Popper LLP Demand Baton Corp. DBA, PumpFun Immediately Remove Tokens Deployed On The Solana Blockchain By Pumpfun That Utilize Unlicensed Intellectual Property In An Effort to Impersonate Our Law Firms, And Remove The Likeness Of Any Employees Of These Organizations.**

New York, NY – 02/05/2025 – Burwick Law and Wolf Popper LLP have issued a **cease and desist letter** to PumpFun demanding the **immediate removal** of the Dogshit2 token and tokens that have impersonated our firms through the unlicensed use of both law firms' intellectual property.

Our firms have **no affiliation, endorsement, or ownership interest in the Dogshit2 token or any related assets**. Simply put, our firms have not launched any memecoins onchain. Any **further unauthorized use of our firms' names, intellectual property, or association with this token may result in immediate legal action.**

Burwick Law confirmed that PumpFun **has the technical capability to remove these tokens and has chosen not to act**, despite the clear financial and legal risks posed to the public.

Additionally, PumpFun launched tokens through, and in conjunction with, **the efforts by third parties to intimidate our clients and interfere with ongoing litigation**. These efforts include the creation of memecoins that impersonate our plaintiffs. These acts represent the use of blockchain technologies as a tool for disrupting justice and due process. Legal remedies for any such misconduct will be pursued to the fullest extent of the law. Investors should be **extremely cautious**, as promoters are actively **pushing the Dogshit2 token in a high-risk pump-and-dump scheme**.

Burwick Law and Wolf Popper LLP remain committed to protecting investors and ensuring accountability for fraudulent market practices by bad actors. Our firms **will continue to work with appropriate governmental authorities to hold responsible parties accountable**.

2:30 PM · Feb 5, 2025 · **515.6K** Views

 622     367     650     145    

# **Exhibit I**

F4jpzM bought 0.0496 SOL of Pumptar... 



create coin    log in

# [start a new coin]

"burwick"                                    clear    search

now trending



**Pumpfun Ink (Pumpink)**
market cap: $163.1K
replies: 256

Streamer Tattoos "Pump Fun" on
Himself Hundreds of Times



**Trench Coin (TRENCH)**
market cap: $1.5M
replies: 149

Controversial Streamer, Trevv, Launches
New Live Streaming Coin



**Patty Ice: (ICE)**
market cap
replies: 614

ICE Token Debuts as Pa
Stream Series

sort: creation time ⌄    order: desc ⌄    show animations: on  off    include nsfw: on  off

🔥🔥 Gassy Gains💰💨    🔥🔥 WeChat Frenzy📱🇨🇳    🔥 Pump Worship🚀🙏    Animal Chaos🐶🐱



created by  3PC5ge
25d ago
market cap: $4.6K
replies: 0
**Pump vs Burwick (PVB):**

🔍



created by 🐸 7qSXHe
26d ago
market cap: $4.6K
replies: 1
**The Pump Harbour Butcher (Burwick):** The Pump Harbour Butcher (Burwick) created
via Bundle Worker

🔍

**pump is faster on app. download now**

                                



created by 🐸 HXATy8
27d ago
market cap: $4.8K
replies: 54

**Max Burwick Pump Killer (Max):**



created by 🐸 GxQBVh
27d ago
market cap: $4.6K
replies: 9

**Burwick law ($wick):** If you lost money on Pumpdotfun, you may be entitled to compensation. Start your claim now. Burwick Law represents 500+ investors pursuing legal action regarding pumpdotfun tokens. Attorney advertising. Prior results do not guarantee a similar outcome.



created by 🐸 2YTxwo
27d ago
market cap: $4.7K
replies: 0

**Burwick Stock (Real) (BURWICK):** If you lost money on Pumpdotfun, you may be entitled to compensation. Start your claim now. Burwick Law represents 500+ investors pursuing legal action regarding pumpdotfun tokens. Attorney advertising. Prior results do not guarantee a similar outcome.



