# BURWICK LAW
## 1 World Trade Center. 84th Fl.
### New York, 1

January 9, 2026

**VIA ECF**

Honorable Colleen McMahon
Senior United States District Judge
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2026

MEMO ENDORSED

Re:   *Aguilar v. Baton Corp. Ltd., et al.;* **Case No. 1-25-cv-880-CM-BCM**

Dear Judge McMahon:

Plaintiffs submit this brief letter in response to Defendants' January 8, 2026 letter to the Court (ECF No. 128) due to concerns regarding factual inaccuracies, acts of intimidation, and the impact of both on these proceedings.

As an initial matter, Defendants' suggestion that the complained-of conduct amounts to protected "parody" strains credulity—there is nothing satirical about threats to kidnap two of the firm's young female employees. Secondly, Defendants misinterpret the scope of Plaintiffs' allegations: the Second Amended Complaint, supported by a whistleblower who personally executed one of Pump.fun's promoter agreements, alleges that this form of intimidation is precisely the type of conduct Pump.fun affiliates are directed and incentivized to engage in. Finally, Defendants' reliance on the @onchainrapist termination is a double-edged sword. That intervention demonstrates precisely what Plaintiffs have alleged: Baton can control its affiliates from engaging in conduct which risks prejudicing this litigation. Defendants' persistent refusal to act, despite demands and accumulating evidence of harassment, intimidation, and abuse targeting Plaintiffs and their counsel, is a choice.

Plaintiffs' decision not to file hundreds of pages of exhibits was deliberate—we did not wish to saturate the Court's docket with voluminous materials that are better addressed at the scheduled conference. The exhibits attached hereto were circulated to defense counsel on December 30, 2025, in support of Plaintiffs' ten-page letter addressing intimidation and misconduct in this case.

While Plaintiffs believe the full scope of these issues is best resolved at a conference, we would highlight the following from the exhibits now-submitted herewith:

- Tokens were created using the names and likenesses of Plaintiffs Diego Aguilar and Kendall Carnahan, many of which have been online for over eleven months and remain on Pump.fun as of this filing;

1/12/2026 The conference is NOT being cancelled. See you tomorrow.

1

- On February 5, 2025, Plaintiffs emailed Pump.fun's legal department, Defendant Alon Cohen, and Defendant Noah Hugo Bernhard Tweedale, concerning the Plaintiff tokens and other tokens listed on the platform;
- In doing so, Plaintiffs provided Defendants with written notice nearly one year ago that the platform contained unauthorized use of Plaintiffs' images, as well as the likeness and intellectual property of Burwick Law and Wolf Popper LLP[1];
- On February 7 and February 13, 2025 Plaintiffs engaged in conversations with attorneys from Gibson, Dunn, and Crutcher LLP who indicated they may be handling the matter on behalf of Pump.fun;
- In early 2025, Defendants removed some of the offending tokens but subsequently ceased these efforts and never implemented a formal policy to address the infringing content (as evidenced by, *e.g.* Carnahan tokens which have been allowed to remain on the platform for over 11 months);
- Memecoins using pictures of Plaintiffs' Counsel Max Burwick's disabled sister, identifying her by name and purporting to fundraise on her behalf, were created on the Pump.fun platform;
- Memecoins using pictures of Mr. Burwick's mother, identifying her by name, were created on the Pump.fun platform;
- At least some of these tokens were amplified by Defendants using their "King of the Hill" status, a promotional feature which caused these tokens to be visibly promoted at the top of the Pump.fun homepage;
- Mike Dudas, a seed investor in Pump.fun, publicly identified the address of Mr. Burwick on X/Twitter;
- Pump.fun paid the creators who made these tokens approximately $662,000 for their contributions to the platform, which included (but is not limited to) the creation of the tokens at issue here[2];
- In February 2025, an individual believed to be associated with savepumpfun.com appeared at what they believed to be the office of Burwick Law—which was in fact the address of the New York City Bar— and left a threatening note which they posted about on Twitter/X;
- The same individual also visited Gantry Park in Long Island City, took photographs, and posted those photographs (Gantry Park had been identified with Mr. Burwick's residence in Long Island City); and
- Users posted what they believed to be photos of Burwick Law's firm address along with photographs which threatened to destroy the premises.

Mr. Golubitsky's assertion that "Plaintiffs had not previously requested the removal of any content containing [the] names [of Kendall Carnahan or his business]" (ECF No. 125-1 ¶20) is directly contradicted by the record. On February 4, 2025 Plaintiffs' sent a cease-and-desist letter (Exhibit H) directly to Pump.fun's legal team, Defendant Alon Cohen, and Defendant

---

[1] Exhibits A-J are copies of Exhibits sent by Plaintiffs in their December 30th, 2025 letter to Defendants. Exhibit K is attached here now showing a sample of the Wolf Popper tokens launched on Pump.fun. Exhibit L includes screenshots showing 'King of the Hill' status being awarded to both a Burwick Law token and a token using the name and likeness of Mr. Burwick's sister.

[2] By deriving revenue from this token activity, Defendants maintained a direct financial stake in the continued circulation of this content. This amount represents only what initial tracing efforts have revealed; a complete accounting would necessitate forensic analysis beyond the scope of what Plaintiffs have undertaken to date.

Tweedale, that the platform contained unauthorized use of Plaintiffs' images. That letter put Baton on clear notice regarding content targeting Plaintiffs nearly twelve months ago. Following Defendants' receipt of that letter, Plaintiffs were contacted by Gibson, Dunn & Crutcher LLP on February 5, 2025 who indicated they may be representing Pump.fun in this matter. Plaintiffs held calls with Gibson Dunn on February 7 and February 13, 2025 to discuss these very issues. Baton's claim in paragraph 21 that it is "presently endeavoring" to remove Carnahan content rings hollow: Defendants have been on notice for almost twelve months, yet tokens bearing Mr. Carnahan's name and likeness remain on the platform even today. Plaintiffs can provide the Court with emails and other exhibits further corroborating this timeline if requested.

Plaintiffs submit this letter in opposition to Defendants' request to cancel the scheduled conference, respectfully request that the Court accept this submission, and reserve the right to rebut these and Defendants' other contentions at that proceeding.

Respectfully submitted,

*/s/ Max Burwick*
Max Burwick, Esq.
**BURWICK LAW, PLLC**
1 World Trade Center, 84th Fl.
New York, NY 10007
(646) 762-1080
max@burwick.law

*Counsel for Plaintiffs*

*cc:*   *All counsel of record (via ECF)*

3