# BURWICK LAW
*1 World Trade Center, 84th Fl.*
*New York, NY 10007*

January 12, 2026

**VIA ECF**
Honorable Colleen McMahon
Senior United States District Judge
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

**Re:**    ***Aguilar v. Baton Corp. Ltd., et al.;* Case No. 1-25-cv-880 (CM)**

       Pursuant to Rule VII.J of your Honor's Individual Rules of Practices and Standing Order M10-468 of the U.S. District Court for the Southern District of New York, we respectfully submit our Electronic Devices General Purposes Form for the conference on January 13, 2026. Please find the form attached to this letter.

<table>
<tr><td>

cc: All Counsel of Record via ECF
</td><td>

Respectfully submitted,

By: */s/ Luis Munoz*
Luis Munoz
1 World Trade Center, *84th Fl.*
New York, NY 10007
(917) 319-9758
luis@burwick.law
</td></tr>
</table>

Enclosed.