**brown**rudnick

STEPHEN D. PALLEY
SPalley@brownrudnick.com

January 12, 2026

**VIA ECF**
Honorable Colleen McMahon
Senior United States District Judge, S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007
**RE:**   ***Aguilar v. Baton Corp., Ltd., et al.* 1:25-cv-00880-CM-BCM (S.D.N.Y.)**

Dear Judge McMahon,

   Pursuant to Rule VII.J of your Honor's Individual Rules of Practices and Standing Order M10-468 of the U.S. District Court for the Southern District of New York, we respectfully submit the attached Electronic Devices General Purposes Form for the conference on January 13, 2026.

Respectfully submitted,

*/s/ Stephen D. Palley*

Stephen D. Palley
Brown Rudnick LLP
1900 N Street NW, Suite 400
Washington, D.C. 20036

*Counsel for Defendant Baton Corp., Ltd.*