# NAGY WOLFE APPLETON LLP

Gregory N. Wolfe
greg@nagylaw.com

31 East 62nd Street, 6th Floor | New York, New York 10065 | (646) 494 - 4900

**VIA PACER**                                                                                           January 12, 2026

The Honorable Colleen McMahon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

> Re:     ***Aguilar, et al. v. Baton Corporation Ltd, d/b/a Pump.Fun, et al.*, No. 1:25-cv-00880-CM-BCM (S.D.N.Y.)**

Dear Judge McMahon,

We write pursuant to the Court's Individual Practices, Section VII, J. and Standing Order M10-468, as Revised.  We respectfully direct the Court's attention to the attached proposed order requesting the Court's permission for the undersigned, and an attorney colleague of the undersigned, to bring personal electronic devices into the courtroom for the purpose of attending the conference scheduled for January 13, 2026 at 10:00 AM EST in Courtroom 24A.

Respectfully submitted,

*Gregory N. Wolfe*

Gregory N. Wolfe