# BURWICK LAW
## *1 World Trade Center, 84th Fl.*
## *New York, NY 10007*

January 12, 2026

**VIA ECF**
Honorable Colleen McMahon
Senior United States District Judge
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

**Re:**   *Aguilar v. Baton Corp. Ltd., et al.;* **Case No. 1-25-cv-880 (CM)**
**PLAINTIFFS' LETTER NOTICE OF DEMONSTRATIVE EXHIBIT**

Plaintiffs, by and through their undersigned counsel, hereby give notice that they intend to use the attached document, titled *"Pump.fun Harassment and Intimidation Timeline Demonstrative,"* as a demonstrative exhibit at the conference scheduled before the Honorable Colleen McMahon for January 13, 2026, at 10:00 a.m. in Courtroom 24A, 500 Pearl Street, New York, New York.

This demonstrative presents a timeline of the harassment and intimidation that Plaintiffs and their counsel have endured in connection with this litigation, drawn primarily from the record already before the Court. Hard copies will be provided for the Court and all parties at tomorrow's conference.

cc: All Counsel of Record via ECF

Respectfully submitted,

By: */s/ Luis Munoz*
Luis Munoz
1 World Trade Center, *84th Fl.*
New York, NY 10007
(917) 319-9758
luis@burwick.law