<u>**Pump.fun Harassment and Intimidation Timeline Demonstrative**</u>

**1/16/2025 & 1/30/2025: Complaints Filed – Carnahan (and later Aguilar) v. Baton Corporation Ltd, d/b/a/ Pump.fun, Alon Cohen, Dylan Kerler, and Noah Bernhard Hugo Tweedale by Wolf Popper LLP and Burwick Law PLLC**

- Immediately following the filing of the complaint, a number of Kendall Carnahan tokens were launched on Pump.fun as documented in ECF No. 130[1], Exhibit G. As of January 12, 2026, Plaintiffs have identified at least 21 similar tokens still trading on Pump.fun in spite of Mr. Golubitsky's representation that Baton is endeavoring to remove these tokens as quickly as possible.



*Screenshot taken January 11, 2026 showing a Kendall Carnahan token launched on 1/30/2025 still trading on Pump.fun.*

- Immediately following the filing of the complaint, a number of Diego Aguilar tokens are launched on Pump.fun as documented in ECF No. 130, Exhibit F. As of January 12, 2026, Plaintiffs have identified at least 22 similar tokens still trading on Pump.fun.



*Screenshot taken January 11, 2026 showing a Diego Aguilar token launched on 1/31/2025 still trading on Pump.fun.*

---

[1]The vast majority of materials in this timeline were circulated to counsel for Baton Corporation Ltd. d/b/a Pump.fun and its officers prior to the Court's scheduling of this hearing in Plaintiffs' ten-page letter correspondence dated December 30, 2025. The letter was filed in ECF 127 as Exhibit C; the exhibits attached to that letter were filed in ECF 130 as Exhibits A-J.

- Immediately following this lawsuit a number of Burwick Law, Burwick Law Official, Wolf Popper etc. tokens are launched on Pump.fun shown in ECF No. 130, Exhibit I and Exhibit K. As of January 12, 2026, Plaintiffs have identified at least 39 similar tokens still trading on Pump.fun.



*Screenshot taken January 11, 2026 showing a Wolf Popper LLP token launched on 1/30/2025 still trading on Pump.fun. The firm's official logo has since been purged but the token and its description remain.*



*Screenshot taken January 11,2026 showing a BURWICK LAW token (and its description) launched on 1/15/2025 still trading on Pump.fun. The firm's official logo has since been purged but the token and its description still remain.*

- Immediately following the filing of the complaint, a number of tokens were made targeting Mr. Burwick's disabled sister, launched using her photograph and identifying her by name. Many of these tokens purported to fundraise on her behalf, and at least one was "crowned king of the hill" which meant that it was promoted on the Pump.fun home page. An example of this is shown in ECF No. 130, Exhibit L.



*Screenshot of one such token purporting to fundraise on behalf of Rachel Burwick, sister of Plaintiffs' counsel.*

- Immediately following the filing of the complaint, a number of tokens were made targeting Mr. Burwick's mother, identifying her by name and using her picture. An example of these tokens is shown in ECF No. 130, Exhibit D.



*Screenshot of one such token identifying Mr. Burwick's mother by image and name.*

- Following the filing of the complaint, on February 1, 2025, a user @IL0veC0ins documented a Telegram conversation where a user shared that they had "dropped off a note at the law firm suing @a1lon9" with photos of said notes. The person dropped off an image of a park near Mr. Burwick's place of residence where he walks his dog on which "See you at 1 Billion [market cap]" is written.



- Following the filing on the complaint, X/Twitter users began to circulate what they believed to be the address of the Burwick Law office with images calling for its destruction (*e.g.* a February 3, 2025 post by user @sugarrduran shown in ECF No. 130 Exhibit E)



- In or about this time, individuals launched a now-deleted website called savepumpfun.com, this website purported to launch a campaign against Burwick Law, "The Suits," and used as their website background an image of the same park identified as being in close proximity to Mr. Burwick's residence. The savepumpfun.com website included an ominous threat in large text "SEE YOU AT 1B BRRRWICK," and included screenshots of the image and note left at the New York City Bar.



