# NAGY WOLFE APPLETON LLP

31 East 62nd Street | New York, New York 10065 | (646) 494-4900

Gregory Wolfe
greg@nagylaw.com

January 15, 2026

**VIA ECF**

Honorable Colleen McMahon
Senior United States District Judge, S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

        **RE:** *Aguilar v. Baton Corp., Ltd., et al.* **1:25-cv-00880-CM-BCM (S.D.N.Y.)**

Dear Judge McMahon,

        Pursuant to your Honor's instructions during the status conference dated January 13, 2025, and the Court's Rule I.D, we write on behalf of Solana Labs, Inc., Solana Foundation, Dan Albert, and Austin Federa (collectively, the "Blockchain Defendants") to submit a revised briefing schedule for Defendants' Motions to Dismiss the Second Amended Complaint. Baton Corporation Limited d/b/a Pump.fun, Alon Cohen, Dylan Kerler, and Noah Tweedale (collectively, the "Baton Defendants") consent to this filing and Plaintiffs do not oppose the relief sought.

        Specifically, at the status conference, upon learning that Plaintiffs had yet to submit an amended RICO Case Management Statement to accompany their 675-paragraph Second Amended Complaint,[1] the Court stated that Defendants "have until March 6 to make [their] motion [to dismiss]," and directed the parties to submit a "revised schedule" consistent with that instruction. Tr. 44:25–45:4.

        Under the proposed revised schedule, Defendants' motions to dismiss would remain due on March 6, 2026; Plaintiffs' opposition would be due on March 30, 2026; and Defendants' replies would be due on April 9, 2026.

        For reference, under the prior schedule, Defendants' motions to dismiss were due on February 13, 2026; Plaintiffs' oppositions on March 4, 2026; and Defendants' replies on March 11, 2026. Dkt. 119 at 5.

        The requested extension does not affect any other scheduled dates in this matter. This is the Blockchain Defendants' first request for an adjustment of the briefing schedule.

        We are available to answer any questions the Court may have.

                                          Respectfully submitted,

---

[1] By comparison, the First Amended Complaint was 496 paragraphs in length.

*Gregory N. Wolfe*
Gregory N. Wolfe