# BURWICK LAW

### 1 World Trade Center, 84th Fl.
### New York, NY 10007

January 23, 2026



**VIA ECF**
Honorable Colleen McMahon
Senior United States District Judge
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

**Re: Letter Motion to Seal,** *Aguilar et al. v. Baton Corporation Ltd., et al.,* No.
**1:25-cv-00880-CM-BCM**

Dear Judge McMahon:

Plaintiffs respectfully move for leave to file the following materials under seal at the "Ex
Parte" viewing level:

1. Motion;
2. Memorandum of law;
3. Supporting declarations and exhibits.

The motion papers and exhibits contain highly identifying information concerning an
individual who faces a credible risk of retaliation and physical harm if their identity or location is
disclosed on the public docket. Public disclosure would materially increase that risk and frustrate
the limited purpose of the motion. Even identifying the nature of the motion on the public docket
materially increases the risk of rapid identification and retaliation by adversarial actors.
Redaction is not a workable alternative because the identity can be reconstructed from contextual
details in the motion record, and the supporting exhibits are themselves highly identifying.

Plaintiffs therefore seek leave to file these materials at the Ex Parte viewing level. The
basis for sealing is fully set forth in the supporting declarations; any further disclosure on the
public docket would frustrate Plaintiffs' purpose in filing for the requested relief.

Respectfully submitted,

**BURWICK LAW PLLC**
By: */s/ Max Burwick*
Max Burwick
Luis Munoz
1 World Trade Center, 84th Fl.
New York, NY 10007
(646) 762-1080
max@burwick.law

luis@burwick.law

**WOLF POPPER LLP**
Chet B. Waldman
Terrence Zhang
845 3rd Avenue – 12th Floor
New York, NY 10022
212-759-4600
cwaldman@wolfpopper.com
tzhang@wolfpopper.com