# BURWICK LAW
## *1 World Trade Center, 84th Fl.*
## *New York, NY 10007*

January 30, 2026

**VIA ECF**
Honorable Colleen McMahon
Senior United States District Judge
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

**Re: ECF No. 152,** *Aguilar et al. v. Baton Corporation Ltd., et al.***, No.
1:25-cv-00880-CM-BCM**

Dear Judge McMahon:

We write regarding answering Your Honor's question in the Order Granting Plaintiffs'
Letter Motion to Seal (ECF No. 152). That motion concerned Plaintiffs' *Ex Parte* Motion for a
Protective Order (ECF No. 143), which itself related solely to Plaintiffs' then-pending Motion for
Sanctions (ECF No. 137). Because Your Honor has since denied the Motion for Sanctions
without prejudice (ECF No. 148), Plaintiffs believe their *ex parte* motion and the Court's
subsequent order (ECF No. 153) are now moot. Plaintiffs assume the Court would not wish to
jeopardize a confidential witness in connection with proceedings that are now moot.

Respectfully submitted,

**BURWICK LAW PLLC**
*By: /s/ Max Burwick*
Max Burwick
1 World Trade Center, 84th Fl.
New York, NY 10007
(646) 762-1080
max@burwick.law

**WOLF POPPER LLP**
*By: /s/ Chet B. Waldman*
Chet B. Waldman
Terrence Zhang
845 3rd Avenue – 12th Floor
New York, NY 10022
212-759-4600
cwaldman@wolfpopper.com
tzhang@wolfpopper.com