**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DIEGO AGUILAR, KENDALL CARNAHAN and MICHAEL OKAFOR on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>          v.<br><br>BATON CORPORATION LTD, d/b/a PUMP.FUN, ALON COHEN, DYLAN KERLER, NOAH BERNHARD HUGO TWEEDALE, SOLANA LABS INC., SOLANA FOUNDATION, ANATOLY YAKOVENKO, RAJ GOKAL, DAN ALBERT, AUSTIN FEDERA, LILY LIU, and LEAD KOL DOES 1–25.<br><br>     Defendants. | Case No.: 1:25-cv-00880-CM-BCM<br><br>NOTICE OF WITHDRAWAL |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' LETTER MOTION TO SEAL (ECF NO. 142) AND PLAINTIFFS' *EX PARTE* MOTION FOR PROTECTIVE ORDER (ECF NO. 143)**

**PLEASE TAKE NOTICE** that Plaintiffs hereby withdraw Plaintiffs' Letter Motion to Seal (ECF No. 142) and Plaintiffs' *Ex Parte* Motion for a Protective Order (ECF No. 143).

On January 17, 2026, Plaintiffs filed a Motion for Sanctions (ECF No. 137). On January 23, 2026, in connection with that Motion for Sanctions, Plaintiffs filed an *Ex Parte* Motion for a Protective Order (ECF No. 143). At the same time, Plaintiffs also filed a Letter Motion to Seal (ECF No. 142) concerning that *ex parte* motion. On January 23, 2026, subsequent to Plaintiffs' filings, the Court denied the Motion for Sanctions without prejudice (ECF No. 148).

Because the Court has denied the underlying Motion for Sanctions without prejudice (ECF No. 148), Plaintiffs believe both the Letter Motion to Seal (ECF No. 142) and the *Ex Parte* Motion for a Protective Order (ECF No. 143) are now moot.

Plaintiffs respectfully request that the Court enter an order acknowledging the withdrawal of the foregoing motions and vacating any related orders, including the Court's subsequent order (ECF No. 153).

Plaintiffs further note that the withdrawal of these motions should not be construed as a waiver of Plaintiffs' right to seek similar relief in the future should circumstances warrant.

DATED: February 3, 2026
New York, New York

Respectfully submitted,

**BURWICK LAW PLLC**
*/s/ Max Burwick*
Max Burwick
1 World Trade Center, 84th Fl.
New York, NY 10007
Telephone: (646) 762-1080
max@burwick.law

**WOLF POPPER LLP**
*/s/ Chet B. Waldman*
Chet B. Waldman
Terrence Zhang
845 3rd Avenue – 12th Floor
New York, NY 10022
Telephone: (212) 759-4600
cwaldman@wolfpopper.com
tzhang@wolfpopper.com

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Withdrawal was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 3, 2026.

*/s/ Chet B. Waldman*
Chet B. Waldman