AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00880-CM-BCM

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Lily Liu

was received by me on *(date)*  1/26/2026                          .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Pursuant to the Court's Order dated 9/11/2025 (ECF No. 99), authorizing alternative service, on 2/4/2026, I served Defendant Lily Liu with copies of the Summons, the operative Second Amended Complaint (ECF No. 129), and the Court's Order on 2/4/2026 by (1) email to lillyliu@gmail.com and (2) causing them to be sent via Federal Express to 210 Crocker Ave, Piedmont, CA 94610. I have verified via the carrier's tracking system that the shipment was assigned Tracking Number 888481844381 and was successfully delivered to the recipient's address on 2/6/2026.

My fees are $ 0          for travel and $ 0          for services, for a total of $ 0          .

I declare under penalty of perjury that this information is true.

Date: 2/13/2026

_____
*Server's signature*

Brendan Patrick, Law Clerk
_____
*Printed name and title*

One World Trade Center, 84th Fl., New York, New York, 10007
_____
*Server's address*

Additional information regarding attempted service, etc: