AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00880-CM-BCM

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Raj Gokal

was received by me on *(date)*    1/26/2026              .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Pursuant to the Court's Order dated 9/11/2025 (ECF No. 99), authorizing alternative service, on 2/2/2026, I served
Defendant Raj Gokal with copies of the Summons, the operative Second Amended Complaint (ECF No. 129), and
the Court's Order by (1) email to rajvgokal@gmail.com, (2) Federal Express to 1040 Blue Indigo Dr, Roswell, GA       .
30076, and (3) Federal Express to 2 Hoffman Ave, San Francisco, CA 94114. I have verified via the carrier's
tracking system that the shipments were assigned Tracking Numbers 888408664179 and 888408545870,
respectively, and were successfully delivered to the recipient's' addresses on 2/4/2026

My fees are $   0        for travel and $   0        for services, for a total of $        0        .

I declare under penalty of perjury that this information is true.

Date:  2/13/2026              

_____
Server's signature

Brendan Patrick, Law Clerk
_____
Printed name and title

One World Trade Center, 84th Fl., New York, New York, 10007
_____
Server's address

Additional information regarding attempted service, etc: