UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIEGO AGUILAR, KENDALL CARNAHAN, AND MICHAEL OKAFOR on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BATON CORPORATION LTD, d/b/a PUMP.FUN, ALON COHEN, DYLAN KERLER, NOAH BERNHARD HUGO TWEEDALE, SOLANA LABS, INC., SOLANA FOUNDATION, JITO LABS INC., JITO FOUNDATION, ANATOLY YAKOVENKO, RAJ GOKAL, DAN ALBERT, AUSTIN FEDERA, LILY LIU, LUCAS BRUDER, BRIAN SMITH<br><br>Defendants. | Case No. 1:25-cv-00880-CM-BCM |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Gregory N. Wolfe of Nagy Wolfe Appleton LLP, is admitted to practice in this Court and enters his appearance in this Action as counsel for Defendants Anatoly Yakovenko, Raj Gokal, and Lily Liu. The undersigned requests that copies of all notices and other papers in this Action be served upon the undersigned as indicated below.

Dated: March 2, 2026
New York, New York

        NAGY WOLFE APPLETON LLP

        By: /s/ Gregory N. Wolfe
        Gregory N. Wolfe
        greg@nagylaw.com
        31 East 62nd Street
        New York, New York 10065
        (646) 494-4900

*Counsel for Defendants Solana Labs, Inc., Solana Foundation, Anatoly Yakovenko, Raj Gokal, Dan Albert, Austin Federa, and Lily Liu*