**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DIEGO AGUILAR, KENDALL CARNAHAN, AND
MICHAEL OKAFOR on behalf of themselves and all
others similarly situated,

        Plaintiffs,

        v.

BATON CORPORATION LTD, d/b/a PUMP.FUN,
ALON COHEN, DYLAN KERLER, NOAH
BERNHARD HUGO TWEEDALE, SOLANA LABS
INC., SOLANA FOUNDATION, ANATOLY
YAKOVENKO, RAJ GOKAL, DAN ALBERT,
AUSTIN FEDERA, LILY LIU, and LEAD KOL DOES
1-25,

        Defendants.

Case No. 1:25-cv-00880-CM-BCM

**NOTICE OF DEFENDANTS SOLANA LABS, INC., SOLANA FOUNDATION,**
**ANATOLY YAKOVENKO, RAJ GOKAL, DAN ALBERT, AUSTIN FEDERA, AND**
**LILY LIU'S MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated March

6, 2026, Defendants Solana Labs, Inc., Solana Foundation, Anatoly Yakovenko, Raj Gokal, Dan

Albert, Austin Federa, and Lily Liu (collectively, the "Blockchain Defendants") will move this

Court, before the Honorable Colleen McMahon, at the United States Courthouse, Courtroom 24A,

500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an

Order (1) dismissing with prejudice Plaintiffs' claims against the Blockchain Defendants pursuant

to Rule 12(b)(6) of the Federal Rules of Civil Procedures; (2) dismissing Plaintiffs' unjust

enrichment claim (Count V) against Defendants Solana Labs, Inc., Solana Foundation, Anatoly

Yakovenko, Raj Gokal, Dan Albert, and Lily Liu  for want of jurisdiction pursuant to Rule 12(b)(2)

of the Federal Rules of Civil Procedures; and (3) granting such other and further relief as this Court

may deem just and proper.

Pursuant to this Court's Minute Entry for proceedings held before the Court on January 13,

2026, Plaintiffs' opposition will be due on March 27, 2026, and Defendants' reply will be due on

April 3, 2026.

Dated:  March 6, 2026
New York, New York

NAGY WOLFE APPLETON LLP


By: *Gregory N. Wolfe*
Gregory N. Wolfe
greg@nagylaw.com
Joseph W. Baier
jbaier@nagylaw.com
31 East 62nd Street
New York, New York 10065
(646) 494-4900

*Counsel for Defendants Solana Labs, Inc., Solana*
*Foundation, Anatoly Yakovenko, Raj Gokal, Dan*
*Albert, Austin Federa, and Lily Liu*