**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DIEGO AGUILAR, KENDALL CARNAHAN and MICHAEL OKAFOR on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BATON CORPORATION LTD, d/b/a PUMP.FUN, ALON COHEN, DYLAN KERLER, and NOAH BERNHARD HUGO TWEEDALE, SOLANA LABS INC., SOLANA FOUNDATION, ANATOLY YAKOVENKO, RAJ GOKAL, DAN ALBERT, AUSTIN FEDERA, LILY LIU, and LEAD KOL DOES 1-25,<br><br>Defendants. | Case No.: 1:25-cv-00880-CM |

### NOTICE OF MOTION TO DISMISS THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support and associated exhibit, Baton Corporation LTD, d/b/a/ Pump.Fun, moves this Court, before the Honorable Colleen McMahon, on a date and at a time to be determined by the Court, at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order dismissing all claims asserted against it in the Second Amended Consolidated Class Action Complaint ("SAC", ECF No. 129) in the above-referenced action with prejudice in accordance with Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), and for such other and further relief as the Court deems appropriate.

1

2

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's March 6, 2026, Order ECF No. 164, Plaintiffs shall file any response to this motion no later than March 30, 2026, and Defendants shall file their replies in support of their motions no later than April 9, 2026.

Dated: March 6, 2026

Respectfully submitted,

**BROWN RUDNICK LLP**

*/s/ Stephen D. Palley*
Stephen D. Palley
Daniel L. Sachs
1900 N Street NW, 4th Floor
Washington, DC 20036
(202) 536-1700 (telephone)
(202) 536-1701 (facsimile)
spalley@brownrudnick.com
dsachs@brownrudnick.com

Kyle Dorso
One Financial Center
Boston, MA 02111
(617) 856-8200 (telephone)
(617) 289-0899 (facsimile)
kdorso@brownrudnick.com

*Counsel for the Baton Corporation LTD*

2