**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DIEGO AGUILAR, KENDALL CARNAHAN and MICHAEL OKAFOR, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>BATON CORPORATION LTD, d/b/a PUMP.FUN, ALON COHEN, DYLAN KERLER, NOAH BERNHARD HUGO TWEEDALE, SOLANA LABS INC., SOLANA FOUNDATION, ANATOLY YAKOVENKO, RAJ GOKAL, DAN ALBERT, AUSTIN FEDERA, LILY LIU and LEAD KOL DOES 1-25,<br><br>        Defendants. | Case No. 25 Civ. 00880 (CM) |

**NOTICE OF THE BATON OFFICERS' MOTION TO DISMISS THE
SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Baton Officers' Memorandum of Law in Support of their Motion to Dismiss the Second Amended Consolidated Class Action Complaint, Defendants Alon Cohen, Dylan Kerler, and Noah Tweedale (collectively, the "Baton Officers"), by their undersigned attorneys, will move before the Honorable Colleen McMahon, United States District Judge, United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 24A, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing Plaintiffs' Second Amended Consolidated Class Action Complaint with prejudice as against the Baton Officers, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).

1

PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's March 6, 2026 Order (ECF No. 164), Plaintiffs shall file any response to this motion no later than March 30, 2026, and Defendants shall file their replies in support of their motions no later than April 9, 2026.

Dated:  March 6, 2026                        Respectfully submitted,


                                            /s/ Samson A. Enzer
                                            Samson A. Enzer
                                            Tammy L. Roy
                                            Lauren Perlgut

                                            **CAHILL GORDON & REINDEL** LLP
                                            32 Old Slip
                                            New York, New York 10005
                                            (212) 701-3000
                                            senzer@cahill.com
                                            troy@cahill.com
                                            lperlgut@cahill.com

                                            *Counsel for the Baton Officers*

2