# WOLF POPPER

Chet B. Waldman
Wolf Popper LLP
570 Lexington Ave,
New York, NY 10022
212-451-9624
cwaldman@wolfpopper.com
wolfpopper.com

March 23, 2026

**VIA ECF**
The Honorable Colleen McMahon
United States District Court Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 24A
New York, NY 10007

Re:  *Aguilar, et al. v. Baton Corporation Ltd, d/b/a Pump.Fun, et al.*,
     **No. 1:25-cv-00880-CM-BCM (S.D.N.Y.)**

Dear Judge McMahon:

Plaintiffs respectfully write to request clarification and correction of the docket entry for the Court's March 20, 2026, Order (ECF No. 172, the "Order") concerning Plaintiffs' motion to file a consolidated response to the Defendants three separate motions to dismiss totaling 75 briefing pages (ECF Nos. 165-170). The Court's handwritten Order appears to grant "50 pages" for Plaintiffs' opposition brief. However, the docket text states "so 14 pages typed." Plaintiffs respectfully submit this letter to confirm the Order's intended page allotment. In support of Plaintiffs' request to correct the docket text, Plaintiffs respectfully submit that 14 pages would not be sufficient to respond to the total of 75 briefing pages submitted by Defendants, and is less than the Court's 25 page limit for responsive briefs. *See* Individual Practices and Procedures of the Hon. Colleen McMahon, § V.D (Memoranda of Law) (rev. Mar. 24, 2025).

In addition, Plaintiffs respectfully request that the Court amend its Order and extend Plaintiffs' page limit for their consolidated response to 60 pages. The Defendants' three separate motions to dismiss total 75 pages, raise distinct arguments and authorities specific to their respective defendant groups, and also contain substantial cross-referencing and incorporation by reference among them. While the Court's Order makes clear the Court's preference for "ONE responsive brief," had Plaintiffs responded individually to each of the three Motions to Dismiss, their combined briefing would have totaled 75 pages — 25 pages per opposition memorandum, as permitted under Your Honor's Individual Rules. *Id.* Plaintiffs respectfully submit that 60 pages would permit a comprehensive response to the substantive arguments presented across all three motions while adhering to the Court's directive that Plaintiffs file "ONE responsive brief." ECF No. 172 (emphasis in original). Plaintiffs also respectfully request that the Court either suspend Local Rule 7.1(c)'s 8,750 word limit for Plaintiffs' responsive brief, as that word limit is intended to correspond to a brief of approximately 25 pages, or set a word limit of 17,500 words for a 50 page response (50/25 x 8,750) or 21,000 words for a 60 page response (60/25 x 8,750).

Alternatively, Plaintiffs are amenable to withdrawing their motion for leave to file one consolidated brief and would instead file three separate opposition briefs of 25 pages each, as contemplated by Your Honor's Individual Rules. *Id.*

New York | Puerto Rico | Washington, DC | Texas | Illinois | Massachusetts

Honorable Colleen McMahon
March 23, 2026
2

Respectfully submitted,

**WOLF POPPER LLP**
By: */s/ Chet B. Waldman*
Chet B. Waldman
Zilong (Terrence) Zhang
570 Lexington Ave
New York, NY 10022
212-759-4600
cwaldman@wolfpopper.com
tzhang@wolfpopper.com


**BURWICK LAW, PLLC**
By: */s/ Max Burwick*
Max Burwick
1 World Trade Center, 84th Floor
New York, NY 10007
max@burwick.law

*Co-Lead Counsel for
Plaintiffs and the Proposed
Class*