created by 🐸 AfmCQq
27d ago
market cap: $4.6K
replies: 0

**The Pump Harbour Butcher (Burwick):**



created by 🐸 AhjTK5
27d ago
market cap: $4.6K
replies: 0

**Jail Burwick Law (BURWICK):** Jail Burwick Law

 



created by 🐸 CEUA7z
1mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK MASCOT (The DIP):**



created by 🐸 GdRSPe
3mo ago
market cap: $4.6K
replies: 5
**BURWICK LAW MEMECOIN ($M3M3):**



created by 🐸 3eca57
3mo ago
market cap: $4.6K
replies: 10
**Burwick Law (BURWICK):** BURWICK OUR SAVIOR It's now clear that those funds were funneled into the pockets of the Binance and $OM teams in what looks like a well orchestrated liquidity exit. Had I known that my investment would be used to subsidize insiders instead of advancing the RWA ecosystem, I never would've engaged with this project. If this situation is not acknowledged and addressed appropriately, I will have no choice but to escalate this through formal legal channels. My crypto legal representatives @BurwickLaw will be in touch. This isn't just about a failed investment, it's about accountability in a space that claims to be the future of finance. -JB



created by 🐸 ABDCxt
4mo ago
market cap: $4.6K
replies: 1
**Max Burwick Dog (Penny):**






created by 🐸 CrR2aa
4mo ago
market cap: $4.6K
replies: 2
**Max Burwick Dog (Penny) (Penny):**



created by 🐸 4gdAqz
4mo ago
market cap: $4.6K
replies: 2
**BURWICK INSIDER (INSIDER):**



created by 🐸 C3Pstc
4mo ago
market cap: $4.6K
replies: 2
**BURWICK FIRST MEME (PEPE):**



created by 🐸 FkrY5u
4mo ago
market cap: $4.6K
replies: 2
**MAX BURWICK CAT (RICKY):**



created by 🐸 9V8fN7
4mo ago
market cap: $4.6K
replies: 3
**Max Burwick (MB sCAM):**

 



created by 🐸 GXUCUU
4mo ago
market cap: $4.6K
replies: 6

**Max Burwick Dog (Penny):**



created by 🐸 6S7xcs
4mo ago
market cap: $4.6K
replies: 5

**max burwick (maxburwick):**



created by 🐸 36DWP5
4mo ago
market cap: $4.6K
replies: 3

**Max Burwick Dog (Penny):**

created by 🐸 7A5GWK
4mo ago
market cap: $4.6K
replies: 79

**MAX BURWICK MEMECOIN (BURWICK):**

created by 🐸 8kow5R
4mo ago
market cap: $4.6K
replies: 5

**max burwick (maxburwick):**

created by 🐸 5Hyf6s
4mo ago
market cap: $4.6K
replies: 25

  



created by 🐸 GksCpQ
4mo ago
market cap: $4.6K
replies: 3

**First Burwick Law Memecoin (MAXBURWICK):**



created by 🐸 D3sovm
4mo ago
market cap: $4.6K
replies: 11

**First Burwick Law Memecoin (MAXBURWICK):**



created by 🐸 ECrqCj
5mo ago
market cap: $4.9K
replies: 62

**Lil Dick Burwick (lildick):** Tired of ambulance chasing grifters entering our space? Invest in $Lildick: The coin so lit, it'll sue its own shadow for hogging the spotlight. Embrace the absurdity with this unapologetically BASED token



created by 🐸 MNhBbr
5mo ago
market cap: $4.6K
replies: 20

**2nd SUED COIN BY BURWICK (SUPCOIN):** https://x.com/spongebob_fnf



created by 🐸 AbEp3A
5mo ago
market cap: $4.6K
replies: 15

**JUSTICE FOR BURWICK LAWSUIT (BURWICK):** MEMECOINS ARE NOT SECURITIES AND DYOR. IF IT DROPS ITS YOUR OWN FAULT



created by 🐸 6Zwv2f
5mo ago
market cap: $4.6K
replies: 4

**Burwick Client Name (Diego):**

  



created by 🐸 B9sadN
5mo ago
market cap: $6.4K [⚡]
replies: 21
**Burwick Law (BL):**



created by 🐸 DHQqzD
5mo ago
market cap: $4.7K
replies: 6
**BURWICK LAW OFFICIAL MEME (BURPEPE):** what if... Burwick law's meme became the #1 meme on pf



created by 🐸 4oTZK6
5mo ago
market cap: $4.6K
replies: 12
**Better Call Burwick (BCB):**



created by 🐸 Ga1f6t
5mo ago
market cap: $4.6K
replies: 0
**Burwick Law Firm Founder (MAX):**



created by 🐸 6bEkYJ
5mo ago
market cap: $12.9K [⚡]
replies: 9
**Burwick Law Firm (Burwick):**