*Screenshots of the Save Pump Fun website, whose banner used the same image as the one left at the New York City Bar's front door by an anonymous user.*

**02/05/2025: Plaintiffs' sent a cease-and-desist letter directly to Pump.fun's legal team (legal@pumpfun.com), Defendant Alon Cohen (alon@pump.fun.com), and Defendant Noah Hugo Bernhard Tweedale (noah@pump.fun.com)**

- Attached to those emails was a cease-and-desist letter concerning "all materials related to active litigation, including images of plaintiffs or related tokens." This letter was circulated once again to Defense counsel as Exhibit H in Plaintiffs' December 30, 2025 correspondence.

 

**Max Burwick** <max@burwick.law>
to alon@pump.fun, Chet ⌄

Dear Alon,

We are writing on behalf of Burwick Law and Wolf Popper LLP regarding the unauthorized use of our firm names, intellectual property, and personal likenesses in connection with the fraudulent launch and promotion of the Dogshit2 token on Pump.Fun.

As outlined in our formal cease and desist letter, which is attached to this email, Pump.Fun facilitated the creation and launch of Dogshit2, and the first buyer used misleading information to impersonate our law firm. We demand the immediate removal of:

- The Dogshit2 token from your platform
- All references to our law firms, including our names, branding, and related identifiers
- All misleading and false public statements suggesting any relationship between our law firms and Dogshit2
- Personal likenesses, images of pets, and any associated materials
- All materials related to active litigation, including images of plaintiffs or related tokens

We have confirmed that Pump.Fun has the technical capability to remove Dogshit2 and has chosen not to act, despite the significant danger this token poses to the public. Additionally, we have documented coordinated efforts to intimidate our clients and interfere with legal proceedings. Any further misuse of our firm names, intellectual property, or involvement in intimidation tactics will result in immediate legal action.

We expect full compliance within 24 hours of this notice. Failure to comply will result in injunctive relief, damages, and regulatory enforcement action.

Please confirm receipt of this email and provide written confirmation of compliance.

Sincerely,

Max Burwick, Esq.
Managing Partner

**02/05/2025: Plaintiffs' counsel, Burwick Law and Wolf Popper LLP similarly posted a press release on X/Twitter**

- Plaintiffs press release highlights that "PumpFun launched tokens through, and in conjunction with…third parties to intimidate our clients and interfere with ongoing litigation. These efforts include the creation of memecoins that impersonate our plaintiffs."
- This letter was circulated once again to Defense counsel as Exhibit H in Plaintiffs' December 30, 2025 correspondence.



← **Post**

**Burwick Law** ✔
@BurwickLaw

**FOR IMMEDIATE RELEASE**

**Burwick Law and Wolf Popper LLP Demand Baton Corp. DBA, PumpFun Immediately Remove Tokens Deployed On The Solana Blockchain By Pumpfun That Utilize Unlicensed Intellectual Property In An Effort to Impersonate Our Law Firms, And Remove The Likeness Of Any Employees Of These Organizations.**

New York, NY – 02/05/2025 – Burwick Law and Wolf Popper LLP have issued a **cease and desist letter** to PumpFun demanding the **immediate removal** of the Dogshit2 token and tokens that have impersonated our firms through the unlicensed use of both law firms' intellectual property.

Our firms have **no affiliation, endorsement, or ownership interest in the Dogshit2 token or any related assets**. Simply put, our firms have not launched any memecoins onchain. Any **further unauthorized use of our firms' names, intellectual property, or association with this token may result in immediate legal action.**

Burwick Law confirmed that PumpFun **has the technical capability to remove these tokens and has chosen not to act**, despite the clear financial and legal risks posed to the public.