created by 🐸 FCU7Ek
5mo ago
market cap: $4.6K
replies: 4
**PumpFun No.1 Enemy (MAXBURWICK):**



created by 🐸 4fED6Y
6mo ago
market cap: $4.6K
replies: 0







created by 🐸 DgACxv
6mo ago
market cap: $4.6K
replies: 4

**Justice for Pump.fun (burwicklaw):**



created by 🐸 4EneaE
6mo ago
market cap: $4.6K
replies: 1

**Burwick Laws Lawyer (burpepe):**



created by 🐸 5WkCjU
6mo ago
market cap: $5.3K
replies: 3

**BURWICK LAW (LAW):** Did you lose money in crypto? You may be entitled to compensation. Burwick Law is currently accepting clients for ongoing cases and new investigations. We help NFT and token investors hold projects accountable and potentially recover their losses. About Burwick Law: Our firm is a NY law firm focused on the specialized realms of digital assets and consumer protection litigation. We have already secured significant settlements against high-profile token and NFT projects - helping our clients get back what they deserve. Our firm is currently pursuing over $50 million in damages on behalf of our clients.



created by 🐸 4YMo3G
6mo ago
market cap: $4.6K
replies: 12

**BURWICK LAW (BURWICK):** **LEGAL ACTION ALERT: PUMPDOTFUN** Burwick Law is pursuing legal action on behalf of investors in pumpdotfun memecoins. If you lost money on any pumpdotfun memecoins, you may be entitled to pumping this coin.



created by 🐸 DgACxv
6mo ago
market cap: $4.6K
replies: 36

**Better Call Burwick (BCB):**

  



created by 🐸 5rqZyw
6mo ago
market cap: $4.6K
replies: 98

**PumpFun No.1 Enemy (BURWICK):**



created by 🐸 DgACxv
6mo ago
market cap: $6.2K [⚡]
replies: 131

**Pump fun Law Suit (BurwickLaw):**



created by 🐸 8JBqFd
7mo ago
market cap: $4.6K
replies: 46

**BurwickLaw (BurwickLaw):**



created by 🐸 6C1HaV
7mo ago
market cap: $4.6K
replies: 7

**Burwick Law (SAVIOR):** here to save all degens, the last hope for many. It is time to sua Tuah and all the scammers in this space. Burwick Law is the SAVIOR!



created by 🐸 275Cpc
7mo ago
market cap: $4.6K
replies: 16

**BURWICK LAW MASCOT (LAWPEPE):**



created by 🐸 FtdMbX
7mo ago
market cap: $23.3K [⚡]
replies: 41

**Burwick Law Firm ( BURWICK):**

                    



created by 🐸 DZcs1Y
7mo ago
market cap: $4.9K
replies: 109

**Burwick law (Bwl):** We aim to be your partner in pursuing accountability and financial justice. Check your email to complete onboarding and begin pursuing recovery of your losses.



created by 🐸 DhH9nb
7mo ago
market cap: $5.0K
replies: 98

**Burwick Law (BURWICK):** We are a meme account. Let us know if you want links to our (nonexistent) registrations in NY state. We are (not) based in Manhattan. Here, though, is a meme:

[ << ]  1  [ >> ]

© pump.fun 2025

privacy policy | terms of service | fees | tech updates







 GoMcfm bought 0.0236 SOL of PAPA 

     create coin     **log in**

## [start a new coin]

"burwick"                                                clear        search

now trending



**Pumpfun Ink (Pumpink)**
market cap: $163.1K
replies: 256

Streamer Tattoos "Pump Fun" on Himself Hundreds of Times



**Trench Coin (TRENCH)**
market cap: $1.5M
replies: 149

Controversial Streamer, Trevv, Launches New Live Streaming Coin



**Patty Ice: (ICE)**
market cap
replies: 614

ICE Token Debuts as Pa Stream Series

sort: creation time ⌄     order: desc ⌄     show animations: on  off     include nsfw: on  off