Additionally, PumpFun launched tokens through, and in conjunction with, **the efforts by third parties to intimidate our clients and interfere with ongoing litigation**. These efforts include the creation of memecoins that impersonate our plaintiffs. These acts represent the use of blockchain technologies as a tool for disrupting justice and due process. Legal remedies for any such misconduct will be pursued to the fullest extent of the law. Investors should be **extremely cautious**, as promoters are actively **pushing the Dogshit2 token in a high-risk pump-and-dump scheme.**

Burwick Law and Wolf Popper LLP remain committed to protecting investors and ensuring accountability for fraudulent market practices by bad actors. Our firms **will continue to work with appropriate governmental authorities to hold responsible parties accountable.**

2:30 PM · Feb 5, 2025 · **515.7K** Views

💬 619      ↻ 367      ♡ 649      🔖 144      ↥

**02/05/2025: Following the press release by Burwick Law and Wolf Popper, Twitter users began to attempt to find Mr. Burwick's place of residence**

- On February 5, 2025, Mike Dudas (@mdudas), a seed investor in Pump.fun, replied on X/Twitter to the Burwick Law/Wolf Popper press release asserting that the image launched with the token 'dogshit2' was taken "from outside the apartment building that max burwick allegedly lives in" – effectively identifying Mr. Burwick's place of residence to his over 160,000 followers. (ECF No. 130 Exhibit C).



*Screenshot of February 5, 2025 post by Mr. Dudas on X/Twitter.*

- In or about the same time, Mr. Dudas posted a message to his X/Twitter followers that "ambulance chasing lawyers are going to try to fill gary gensler's void[;] let's reject them with the same purpose and fervor that cost gary his job" and included an .gif showing an army preparing for the battle of Thermopylae as depicted in a film.



*Screenshot of Mr. Dudas' post on X/Twitter.*

- Soon after, Mr. Dudas' followers began trying to track down Mr. Burwick's place of residence.
- On February 5, 2025 a X/Twitter user named @Carsonated replied to a post by Mr. Dudas "That apartment claim is quite a winner, imagine if its proven" and began to initiate a public effort to identify Mr. Burwick's place of residence (ECF No. 130, Exhibit M)



*Screenshot of X/Twitter post from @Carsonated replying to Mr. Dudas' post on February 5, 2025.*

- On February 5, 2025 the same user replied to a post by Mr. Burwick asking for Plaintiffs' counsel to take a photo outside of his apartment with his back to the west in what was at best an attempt to identify Mr. Burwick's residence and was at worst a threat to Mr. Burwick's life (ECF No. 130, Exhibit M)



*Screenshots of February 5, 2025 posts from user @Carsonated following the post by Mr. Dudas.*

- On February 5, 2025, the same user relayed to his followers that he wanted to geolocate a photo taken by Mr. Burwick of his dog (ECF No. 130 Exhibit M)



- On February 5, 2025, minutes later the same user shared a screenshot of Google Maps showing where a different photo by Mr. Burwick of his dog was taken (ECF No. 130 Exhibit M)



**02/05/2025: Jason J. Mendro, a partner at Gibson, Dunn & Crutcher LLP reached out to Plaintiffs' counsel acknowledging receipt of the letter sent to Pump.fun's legal department.**

- Gibson Dunn indicated that they were in the process of being retained for this matter and expected to be in a position to discuss next week.



**02/07/2025: Mr. Burwick went to the 108th Precinct to make a police report concerning the harassing and intimidating posts being made online in connection with this litigation. (Complaint #2025-108-000789). Plaintiffs engaged in a conversation with attorneys from Gibson Dunn concerning the issues identified in both the cease-and-desist and public statement from Burwick Law and Wolf Popper LLP.**



**02/07/2025: Following Plaintiffs' correspondence with Mr. Mendro, he sends an email indicating that he has forwarded Plaintiffs' concerns to Baton.**



**Mendro, Jason J.** <JMendro@gibsondunn.com>                  Feb 7, 2025, 3:57 PM    ☆    ↰    ⋮
to Joshua, me, Matt, Chet, Matthew ▾

Hi, Josh.  I have forwarded your communication to Baton.