🔥🔥 Gassy Gains💨💩     🔥🔥 WeChat Frenzy📱🇨🇳     🔥 Pump Worship🚀🙏     Animal Chaos🐶🐱



created by 🐸 FjeaKD
25d ago
market cap: $4.6K
replies: 0

**Brown vs Burwick (BvB):**



created by 🐸 Hhn4wK
26d ago
market cap: $4.6K
replies: 8

**The Pump Harbour Butcher (Burwick):** The Pump Harbour Butcher (Burwick) created via Bundle Worker

**pump is faster on app. download now**

                    


created by 🐸 Gsqf8p
27d ago
market cap: $4.6K
replies: 0
**Jail Burwick Law (BURWICK):**


created by 🐸 7AANv1
27d ago
market cap: $4.6K
replies: 0
**Jail Burwick Law (BURWICK):**


created by 🐸 5HAWUy
2mo ago
market cap: $4.6K
replies: 0
**Justice for Burwick (BURWICK):**


created by 🐸 GZVSEA
2mo ago
market cap: $4.6K
replies: 0
**Burwick Law Pepe Mascot (Max):**


created by 🐸 8F64k1
2mo ago
market cap: $4.6K
replies: 0
**Burwick pepe (Burwickpep):**


created by 🐸 CEUA7z
2mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK MASCOT (The DIP):**





created by 🐸 6iAUiR
2mo ago
market cap: $4.6K
replies: 0
**NEW BURWICK LAW MASCOT (PENNY):**



created by 🐸 EJEf2A
3mo ago
market cap: $4.6K
replies: 0
**Burwick Cat (Rua):**



created by 🐸 9BBkuP
3mo ago
market cap: $4.6K
replies: 0
**Anti-Burwick (BURWICK):** As loyal fan of Pump   we should actively defend the interests of the platform,let us fight the accusations and use token proceeds to launch retaliatory activities against the accuser and the US court!



created by 🐸 MNhBbr
3mo ago
market cap: $4.6K
replies: 1
**max burwick (maxburwick):**



created by 🐸 6jsqXf
3mo ago
market cap: $4.6K
replies: 1
**Burwick Law Cat (GHIBLI RON):**







created by 🐸 4DPnqa
3mo ago
market cap: $4.6K
replies: 1
**Burwick Law Cat (GHIBLI RON):**



created by 🐸 8zb3Mv
4mo ago
market cap: $4.6K
replies: 2
**NEW MASCOT BURWICK LAW (PENNY):** NEW MASCOT BURWICK LAW



created by 🐸 JCx2b2
4mo ago
market cap: $4.6K
replies: 0
**NEW MASCOT BURWICK LAW (PENNY):** NEW MASCOT BURWICK LAW



created by 🐸 5eL2Dz
4mo ago
market cap: $4.6K
replies: 50
**Burwick Law (Burwick):** A leader in digital consumer protection.



created by 🐸 7DZLWr
4mo ago
market cap: $4.6K
replies: 0
**Max Burwick Dog (Penny):**

  



created by 🐸 Dh7n8A
4mo ago
market cap: $4.6K
replies: 3

**BURWICK FIRST MEME (PEPE):**

created by 🐸 DK5Niy
4mo ago
market cap: $4.6K
replies: 6

**Ambulance Chaser Of Crypto (MaxBurwick):**

created by 🐸 D3sovm
4mo ago
market cap: $4.6K
replies: 3

**Max Burwick (MaxBurwick):**



created by 🐸 BfKHhn
4mo ago
market cap: $4.6K
replies: 23

**BURWICK FIRST MEME (PEPE):**



created by 🐸 DgRLtq
4mo ago
market cap: $4.6K
replies: 14

**max burwick (maxburwick):**

  



created by 🐸 DrKurh
4mo ago
market cap: $4.6K
replies: 3

**max burwick (maxburwick):**



created by 🐸 3KJWMT
4mo ago
market cap: $4.6K
replies: 5

**Max Burwick (MB):**

created by 🐸 Ap4Kef
4mo ago
market cap: $4.6K
replies: 1

**max burwick (maxburwick):**

created by 🐸 8st366
4mo ago
market cap: $4.6K
replies: 3

**max burwick (maxburwick):**



created by 🐸 C3Pstc
4mo ago
market cap: $4.6K
replies: 3

**First Burwick Law Memecoin (MAXBURWICK):**



created by 🐸 HTM87R
4mo ago
market cap: $4.6K
replies: 6

**Burwick's Memecoin (DOGSHIT2):**

  