Regards,
Jason

---

**From:** Joshua W. Ruthizer <JRuthizer@wolfpopper.com>
**Sent:** Friday, February 7, 2025 2:43 PM
**To:** Mendro, Jason J. <JMendro@gibsondunn.com>
**Cc:** Max Burwick <max@burwick.law>; Gregory, Matt <MGregory@gibsondunn.com>; Chet B. Waldman <CWaldman@wolfpopper.com>; Matthew Insley-Pruitt <MInsley-Pruitt@wolfpopper.com>
**Subject:** RE: Pump.Fun
**Importance:** High



**Mendro, Jason J.** <JMendro@gibsondunn.com>                  Fri, Feb 7, 2025, 3:58 PM    ☆    ↰    ⋮
to Chet, Joshua, me, Matt ▾

Thanks, Chet.  How's Thursday, 2/13, at 2 p.m. EST for call?

Regards,
Jason

---

**From:** Chet B. Waldman <CWaldman@wolfpopper.com>
**Sent:** Thursday, February 6, 2025 1:33 PM
**To:** Mendro, Jason J. <JMendro@gibsondunn.com>

•••

**07/10/2025: Plaintiffs sent a cease-and-desist letter concerning the planned Pump.Fun token launch on July 12, 2025.**

# BURWICK LAW
*43 W 43rd St, Suite 114*
*New York, NY 10036*

July 10, 2025

BROWN RUDNICK LLP
1900 N Street NW, 4th Floor
Washington D.C. 20036

**RE: Aguilar v. Baton Corp., Ltd., et. al 1:25-cv-00880-CM-BCM (S.D.N.Y.) ("Aguilar")**

Dear Counsel of Baton Corp., Ltd:

We represent Lead Plaintiff Michael Okafor and the putative class prosecuting securities-law claims against Baton Corporation Ltd. ("Baton") and its Pump.fun platform. The operative Complaint alleges that Pump.fun has "issued, sold, promoted … unregistered securities in violation of Sections 5 and 12(a)(1) of the Securities Act".

We recently learned that Pump.fun intends to launch a native "PUMP" token across multiple exchanges beginning July 12, 2025. Because that launch will occur while this federal securities litigation is pending—and just days before our Amended Complaint is due on July 22, 2025—we hereby demand that your clients take the following actions:

**Demands**
1. Cease all marketing, sale, distribution, or other steps preparatory to the PUMP token launch unless and until the offering materials fully comply with the federal securities laws.
2. Prior to token launch, issue a public notice (website, white paper, and all marketing channels) that:
    a. Identifies the pending Aguilar class action and its securities-registration claims.
    b. States that an Amended Complaint will be filed on July 22, 2025 that may materially affect the offering.
    c. Warns prospective purchasers of the attendant litigation risks.
3. Postpone any PUMP token offering until at least July 24, 2025 so investors may review the forthcoming pleadings and associated risks.

We trust that Pump.Fun shares our commitment to investor protection and market integrity. We appreciate your prompt attention to these requests, and kindly ask for your response by 1:00PM EST on Friday, July 11.

Respectfully submitted,

Max Burwick

**07/10/2025: Later that day, Mr. Palley from Brown Rudnick LLP indicated that they would not cease-and-desist and instead brandishes F.R.C.P. 11(b).**

RE:     *Aguilar v. Baton Corp., Ltd., et. al* 1:25-cv-0880-CM-BCM (S.D.N.Y)

Dear Mr. Burwick:

I write in response to your letter dated July 10, 2025, referencing the above-captioned matter.

With respect to your uninformed statements about the "PUMP" token sale, your letter does not allege any violations of the federal securities laws; (2) a client who has standing; or (2) any other lawful basis for your demands.

Your frivolous and unsupported demands are rejected.  If you made such demands in a court filing it would be squarely contrary to the requirements of F.R.C.P. 11(b).

**BROWN RUDNICK LLP**

Stephen D. Palley

cc:

Dan Sachs, Esq.
Kyle Dorso, Esq.