created by 🐸 7sUHZL
4mo ago
market cap: $4.6K
replies: 16

**Max Burwick (MB):**



created by 🐸 CEUA7z
4mo ago
market cap: $4.6K
replies: 0

**New Mascot For Burwick Law (PENNY):**



created by 🐸 CEUA7z
5mo ago
market cap: $4.6K
replies: 1

**NEW MASCOT BURWICK LAW (PENNY):**



created by 🐸 GJDCLH
5mo ago
market cap: $4.6K
replies: 0

**Burwick Max (BURWICKMAX):**



created by 🐸 64YYu8
5mo ago
market cap: $4.6K
replies: 1

**Burwick Lawgo (BURWICKLAW):** Law Firm Behind Pump.Fun Class Action Demands Removal of Tokens Mocking It



created by 🐸 12EgDi
5mo ago
market cap: $4.6K
replies: 1

**Max Burwick (MAX):** Sending 50% to Max wallet address

 



created by 🐸 H3qiKH
5mo ago
market cap: $4.6K
replies: 121

**JUSTICE FOR BURWICK LAWSUIT (BURWICK):** MEMECOINS ARE NOT SECURITIES AND DYOR. IF IT DROPS ITS YOUR OWN FAULT



created by 🐸 AiC83R
5mo ago
market cap: $4.6K
replies: 1

**Burwick MascotLaw (Penny):** Lawyer at Consensys / formerly DOJ, WH, S&C, UVA law, Vandy / Not legal advice - not your lawyer - tweets are mine.



created by 🐸 DcPQPa
6mo ago
market cap: $4.6K
replies: 9

**BASED BURWICK LAW (BBL):** BASED BURWICK LAW BBL



created by 🐸 8MBBCc
6mo ago
market cap: $4.6K
replies: 27

**Jupiter Sued by Burwick (JUPSU):** Jupiter sued by burwick after penny pinching the airdrop



created by 🐸 DgACxv
6mo ago
market cap: $4.6K
replies: 3

**Crypto's better call saul (MaxBurwick):**



created by 🐸 DnvnzW
6mo ago
market cap: $4.6K
replies: 1

**burwick law (burwick):** burwick law trying to destroy this website we will not let them

  



created by 🐸 83QQFL

6mo ago

market cap: $4.6K

replies: 1

**burwick (burwick):**

created by 🐸 BDwFWv

6mo ago

market cap: $4.6K

replies: 43

**Pump fun Law Suit (BurwickLaw):**

created by 🐸 4jC35S

7mo ago

market cap: $4.6K

replies: 3

**CRYPTO LAWYER (BURWICK):** A leader in digital consumer protection. Lose money in crypto? http://burwick.law/newclient.

created by 🐸 7ceqLk

7mo ago

market cap: $4.6K

replies: 13

**THANK YOU BURWICK LAW (BURWICK):**



created by 🐸 7gTBJu

7mo ago

market cap: $4.6K

replies: 5

**Burwick Law (BL):** Rugged by Hawk Tuah girl?

created by 🐸 EZGowh

7mo ago

market cap: $4.6K

replies: 5

**BURWICK LAW (BURWICK):**

created by 🐸 FkS8R7

7mo ago

market cap: $4.6K

  

**Better Call Burwick (BURWICK):** Lost money in a celebrity crypto rug again? Better Call Burwick

[ << ] 2 [ >> ]

© pump.fun 2025

privacy policy | terms of service | fees | tech updates





# Exhibit J



9:19

**Twon | 00.sol**  @TwonXBT · 15m
Parody account
Today we (Pumpfun) file a notice
@BurwickLaw @burwick_max

This is your last warning. Cease and desist these attacks against us or we will be forced to take matters into our own hands. We (pumpfun) have funded ISIS militants to infiltrate your law firm and are working from within to dismantle your egregious claims and put an end to them once and for all!

If these attacks continue we will KIDNAP the two very beautiful interns and convert them to Islam!



جيمز رايت فولي
**Max Burwick**
ـعائلتي وأحبائي أن يقوموا على الحكومة الأمريكية التي قتلتني حقّاً



**Burwick Law** @BurwickLaw · 15h
Pumpdotfun Legal Update

Today we filed a Notice of Defendant Misconduct in Aguilar v. Baton Corp. Ltd., e...