**07/23/2025: ECF No. 34 – First Amended Complaint filed**

- Plaintiffs have observed that tokens which impersonate the Burwick Law firm and Plaintiffs appear to be launched around milestone moments in the litigation. For example, in ECF No. 120 Exhibit A, a number of tokens using the name and intellectual property of Burwick Law were launched following Plaintiffs' filing of the First Amended Complaint.

**09/24/2025: ECF No. 102 – Plaintiffs filed their 15(a)(2) motion for leave to amend complaint with whistleblower chat logs**

- More Burwick Law tokens were launched.

**12/09/2025: ECF No. 116 – Decision and Order Granting Plaintiffs Leave to File a Second Amended Complaint**

- On December 22, 2025, an X/Twitter user and official Pump.fun affiliate "@onchainrapist" sends Mr. Burwick a message including the threat "i'm going to rape you max". ECF No. 127, Exhibit A.



**12/22/2025: ECF No. 120 – Plaintiffs' Notice of Defendants' Ongoing Misconduct**

- Immediately following Plaintiffs' notice to the Court, dozens of tokens are launched on Pump.fun with rape threats (*e.g.* tokens called MAX with the text "i'm going to rape you max," "Iwillrapeyoubeforeyoulocateme," and featuring pictures of Mr. Burwick

- On December 23, 2025, an X/Twitter user and official Pump.fun affiliate, "@TwonXBT," on a verified account featuring a Pump.fun affiliate badge shares an image of Mr. Burwick on his knees in an orange jumpsuit photoshopped into an ISIS-style hostage situation (ECF No. 130 Exhibit F). The text of the post reads "Today we (Pumpfun) file a notice @BurwickLaw @burwick_max … This is your last warning. Cease and desist these attacks against us or we will be forced to take matters into our own hands. We (pumpfun) have funded ISIS militants to infiltrate your law firm and are working from within to dismantle your egregious claims and put an end to them once and for all! **If these attacks continue we will KIDNAP the two very beautiful interns and convert them to Islam!"** (ECF No. 127, Exhibit A)







*Screenshot showing a token launched on Pump.fun featuring an image of the two Burwick Law employees who were identified in the threatening post by Pump.fun affiliate @XBTTwon, shown above.*

- On December 23, 2025, @onchainrapist, still wearing the Pump.fun affiliate badge, posts a video showing a naked man having aggressive sex and tags @burwick_max and @BurwickLaw

- In or about this time, an account @storedotfun tweeted a photo of two pistols with the caption "@a1lon9 [Defendant Alon Cohen] getting ready to terminate @burwick_max"



*Screenshot taken on January 11, 2026 showing a Diego Aguilar token created 12/22/2025 just after Plaintiffs' notice to the Court.*



*Screenshot taken on January 11, 2026 showing an Official Burwick Law token created on 12/26/2025 a few days after Plaintiffs' notice to the court. The firm's branding has since been purged by Pump.fun but the token remains.*

**12/23/2025: Following the escalation in harassing and intimidating posts made by Pump.fun affiliates, Mr. Burwick went to the 1st Precinct and filed a second police report. (Complaint # 2025-1-10610)**

**12/29/2025: Letter Correspondence from Defendants requesting Plaintiffs withdraw their notice immediately**
- "Your correspondence lacks any good faith factual basis."
- "The same is true of the frivolous 'Notice' you filed with the Court."
- "We also note your illegal and improper threat of reporting our clients and us to law enforcement and the bar if we do not comply with your demands. Setting aside the malicious prosecution, defamation, and extortion claims that you open yourself up to, Rule 3.4(e) of the NYRPC prohibits a lawyer from 'threaten[ing] to present criminal charges solely to obtain an advantage in a civil matter.'"
- "There is not a shred of evidence that our clients had anything to do with the social media posts about which you are complaining."
- ***"Withdraw the Notice immediately. If you fail to do so, we will proceed with Rule 11 sanctions process (and seek our fees for doing so)."***
- "Finally, if you continue to make reckless statements about our clients on social media we will ask the Court to place a gag order on this case and preclude you from making any extra-judicial statements about it."
- "Be governed accordingly."