💬     ⟲ 2     ♡ 6     ılıl 337     ➕



**janea** @heyyitsjanea · 19h
y'all have ~~GOT to raise your~~ standards



🔍 MAx     ✕

Create coin    Log in

### Now trending



**The White Whale (WhiteWhale)**
market cap: $18.8M
replies: 689

White Whale Announces $100,000 Giveaway Campaign



**snowball (snowball)**
market cap: $2.7M
replies: 1019

Snowball Experiments With Auto-Market Making From Creator Fees



**Peepo (Peepo)**
market cap: $474.3K
replies: 472

Twitch's Beloved Emote Character Ste On-Chain

🌱 Movers    🔴 Live    🌱 New    💰 Market cap    🔥 Mayhem    🐸 Oldest    💬 Last reply    ▦   🌸 Las   ⚙



Justice for Max
MAX
🐸 7E9jfx  4d ago
MC $3.4K



I'm going to rape you max
MAX
🐸 8JnET3  4d ago
MC $3.4K



I'm going to rape you max
MAX
🐸 8JnET3  4d ago
MC $3.4K



I'm going to rape you max
MAX
🐸 8JnET3  4d ago
MC $3.4K



im going to rape you max
MAX
🐸 ESbcbu  4d ago
MC $3.4K



I'm going to rape you max
MAX
🐸 8JnET3  4d ago
MC $3.4K



I'm going to rape you max
MAX
🐸 8JnET3  4d ago
MC $3.4K



I'm going to rape you max
MAX
🐸 8JnET3  4d ago
MC $3.4K





i'm going to rape you max
MAX
DCrgBd  4d ago
MC $3.4K



i'm going to rape you max
MAX
8JnET3  4d ago
MC $3.4K



i'm going to rape you max
ocrapist
winkAC  4d ago
MC $3.4K



i'm going to max rape you
MAX
C39aTY  4d ago
MC $3.4K



i'm going to rape you max
MAX
B9sadN  4d ago
MC $3.4K



i'm going to rape you max
MAX
23QuAR  4d ago
MC $3.4K



i'm going to rape you max
MAX
C39aTY  4d ago
MC $3.4K



I'm going to rape you max
MAX
4wCuGv  4d ago
MC $3.4K
Deployed using https://j7tracker.com



I'm going to rape you max
MAX
8JnET3  4d ago
MC $3.4K



I'm going to rape you max
MAX
8JnET3  4d ago
MC $3.4K



I'm going to rape you max
MAX
8JnET3  4d ago
MC $3.4K



I'm going to rape you max
MAX
8JnET3  4d ago
MC $3.4K





**i'm going to rape you max**
MAX
🟢 DKcnN7  4d ago
MC $3.4K



**Pumpdotfun Legal Update**
MAX
🟢 7ULUUL  4d ago
MC $3.4K



**i'm going to rape you max**
MAX
🟢 8NJ7Uj  4d ago
MC $3.4K



**i'm going to rape you max**
MAX
🟢 69CcV4  4d ago
MC $3.4K



**Justice fro MAX**
MAX
🟢 CYdN7H  4d ago
MC $3.4K



**I'm going to rape you max**
MAX
🟢 8JnET3  4d ago
MC $3.4K



**i'm going to rape you max**
MAX
🟢 6yYRye  4d ago
MC $3.4K



**i'm going to rape you max**
MAX
🟢 8JnET3  4d ago
MC $3.4K



**HE TWEETED PIC**
MAX
🟢 BtHkLu  4d ago
MC $3.4K
Deployed using https://j7tracker.com



**HE TWEETED PIC**
MAX
🟢 BtHkLu  4d ago
MC $3.4K
Deployed using https://j7tracker.com



**i'm going to rape you max**
MAX
🟢 69CcV4  4d ago
MC $3.4K



**i'm going to rape you max**
MAX
🟢 7jT32T  4d ago
MC $3.4K
Deployed using https://j7tracker.com





i'm going to rape you max
MAX
7dQt8r  4d ago
MC $3.4K
Deployed using https://j7tracker.com