**12/29/2025: ECF No. 121 – Letter to Judge McMahon from Baton/Officers Defendants**
- "We respectfully submit that the Court should disregard the frivolous "notice of Defendant Misconduct" that Plaintiffs' counsel, Mr. Burwick, recently filed with the Court along with its baseless accusations against our clients, the Baton Defendants."
- "The Notice is unsupported by any affidavits, declarations, or competent evidence tying the Baton Defendants to its conclusory assertions purporting to blame them for the

alleged social media posts and other internet activity on the publicly available Pump.fun website about which the Notice complains."

- "For the avoidance of doubt, the Baton Defendants categorically deny those meritless assertions."
- "If Mr. Burwick had genuine concerns to raise with the Baton Defendants about the alleged issues raised in the Notice, we expect that he would have complied with his obligation to meet and confer with defense counsel about them or submitted a takedown notice via proper channels on the Pump.fun website before running to the Court with that defective filing."
- "Instead, he submitted the Notice to the Court during Christmas week and immediately blasted it to his social media followers via the X.com (f/k/a/ Twitter.com) account that his law firm uses to trawl for potential clients."



*Screenshot of the post in question which was purportedly "blasted… to [Mr. Burwick's] social media followers" on the @BurwickLaw account used to "trawl" for clients. (Defendants' Response ECF No. 121, Exhibit 1).*

- "The Notice is procedurally improper, legally irrelevant, unsupported by any proof as against the Baton Defendants, and was transparently designed to generate publicity rather than advance this litigation."
- "***The Court should ignore the notice and admonish Mr. Burwick that Federal Rule of Civil Procedure 11 and applicable rules of professional conduct forbid him from making further attempts to burden the Court and the defense with frivolous filings that serve no legitimate purpose other than to support his tawdry public relations campaign.***"

**12/30/2025: ECF No. 122 – Letter to Judge McMahon from Solana Defendants**
- The Solana Defendants take no position as, in their view, the Plaintiffs' notice did not make allegations concerning them.

**01/05/2026: ECF No. 123 – Memo Endorsement from Judge McMahon calling for January 13, 10 AM Conference at 500 Pearl, 24A**

- On January 6, 2026, @onchainrapist indicates that "due to legal matters, i am no longer affiliated with @TradingTerminal @Pumpfun" and posts a screenshot from a Discord channel showing that @TradingTerminal, a Pump.fun company, has removed @onchainrapist from their affiliates alongside a screenshot showing that "You [@onchainrapist] are no longer an affiliate of Terminal (@TradingTerminal)," a Pump.fun company. (ECF No. 127 Exhibit A).



**01/07/2026: ECF No. 125 – Defendants' Letter Motion to Adjourn Conference**



*Screenshot taken January 12, 2026 showing a "RAPE MAX BURWICK" token created a half hour after Defendants filed their letter motion to adjourn the scheduled conference on January 7, 2026.*