HE TWEETED PIC
MAX
BtHkLu  4d ago
MC $3.4K
Deployed using https://j7tracker.com



i'm going to rape you max
MAX
F5Ue6N  4d ago
MC $3.4K



HE TWEETED PIC
MAX
BtHkLu  4d ago
MC $3.4K
Deployed using https://j7tracker.com



HE TWEETED PIC
MAX
BtHkLu  4d ago
MC $3.4K
Deployed using https://j7tracker.com



i'm going to rape you max
MAX
CUkXcf  4d ago
MC $3.4K



i'm going to rape you max
MAX
Rdf61k  4d ago
MC $3.4K



I'm going to rape you max
MAX
DYsg1S  4d ago
MC $3.4K



HE TWEETED PIC
MAX
BtHkLu  4d ago
MC $3.4K
Deployed using https://j7tracker.com



HE TWEETED PIC
MAX
BtHkLu  4d ago
MC $3.4K
Deployed using https://j7tracker.com



HE TWEETED PIC
MAX
BtHkLu  4d ago
MC $3.4K
Deployed using https://j7tracker.com



HE TWEETED PIC
MAX
BtHkLu  4d ago
MC $3.4K
Deployed using https://j7tracker.com





HE TWEETED PIC

MAX

🐸 BtHkLu  4d ago

MC $3.4K

Deployed using https://j7tracker.com



HE TWEETED PIC

MAX

🐸 BtHkLu  4d ago

MC $3.4K

Deployed using https://j7tracker.com



i'm going to rape you max

MAX

🐸 3iikYi  4d ago

MC $3.4K



i'm going to rape you max

MAX

🐸 57xZAZ  4d ago

MC $3.4K

[ << ] 6 [ >> ]

© pump.fun 2025

Privacy policy | Terms of service | Fees | Revenue | Tech updates





Create coin    Log in

🔍 MAx    ✕

### Now trending


**The White Whale (WhiteWhale)**
market cap: $18.8M
replies: 689

White Whale Announces $100,000 Giveaway Campaign


**snowball (snowball)**
market cap: $2.7M
replies: 1019

Snowball Experiments With Auto-Market Making From Creator Fees


**Peepo (Peepo)**
market cap: $474.3K
replies: 472

Twitch's Beloved Emote Character Ste On-Chain

 Movers     Live     New     Market cap     Mayhem     Oldest    Last reply     Las


**Iwillrapeyoubeforeyoulocateme**
MAX
🐸 7bEkns  4d ago
MC $3.4K


**im going to rape you**
MAX
🐸 7dQt8r  4d ago
MC $3.4K
Deployed using https://j7tracker.com


**i'm going to rape you max**
MAX
🐸 7jT32T  4d ago
MC $3.4K
Deployed using https://j7tracker.com


**i'm going to rape you max**
MAX
🐸 7jT32T  4d ago
MC $3.4K
Deployed using https://j7tracker.com


**i'm going to rape you max**
MAX
🐸 7jT32T  4d ago
MC $3.4K
Deployed using https://j7tracker.com


**I'm going to rape you max**
MAX
🐸 8pap5v  4d ago
MC $3.8K
Deployed using https://j7tracker.com


**i'm going to rape you max**
MAX
🐸 69CcV4  4d ago
MC $3.4K


**i'm going to rape you max**
MAX
🐸 23QuAR  4d ago
MC $3.7K




i'm going to rape you max
MAX
🐸 bwamJz  4d ago
MC $3.4K


i'm going to rape you max
MAX
🐸 8NJ7Uj  4d ago
MC $3.4K


i'm going to rape you max
MAX
🐸 CL8cS3  4d ago
MC $3.4K


i'm going to rape you max
MAX
🐸 5c86ED  4d ago
MC $3.4K
Deployed using https://j7tracker.com


i'm going to rape you max
MAX
🐸 5c86ED  4d ago
MC $3.6K
Deployed using https://j7tracker.com


i'm going to rape you max
MAX
🐸 you14t  4d ago
MC $3.4K
Deployed using https://j7tracker.com


i'm going to rape you max
MAX
🐸 CYdN7H  4d ago
MC $3.4K


they used t his picture in court
MAX
🐸 C5BH9g  4d ago
MC $3.4K


they used t his picture in court
MAX
🐸 C5BH9g  4d ago
MC $3.4K


they used t his picture in court
MAX
🐸 C5BH9g  4d ago
MC $3.4K


they used t his picture in court
MAX
🐸 C5BH9g  4d ago
MC $3.4K


they used t his picture in court
MAX
🐸 C5BH9g  4d ago
MC $3.4K





they used t his picture in court
MAX
🟢 C5BH9g  4d ago
MC $3.4K



i'm going to rape you max
easy vamp
🟢 BDbyuF  4d ago
MC $3.4K
Deployed using https://j7tracker.com



i'm going to rape you max
MAX
🟢 5UFD3N  4d ago
MC $3.4K



i'm going to rape you max
MAX
🟢 E5j2ka  4d ago
MC $3.4K
Deployed using https://j7tracker.com



i'm going to rape you max
easy vamp
🟢 BDbyuF  4d ago
MC $3.4K
Deployed using https://j7tracker.com



i'm going to rape you max
easy vamp
🟢 BDbyuF  4d ago
MC $3.4K
Deployed using https://j7tracker.com



i'm going to rape you max
MAX
🟢 2a5ozF  4d ago
MC $3.4K



i'm going to rape you max
MAX
🟢 7cWpF6  4d ago
MC $3.4K



i'm going to rape you max
MAX
🟢 ESbcbu  4d ago
MC $3.4K



I'M Going To Rape You Max
MAX
🟢 6nU2L7  4d ago
MC $3.4K
.