**01/07/2026: ECF No. 125 – Letter Motion to Adjourn Conference from Baton and its principals**

- "...since early 2025, when Plaintiffs raised these concerns in connection with this lawsuit, Baton direct its moderation team to go beyond passive intake and proactively search for, identify, and remove content referencing Plaintiffs' counsel or the firm that violates the platform's guidelines."
- Citing to the Golubitsky Declaration: "Notably, more than half the tokens listed on Exhibit A whose pages contain content referencing Mr. Burwick were less than one day old when flagged, which reflects the responsiveness and effectiveness of Baton's enforcement efforts under the circumstances."
- Citing to the Golubitsky Declaration: "***With respect to tokens referencing the name of Plaintiff Kendall Carnahan or his business, Plaintiffs had not previously requested the removal of any content containing such names before filing their Notice with the Court on December 22, 2025.***"
- Citing to the Golubitsky Declaration: "***The Baton moderation team is presently endeavoring to remove all content which references Kendall Carnahan.***"
- Citing to the Golubitsky Declaration: "***The Baton Defendants do not control, endorse, or direct postings by the OCR account or by similar accounts and have no ability to remove or moderate such third-party content on [X.com](X.com).***"
- Citing to the Golubitsky Declaration: "***The operator(s) of OCR is unknown and, to the best of Baton Defendants' knowledge, the OCR operator(s) is not an employee, agent or contractor of Baton.***"
- "The Baton Defendants have policies and moderation in place, have removed identified items that violate ***their*** terms and conditions, and have taken steps to address future occurrences within their control."
- "The Baton Defendants have not directed ***or promoted*** the tokens or posts at issue and will not engage in any conduct intended to intimidate any Plaintiff or counsel in this matter."

**01/08/2026: ECF No. 128 – Defendants' Response to Plaintiffs' Opposition**

- **"**Plaintiffs' own statements and exhibits confirm that the Baton Defendants successfully caused the removal of the affiliate badge linking the X.com account "@onchainrapist" to Padre Trading Terminal."
- "The undated screenshot attached as Exhibit A to the opposition displays a post from a **"Parody Account"** on X.com with the handle "@TwonXBT," alongside an image of a black and green pill that Plaintiffs assert reflects a Pump.fun affiliate badge."
- "As an initial matter…the authentic Pump.fun affiliate badge is a white and green pill and does not match the badge depicted in Exhibit A."



*On October 24, 2025, @Pumpfun posted "we're excited to announce that pump fun has acquired @PadreApp [now known as Terminal] … Padre is an industry leading trading terminal which provides a seamless high-speed trading experience with next level analytics for professional traders on Solana, BNB Chain, Base and Ethereum L1".*



*On October 24, 2025, Terminal (@tradingterminal) posts on Twitter/X: "We're proud to join @pumpdotfun for the next chapter of Padre [now known as Terminal]! Pump fun is one of the most successful crypto products ever ^ changed the trading game as we know it. Their proven track record of innovating, executing, and winning makes them the perfect team to help take Padre to the next level. With their backing and support, we'll now be able to deliver an even more rewarding trading experience with features that NO OTHER competitor will be able to ship…"*



*On November 5, 2025, Defendant Cohen under the handle @a1lon9 posted a photo of the Terminal logo, a glow-in-the-dark colored version of the Pump.fun 'pill' logo with the caption "pump fun badge anyone?" and tags the Terminal account in post.*

- "More importantly, Plaintiffs fail to disclose that, even assuming arguendo that the depicted badge was legitimate, it had already been removed from the account by the time Plaintiffs filed their letter. This omission creates the false impression that Baton Defendants ***failed to disassociate themselves from individuals engaging in the complained-of conduct,*** when the record demonstrates the opposite."
- "Moreover, Plaintiffs' assertion that there are 'serious questions concerning the representations' made in the sworn declaration of Baton's General Counsel is

unsupported by any evidence whatsoever." [More than a week prior, Plaintiffs had circulated a copy of both their cease-and-desist letter and press release identifying use of Plaintiffs likeness on Pump.fun in February of 2025].

- "The apparent source of Plaintiffs' accusation is an alleged 'formal Pump.fun promoter agreement' that purportedly governs 'how, when, and what affiliates post on social media platforms.'"
- "First, Plaintiffs' suggestion that the Baton defendants exercise full and total control over affiliates directly contradicts Plaintiffs' own allegations in the Second Amended Complaint filed yesterday."
- "There, Plaintiffs allege that these purported agreements merely required so-called "key opinion leaders" to "make one promotional Twitter thread per week and one post per week 'organically utilizing the pump fun app.'"
- "That description falls far short of complete or total control.
- "More fundamentally, Plaintiffs have failed to present any evidence that would contradict the sworn testimony of Baton's General Counsel that, to the best of his knowledge, no such agreement exists."