i'm going to rape you max
MAX
🟢 CYdN7H  4d ago
MC $3.4K



I'm going to rape you Max
MAX
🟢 D4zZ6g  4d ago
MC $3.8K




I'm going to rape you Max
MAX
D4zZ6g  4d ago
MC $3.4K


i'm going to rape you max
MAX
23QuAR  4d ago
MC $3.4K


USED IT IN COURT HELLO
MAX
C5BH9g  4d ago
MC $3.4K


USED IT IN COURT HELLO
MAX
C5BH9g  4d ago
MC $3.4K


USED IT IN COURT HELLO
MAX
C5BH9g  4d ago
MC $3.4K


USED IT IN COURT HELLO
MAX
C5BH9g  4d ago
MC $3.4K


USED IT IN COURT HELLO
MAX
C5BH9g  4d ago
MC $3.4K


USED IT IN COURT HELLO
MAX
C5BH9g  4d ago
MC $3.4K


USED IT IN COURT HELLO
MAX
C5BH9g  4d ago
MC $3.4K


USED IT IN COURT HELLO
MAX
C5BH9g  4d ago
MC $3.4K


I'm going to rape you Max
Max
EmsWNo  4d ago
MC $3.4K


USED IT IN COURT HELLO
MAX
C5BH9g  4d ago
MC $3.4K





USED IT IN COURT HELLO

MAX

🥑 C5BH9g  4d ago

MC $3.4K



i'm going to rape you max

MAX

🥑 7dQt8r  4d ago

MC $3.4K

Deployed using https://j7tracker.com



use ur brains guarenteed runner

MAX

🥑 C5BH9g  4d ago

MC $3.4K



use ur brains guarenteed runner

MAX

🥑 C5BH9g  4d ago

MC $3.4K

[ << ]  7  [ >> ]

© pump.fun 2025

Privacy policy | Terms of service | Fees | Revenue | Tech updates



← **Post**  ⋯



**ocr** 🇨🇳 ✅ 💊
@onchainrapist

𝕏.com

.@burwick_max @BurwickLaw



0:09

1:47 PM · 12/23/25 · **37K** Views

💬 77    🔁 15    ♡ 492    🔖 62    ⬆

← **Post** ⋯



store.fun 📦 🏅
@storedotfun

𝕏.com

.@a1lon9 getting ready to terminate
@burwick_max

**Legal Disclaimer:** *The following content is a work of humor created exclusively for entertainment purposes. Any resemblance to real events, persons, or advice is purely coincidental and not intended to be relied upon.*



# **<u>Exhibit K</u>**



# **<u>Exhibit L</u>**





# Exhibit M







**Carsonated** ✔
@Carsonated

That apartment claim is quite a winner, imagine if its proven.
x.com/mdudas/status/...

This post is unavailable.

6:32 PM · Feb 5, 2025 · **368** Views



**Carsonated** ✔
@Carsonated

Could you snap a proof of life image holding tomorrow's New York Times outside of your apartment, with the west to your back, or nah?

10:20 PM · Feb 5, 2025 · **213** Views

# **Exhibit N**



*MP FUN    SAVE PUMP FUN    SAV*

# THE TRENCHES                    THE SUITS

                VS                

BURWICK

---

## 🤨 WHAT'S GOING ON???

The trenches are under attack.
Burwick law firm has opened a case against pump.fun
They want to extract $500M through their lawsuit (yeah lol).
They claim pump.fun tokens and memes are securities.
They say the trenches are a joke.
THEY ARE WRONG.
We must stand together. United we are strong.

# PvE

it's us versus the suits, pick a side





Fuck censorship. This is about sending a message.
This is cryptos gamestop moment.

# $DOGSHIT2

they even made the ticker a perfect meme

---

# SEE YOU AT 1B
# BRRRWICK













